Michael Jay Leizerman *(Pro Hac Vice)*
Leizerman & Associates
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
Email: michael@leizerman.com

Matthew L. Sharp
Nevada State Bar No. 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN M. MILLER,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP., LOTUS FOODS, INC., PRIDE INDUSTRIES, RONEL R. SINGH, RHEAS TRANS, INC., and KUWAR SINGH D/B/A RT SERVICE<br><br>Defendants. | Case No.: 3:17-cv-00408-MMD-WCG<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT COSTCO WHOLESALE CORP. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses Defendant Costco Wholesale Corp. without prejudice pursuant to the Stipulation attached as Exhibit 1. This stipulation does not dismiss the remaining claims of Plaintiff.

| | |
|---|---|
| LEIZERMAN & ASSOCIATES<br><br>/s/ Michael Jay Leizerman<br>Michael Jay Leizerman *(Pro Hac Vice)*<br>3450 W. Central Avenue, Suite 328<br>Toledo, OH 43606<br>Phone: (800) 628-4500<br>Facsimile: (888) 838-8828 | ROBISON, BELAUSTEGUI, SHARP & LOW<br><br>/s/ Michael E. Sullivan<br>Michael E. Sullivan<br>Nevada State Bar No. 5142<br>71 Washington Street<br>Reno, NV 89503 |

1

1   michael@leizerman.com

2   Matthew L. Sharp
    Nevada State Bar No. 4746
3   Matthew L. Sharp, Ltd.
    432 Ridge Street
4   Reno, NV 89501
    Phone: (775) 324-1500
5   Facsimile: (775) 284-0675
    matt@mattsharplaw.com
6
    *Attorneys for Plaintiff Allen Miller*
7
    RANALLI, ZANIEL, FOWLER & MORAN,
8   LLC

9   /s/ David M. Zaniel
    David M. Zaniel
10  Nevada State Bar No. 7962
    George M. Ranalli
11  50 West Liberty Street, Suite 1050
    Reno, NV 89501
12  Phone: (775) 786-4441
    Facsimile: (775) 786-4442
13  dzaniel@ranallilaw.com
    gmranalli@ranallilawyers.com
14
15  *Attorneys for Defendants Ronel Singh, Rheas Trans, Inc. & Kuwar Singh*

Phone: (775) 329-3151
Facsimile: (775) 329-7941
msullivan@rbsllaw.com

*Attorney for Defendant Costco Wholesale Corp.*

16

17

18

19                                                              IT IS SO ORDERED.

20  Dated: __September 18, 2017__
                                                                _____
21                                                              U.S. District Judge

22

23

24

25

26

27

28

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5 and LRIC 4-1, I hereby certify that on this 15th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the electronic filing system which served the following individuals electronically:

| | |
|---|---|
| Michael E. Sullivan | msullivan@rbsllaw.com |
| David M. Zaniel | dzaniel@ranallilaw.com |
| George M. Ranalli | gmranalli@ranallilawyers.com |

/s/ Michael Jay Leizerman
Michael Jay Leizerman
Attorney at Law