Michael Jay Leizerman *(Pro Hac Vice)*
Leizerman & Associates
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
Email: michael@leizerman.com

Matthew L. Sharp
Nevada State Bar No. 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN M. MILLER,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP., LOTUS FOODS, INC., PRIDE INDUSTRIES, RONEL R. SINGH, RHEAS TRANS, INC., and KUWAR SINGH D/B/A RT SERVICE<br><br>Defendants. | Case No.: 3:17-cv-00408-MMD-WCG<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS PRIDE INDUSTRIES AND LOTUS FOODS, INC. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and all appearing Defendants stipulate:

1.    Plaintiff dismisses Defendants Pride Industries and Lotus Foods, Inc.

2.    This dismissal is without prejudice.

3.    This stipulation does not dismiss the remaining claims of Plaintiff.

| | |
|---|---|
| LEIZERMAN & ASSOCIATES | DIESCH FORREST, APC |
| /s/ Michael Jay Leizerman | /s/ Emma L. Forrest |
| Michael Jay Leizerman *(Pro Hac Vice)* | Emma L. Forrest *(Pro Hac Vice)* |
| 3450 W. Central Avenue, Suite 328 | 6542 Lonetree Boulevard |

1

| | |
|---|---|
| Toledo, OH 43606<br>Phone: (800) 628-4500<br>Facsimile: (888) 838-8828<br>michael@leizerman.com | Rocklin, CA 95765<br>Phone: (916) 740-6470<br>Facsimile: (916) 740-6460<br>emma@dieschforrestlaw.com |
| Matthew L. Sharp<br>Nevada State Bar No. 4746<br>Matthew L. Sharp, Ltd.<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Facsimile: (775) 284-0675<br>matt@mattsharplaw.com | Phillip M. Stone<br>Nevada State Bar No. 1024<br>The Stone Law Firm<br>6900 S. McCarran Blvd., #2040<br>Reno, NV 89509<br>Phone: (775) 827-1322<br>Facsimile: (775) 851-1337<br>phillip@renostonelaw.com |

*Attorneys for Plaintiff Allen Miller*

RANALLI, ZANIEL, FOWLER & MORAN, LLC

/s/ David M. Zaniel
David M. Zaniel
Nevada State Bar No. 7962
George M. Ranalli
50 West Liberty Street, Suite 1050
Reno, NV 89501
Phone: (775) 786-4441
Facsimile: (775) 786-4442
dzaniel@ranallilaw.com
gmranalli@ranallilawyers.com

*Attorneys for Defendants Ronel Singh, Rheas Trans, Inc. & Kuwar Singh*

GEORGESON ANGARAN

/s/ Jack G. Angaran
Jack G. Angaran
Nevada State Bar No. 711
5450 Longley Lane
Reno, NV 89511
Phone: (775) 827-6440
Facsimile: (775) 827-9256
jack@renotahoelaw.com

*Attorney for Defendant Lotus Foods, Inc.*

*Attorneys for Defendant Pride Industries*

ROBISON, BELAUSTEGUI, SHARP & LOW

/s/ Michael E. Sullivan
Michael E. Sullivan
Nevada State Bar No. 5142
71 Washington Street
Reno, NV 89503
Phone: (775) 329-3151
Facsimile: (775) 329-7941
msullivan@rbsllaw.com

*Attorney for Defendant Costco Wholesale Corp.*

The **Stipulation to dismiss Defendants Pride Industries and Lotus Foods, Inc. is granted.**

IT IS SO ORDERED.

Dated: September 14, 2017

_____
U.S. District Judge

2

## CERTIFICATE OF SERVICE

1

2           Pursuant to FRCP 5 and LRIC 4-1, I hereby certify that on this 14th day of September,
2017, I electronically filed the foregoing with the Clerk of the Court by using the electronic filing
3    system which served the following individuals electronically:

4           Michael E. Sullivan          msullivan@rbsllaw.com

5           Emma L. Forrest              emma@dieschforrestlaw.com

6           Phillip M. Stone             phillip@renostonelaw.com

7           David M. Zaniel              dzaniel@ranallilaw.com

8           George M. Ranalli            gmranalli@ranallilawyers.com

9

10                                        /s/ Michael Jay Leizerman
                                          Michael Jay Leizerman
11                                        Attorney at Law

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28