Michael E. Sullivan, Esq. (SBN 5142)
Michael A. Burke, Esq. (SBN 11527)
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151

*Attorneys for Defendant*
*C.H. ROBINSON WORLDWIDE, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN M. MILLER,<br><br>Plaintiff,<br>v.<br><br>C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS TRANS, INC., and KUWAR SINGH D/B/A RT SERVICE,<br><br>Defendants.<br>_____/<br>And all Related Cross-Claims.<br>_____/ | Case No.: 3:17-cv-00408-MMD-WCG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(First Request) |

Pursuant to Local Rule IA 6-1, and 7-1 the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendant C.H. Robinson Worldwide, Inc. ("Robinson") to file its Reply in Support of Motion for Judgment on the Pleadings by one week, as set forth below. Robinson's Motion for Judgment on the Pleadings (Doc. 59) was filed July 2, 2018. Plaintiff's Response to Defendant C.H. Robinson's Motion for Judgment on the Pleadings (Doc. 61) was filed on July 16, 2018.

This is the first stipulation for extension of time to file a reply to a motion. The present deadline for Robinson to file its Reply in Support of Motion for Judgment on the Pleadings is July 23, 2018. The parties stipulate to extend the deadline for Defendant C.H. Robinson to file and serve its Reply in support of the Motion for Judgment on the Pleadings to and including July 30, 2018.

///

**Reasons for Request for Extension:** Counsel for Robinson participated in out of state depositions for this case during the week of July 16, 2018 to July 20, 2018. Preparation for and attendance of the depositions consumed counsel during this time. Counsel is left with little time to prepare an adequate Reply in Support of Motion for Judgment on the Pleadings.

DATED: This 20th day of July, 2018.

**LEIZERMAN & ASSOCIATES**

/s/ Michael Jay Leizerman
Michael Jay Leizerman *(Pro Hac Vice)*
3450 W. Central Avenue, Suite 328
Toledo, OH 43606

Matthew L. Sharp, Nevada State Bar 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501

*Attorneys for Plaintiff Allen M. Miller*

**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
/s/ David M. Zaniel
David M. Zaniel, Nevada State Bar 7962
50 West Liberty Street, Suite 1050
Reno, NV 89501

*Attorneys for Defendants Ronel Singh, Rheas Trans, Inc. & Kuwar Singh*

///
///
///

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

|||
|---|---|
| | **ROBISON, SHARP, SULLIVAN & BRUST** |
| | /s/ Michael A. Burke |
| | Michael E. Sullivan, Nevada State Bar 5142 |
| | Michael A. Burke, Nevada State Bar 11527 |
| | 71 Washington Street |
| | Reno, NV 89503 |
| | *Attorney for Defendant C.H. Robinson Worldwide, Inc.* |
| IT IS SO ORDERED. | |
| | _____ |
| | UNITED STATES DISTRICT JUDGE |
| | Dated: July 23, 2018 |