IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN M. MILLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH; RHEAS TRANS. INC.; AND KUWAR SINGH DBA RT SERVICE,<br><br>　　　　Defendants. | Case No. 3:17-CV-00408-MMG-WCG<br><br>**ORDER** |

Upon Motion of Phillip M. Stone, Esq. and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of Court shall remove attorney Phillip M. Stone from the electronic service list herein.

Dated: August 7, 2018

_____
UNITED STATES MAGISTRATE JUDGE