Michael Jay Leizerman *(Pro Hac Vice)*
Rena Mara Leizerman *(Pro Hac Vice)*
Leizerman & Associates
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
Email: michael@leizerman.com
       rena@leizerman.com

Matthew L. Sharp
Nevada State Bar 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN M. MILLER, <br><br> Plaintiff, <br><br> v. <br><br> C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS TRANS, INC., And KUWAR SINGH dba RT SERVICE, <br><br> Defendants. | Case No.: 3:17-cv-00408-MMD-WCG <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT C.H. ROBINSON WORLDWIDE, INC.'S MOTION FOR ATTORNEY FEES AND NONTAXABLE COSTS** |

      Pursuant to Local Rule IA 6-1 and 7-1, the parties, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for plaintiff to file his response to *Defendant C.H. Robinson Worldwide, Inc.'s Motion for Attorney Fees and Nontaxable Costs* (Dkt. No. 86) until January 14, 2019. C.H. Robinson's motion was filed on November 27, 2018.

      This is the first stipulation for extension of time to file a response to the motion. The present deadline for plaintiff to file his response is December 11, 2018. The parties stipulate to extend the

1

deadline for plaintiff to file and serve his response to *Defendant C.H. Robinson Worldwide, Inc.'s Motion for Attorney Fees and Nontaxable Costs* to and including January 14, 2019.

<u>Reasons for Request for Extension:</u>   Counsel for plaintiff need additional time due to the press of business and holidays.

DATED: December 7, 2018

/s/ Michael Jay Leizerman
Michael Jay Leizerman *(Pro Hac Vice)*
Rena Mara Leizerman *(Pro Hac Vice)*
Leizerman & Associates
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
michael@leizerman.com
rena@leizerman.com

Matthew L. Sharp
Nevada State Bar 4746
Matthew L. Sharp, Ltd.
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

/s/ Michael A. Burke
Michael A. Burke (SBN 11527)
Michael E. Sullivan (SBN 5142)
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
Phone: (775) 329-3151
Facsimile: (775) 329-7941
mburke@rssblaw.com
msullivan@rssblaw.com

*Attorneys for Defendant C.H. Robinson Worldwide, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated:   December 10, 2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5 and LRIC 4-1, I hereby certify that on this 7th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court by using the electronic filing system which served the following individuals electronically:

Michael E. Sullivan
Michael A. Burke
Robison, Simons, Sharp & Brust
71 Washington Street
Reno, NV 89503
msullivan@rssblaw.com
mburke@rssblaw.com
*Attorneys for Defendant C.H. Robinson Worldwide, Inc.*

David M. Zaniel
Ranalli, Zaniel, Fowler & Moran, LLC
50 West Liberty Street, Suite 1050
Reno, NV 89501
dzaniel@ranallilaw.com
*Attorney for Defendants Ronel Singh, Kuwar Singh & Rheas Trans, Inc.*

/s/ Michael Jay Leizerman
Michael Jay Leizerman
Attorney at Law