Matthew L. Sharp
Nevada State Bar 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
matt@mattsharplaw.com

Michael Jay Leizerman (Pro Hac Vice)
Rena Mara Leizerman (Pro Hac Vice)
LEIZERMAN & ASSOCIATES
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
michael@leizerman.com
rena@leizerman.com

*Attorneys for Plaintiff Allen M. Miller*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN M. MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS TRANS, INC., and KUWAR SINGH dba RT SERVICE,<br><br>        Defendants. | Case No.: 3:17-cv-00408-MMD-WCG<br><br>**NOTICE OF APPEAL**<br>[with Representation Statement & Service List] |

NOTICE IS HEREBY GIVEN that plaintiff Allen M. Miller, hereby appeals to the United States Court of Appeals for the Ninth Circuit from a Judgment after an order granting defendant C.H. Robinson Worldwide, Inc.'s Motion for Judgment on the Pleadings [Doc. 84],

///

///

///

///

a copy of which is attached hereto.  The final Judgment in this action was entered on April 29, 2019 [Doc. 97].  A copy of the Judgment is also attached hereto.

Dated this 6th day of May 2019.

MATTHEW L. SHARP, LTD.


_____/s/ Matthew L. Sharp_____
Matthew L. Sharp
Nevada State Bar 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
matt@mattsharplaw.com

In association with:
Michael J. Leizerman
Michael Jay Leizerman (Pro Hac Vice)
Rena Mara Leizerman (Pro Hac Vice)
LEIZERMAN & ASSOCIATES
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
michael@leizerman.com
rena@leizerman.com

*Attorneys for Plaintiff Allen M. Miller*

2

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**REPRESENTATION STATEMENT**

The undersigned represent plaintiff Allen M. Miller, appellant in this matter, and no other party.

The following is the service list; the parties to this appeal are represented as follows:

**Counsel for Plaintiff and Appellant Allen M. Miller:**

Michael Jay Leizerman (*Pro Hac Vice*)
Rena Mara Leizerman (*Pro Hac Vice*)
LEIZERMAN & ASSOCIATES
3450 West Central Avenue, Suite 328
Toledo, OH 43606
Telephone: (800) 628-4500
Email: michael@leizerman.com
Email:  rena@leizerman.com

Counsel listed above are registered for Electronic Filing in the 9th Circuit.

Matthew L. Sharp (SNB 4746)
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
Telephone: (775) 324-1500
Email: matt@mattsharplaw.com

Counsel listed above is registered for Electronic Filing in the 9th Circuit.

**Counsel for Defendant and Appellee C.H. Robinson Worldwide, Inc.:**

Michael E. Sullivan (SBN 5142)
Michael A. Burke (SBN 11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, NV 89503
Telephone: (775) 329-3151
Email: msullivan@rssblaw.com
Email:  mburke@rssblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Matthew L. Sharp, Ltd., and that the above and foregoing was served on this date with the Court's CM/ECF system to all the following:

Michael E. Sullivan
Michael A. Burke
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV  89503

DATED this 6th day of May 2019.

                                           /s/ *Cristin B. Sharp*
                                An Employee of Matthew L. Sharp, Ltd.