UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN M. MILLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS TRANS, INC., and KUWAR SINGH dba RT SERVICE,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00408-MMD-WCG<br><br>ORDER |

　　　The Court previously granted Defendant C.H. Robinson Worldwide, Inc.'s ("Robinson") motion for judgment on the pleadings. (ECF No. 84 ("Order").) Plaintiff appealed the Order. (ECF No. 98.) The Ninth Circuit Court of Appeals reversed and remanded. (ECF No. 101.) Accordingly, the Court's Order (ECF No. 84) is vacated. The parties are directed to file a joint status report within seven days as to the status of the case now that the Order is vacated.

　　　DATED THIS 19th Day of November 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE