1  Michael E. Sullivan, Esq. (SBN 5142)
   Michael A. Burke, Esq. (SBN 11527)
2  **ROBISON, SHARP, SULLIVAN & BRUST**
   71 Washington Street
3  Reno, Nevada 89503
   Telephone:   (775) 329-3151
4

5  *Attorneys for Defendant C.H. ROBINSON WORLDWIDE, INC.*

6                     **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8

9  ALLEN M. MILLER,                          Case No.:  3:17-cv-00408-MMD-CLB

10             Plaintiff,                    **DECLARATION OF**
                                             **MICHAEL A. BURKE, ESQ.**
11  v.                                       **IN SUPPORT OF**
                                             **C.H. ROBINSON WORLDWIDE, INC.'S**
12  C.H. ROBINSON WORLDWIDE, INC.,           **MOTION FOR SUMMARY JUDGMENT**
    RONEL R. SINGH, RHEAS TRANS, INC.,
13  and KUWAR SINGH D/B/A RT SERVICE,

14             Defendants.
    _____/

15        I, MICHAEL A. BURKE, ESQ., being first duly sworn under penalty of perjury,

16  depose and say:

17        1.     I am an individual over the age of 18 and make the following statements on

18  my own personal knowledge.

19        2.     I am an attorney of record representing C.H. Robinson Worldwide, Inc.

20  ("C.H. Robinson") in this matter.

21        3.     Attached hereto as **EXHIBIT 1**, in support of C.H. Robinson Worldwide,

22  Inc.'s Motion for Summary Judgment ("MSJ") is a true and correct copy of excerpts from the

23  deposition of Bruce Johnson.

24        4.     Attached hereto as **EXHIBIT 2**, in support of C.H. Robinson's MSJ is a true

25  and correct copy of the RMIS Setup SOP produced by C.H. Robinson and as Bates stamp

26  ROBINSON_0182-0317.

27        5.     Attached hereto as **EXHIBIT 3**, in support of C.H. Robinson's MSJ is a true

28  and correct copy of the Agreement for Motor Contract Carrier Services produced by C.H. Robinson

as Bates stamp ROBINSON_0112-0122.

      6.     Attached hereto as **EXHIBIT 4** in support of C.H. Robinson's MSJ is a true and correct copy of the Permit produced by C.H. Robinson as Bates stamp ROBINSON_0126.

      7.     Attached hereto as **EXHIBIT 5,** in support of C.H. Robinson's MSJ is a true and correct copy of correspondence and Agreement for Motor Contract Carrier Services produced by C.H. Robinson as Bates stamp ROBINSON_0147-0158.

      8.     Attached hereto as **EXHIBIT 6,** in support of C.H. Robinson's MSJ is a true and correct copy of the information directly from the FMSCSA's website https://ai.fmcsa.dot.gov/SMS/Search/Index.aspx of all registered motor carriers with the name "Singh" in its legal name which are located in Sacramento County, California

      9.     Attached hereto as **EXHIBIT 7**, in support of C.H. Robinson's MSJ is a true and correct copy of the information directly from the FMSCA's website https://ai.fmcsa.dot.gov/SMS/Search/Index.aspx of all registered motor carriers with the name "Singh" in its legal name which are located in the State of California

      10.     Attached hereto as **EXHIBIT 8,** in support of C.H. Robinson's MSJ is a true and correct copy of excerpts from the deposition of Thomas Corsi, Ph.D.

      11.     Attached hereto as **EXHIBIT 9**, is the Declaration of Bruce Johnson in support of C.H. Robinson's Motion for Summary Judgment.

      12.     Attached hereto as **EXHIBIT 10,** in support of C.H. Robinson's MSJ is a true and correct copy of C.H. Robinson's Contract Addendum and Carrier Load Confirmation produced by C.H. Robinson as Bates stamp ROBINSON_0056-0059.

      13.     Attached hereto as **EXHIBIT 11,** in support of C.H. Robinson's MSJ is a true and correct copy of the Nevada Highway Patrol's MIRT Report produced as Miller_0008561-0008650.

      14.     Attached hereto as **EXHIBIT 12**, in support of C.H. Robinson's MSJ is a true and correct copy of excerpts from the deposition of Sergeant Thomas Jenkins.

      15.     Attached hereto as **EXHIBIT 13**, in support of C.H. Robinson's MSJ is a true and correct copy of excerpts from the deposition of Ronel R. Singh.

16. Attached hereto as **EXHIBIT 14**, in support of C.H. Robinson's MSJ is a true and correct copy of excerpts from the deposition of Andrew Sievers.

DATED: This 25th day of June, 2021.

/s/ Michael A. Burke
MICHAEL A. BURKE, ESQ.