# EXHIBIT 8

1            UNITED STATES DISTRICT COURT

2              DISTRICT OF NEVADA

3   ALLEN M. MILLER,            )
                                )
4          Plaintiff,           )
                                )
5      vs.                      )   3:17-CV-00408-MMD-WCG
                                )
6   C.H. ROBINSON WORLDWIDE,    )
    INC., RONEL R. SINGH,       )
7   RHEAS TRANS, INC., and      )
    KUWAR SINGH, d/b/a RT       )
8   SERVICE,                    )
                                )
9          Defendants.          )

10                           - - -

11         DEPOSITION OF THOMAS M. CORSI, Ph.D.

12

13      DATE:          July 18, 2018 at 9:31 a.m.

14      PLACE:         Leizerman & Associates
                       3450 W. Central Avenue
15                     Suite 328
                       Toledo, Ohio 43606
16
        REPORTER:      Maureen Powers, RPR
17                     Notary Public

18                           - - -

19

20

21

22

23

24

Collins Reporting Service, Inc.
615 Adams Street          Toledo, Ohio          419-255-1010

```
1         A.      Yes.

2         Q.      So for over a year before this subject

3   accident, all percentile scores had been removed

4   from public view, correct?

5         A.      Yes.  About a year, one year.

6         Q.      So --

7         A.      December 2015.

8         Q.      A broker, C.H. Robinson, couldn't have

9   gone online and simply typed in Kuwar Singh, d/b/a

10  RT Service and saw all their percentile scores at

11  the time of the accident, is that correct?

12        A.      That's correct.

13        Q.      And the only way that they could have

14  gotten those directly from the FMCSA was through a

15  public records request, is that correct, under the

16  Freedom of Information Act?

17        A.      Directly?  I'm sorry, repeat the

18  question.

19        Q.      The only way C.H. Robinson could have

20  gotten the percentile scores of, I'm just going to

21  say RT Service, but we all understand it's Kuwar

22  Singh/RT Service, but the only way at the time of

23  the accident, or the time leading up to the accident

24  C.H. Robinson could have gotten the BASIC percentile
```

1    were underlying the compilation of the measure

2    scores.  That data was publicly available.

3         Q.      Okay.  But the documents that I

4    reference here, let's just take MCS-150 forms.

5    Those are not publicly available?

6         A.      I'm not sure that they aren't restricted

7    by the FAST Act.

8         Q.      They aren't published on any website?

9         A.      I don't know that.  I mean, I don't

10   dispute -- I don't have any evidence.

11        Q.      You don't have any evidence to dispute

12   that they are not publicly available?

13        A.      Correct.

14        Q.      The company safety profile, which

15   includes the BASIC percentile scores, that package

16   of documentation that you received and you reviewed,

17   which is for Rheas Trans and RT Service, both of

18   those were obtained by Mr. Leizerman through a

19   Freedom of Information Act request and provided to

20   you, correct?

21        A.      Correct.

22        Q.      And that package of information could

23   only have been obtained through a Freedom of

24   Information Act request as of December 8, 2016?

```
 1        A.        Correct.

 2        Q.        Okay.

 3                        (Deposition Exhibit Number 8

 4                  marked for identification.)

 5        Q.        I have marked as Exhibit 8 the accident

 6   report, and it's been previously Bates stamped as

 7   S-1 through S-71, and you reviewed this as part of

 8   offering your report, correct?

 9        A.        Correct.

10        Q.        And who is the motor carrier of record

11   according to the Nevada police report?

12        A.        Rheas Trans.

13        Q.        Well, that's not --

14        A.        Registered owner of the vehicle.

15        Q.        So the registered owner of the tractor

16   was Rheas Trans, correct?

17        A.        Yes.

18        Q.        Let me ask a different question.  Just,

19   it will make it easier instead of flipping through

20   all this.  Page 71 of this document is the bill of

21   lading.  Have you seen this before?

22        A.        Yes.

23        Q.        Who's identified as the carrier?

24        A.        RTS.
```

1    Inc. could have examined the safety performance and

2    the safety management policies and practices of RT

3    Service, Rheas Trans, and not brokered the load with

4    a destination of the Costco facility in Salt Lake

5    City, Utah, to this carrier".  Did I read that

6    correctly?

7         A.      Yes.

8         Q.      And, again, throughout your report, I

9    want to make sure I'm clear on this, you think that

10   C.H. Robinson should have looked at the BASIC

11   percentile scores, correct?

12        A.      Yes.

13        Q.      The scores that were not publicly

14   available at the time of this accident and hadn't

15   been for a year, correct?

16        A.      Yes.

17        Q.      And the only way they could have done

18   that was through a FOIA request or asked directly

19   from the carrier, correct?

20        A.      No.  I think they could have gotten them

21   from a third-party data provider.

22        Q.      That wouldn't have been the actual

23   scores from FMCSA, correct?

24        A.      You're making a distinction between what

```
 1   difference --
 2       Q.       There is no question.  That's it.  The
 3   end of paragraph, I just lost my place.  Would you
 4   agree that Singh is a fairly common name in the
 5   trucking industry?
 6       A.       I have no -- I don't know the answer to
 7   that question.  I don't have an opinion.
 8       Q.       You don't have an opinion?
 9       A.       No.
10       Q.       I'm going to go back to your paragraph
11   16.  You say, "If C.H. Robinson would have examined
12   the safety performance record at the time of the
13   accident, December 8, 2018", right?
14       A.       Are you asking a question?
15       Q.       I'm asking that's where, in paragraph
16   16, that's where you state if they would have
17   examined the safety performance record, they
18   wouldn't have tendered this load for RT Service?
19       A.       Yes.
20       Q.       So if I looked, if RT, at the time of
21   the FAST Act, when it went into play, which is
22   December 2015, had C.H. Robinson looked at what was
23   publicly available for that carrier at that time, RT
24   Service, isn't it true that there wouldn't have been
```

1    a single alert for that carrier in December 2015?

2        A.      Yes.   That's true.

3        Q.      So as of the time, the day before the

4    FAST Act went into enactment and the day that they

5    looked at that, the day before they looked at the

6    publicly available information, there wouldn't have

7    been a single alert for RT Service, correct?

8        A.      First of all, they wouldn't have looked

9    at it because they say they don't look at BASIC

10   scores.  Let's assume that they hypothetically

11   looked at it, they would not have seen any BASIC

12   scores.

13       Q.      As of that date, they would have been a

14   fine carrier to hire under your opinion?

15       A.      No.  They would have had no information

16   about the BASIC scores.  There were no published

17   information.  If we go back to the TIA

18   recommendation in 2013, if we need to go back and

19   read it again, but it doesn't say anything about

20   BASIC scores.  It says about the inspections and the

21   safety management, gives a whole list of things that

22   they should be looking at to use an unrated carrier.

23           So if they were to use RT Service in

24   that case, I think, first of all, they would have

1    don't know the exact date.  They had a whole policy

2    with respect to the implementation of risk-based

3    vetting methodology to identify chameleon carriers

4    applying for operating authority.  This report to

5    Congress was issued in March of 2014.  So that was

6    the start of that process, but it had not been --

7    this was, it talks about implementing that

8    methodology, but it was not implemented as of March

9    2014, so that's after this.

10        Q.       Okay.  And in continuing on paragraph

11    17, you wrote, "Mr. Ronel Singh, in his deposition,

12    admitted that Mr. Kuwar Singh's father has nothing

13    to do with the business aspect of the trucking

14    firm".  That information came out from Mr. Singh

15    solely through his deposition, correct?

16        A.       That was, that statement is based on his

17    deposition, that's correct.

18        Q.       You have no information or evidence that

19    C.H. Robinson had any knowledge of that fact as

20    stated by Mr. Singh prior to December 8, 2016, do

21    you?

22        A.       No.

23        Q.       Paragraph 18, you write, "It's my

24    opinion that Mr. Singh initiated a request for a new

120

1    your operating authority?

2        A.        They do not.

3        Q.        Do they have a threshold amount in which

4    they automatically set you up for a compliance

5    check?

6        A.        No.

7        Q.        Are you aware of brokers that will only

8    hire -- strike that.  So these BASIC scores that

9    you're talking about in paragraph 21, they all apply

10   for Rheas Trans, Inc., correct?

11       A.        Yes.

12       Q.        Not RT Service?

13       A.        Yes.

14       Q.        So in December 2016, let me give you a

15   hypothetical here.  In December 2016, let's assume

16   that the FAST Act had not gone into play, that all

17   public scores, all scores were still public and Josh

18   Erickson, the C.H. Robinson broker that was assigned

19   to get this load from Sacramento to Costco up in

20   Salt Lake City looked and said, hey, RT Service

21   can't do it, and, again, this is a hypothetical, I

22   see that maybe I should look at Rheas Trans.

23               He couldn't have gone on the public

24   website and looked at these percentiles scores or

128

1      Q.      What if I told you that there's over

2 4,000 Singh carriers registered in California alone.

3      A.      That wouldn't change my opinion.

4      Q.      What if I told you there's over 450

5 carriers registered in Sacramento County alone where

6 both Rheas Trans and RT Service are located.

7      A.      That would not change my opinion.

8      Q.      They had two different addresses,

9 there's over 450 people named Singh registered with

10 the Federal Motor Carrier Safety Administration.

11      A.      I'm not changing my opinion.

12      Q.      And per paragraph 25, you acknowledge

13 that RT Service completely successfully, or

14 successfully passed its safety audit in May of 2015,

15 correct?

16      A.      They did.

17      Q.      And, again, what, do you have any level

18 of knowledge of what goes into a safety audit?

19      A.      Yes.

20      Q.      What is it?

21      A.      Well, I have the safety audit in front

22 of me, a series of questions that ask about their,

23 it's divided into various components of their

24 operation.

143

1    Q.      Did either of the -- first of all, was

2  Mr. Singh in violation of hours of service at the

3  time of the accident?

4    A.      No.  Not specifically.

5    Q.      Did any vehicle maintenance issue

6  affect, are you offering opinion that the vehicle

7  maintenance issue --

8    A.      I'm not offering, as I stated clearly,

9  I'm not offering an opinion on that.  I've stated

10  the vehicle maintenance --

11    Q.      That was on me, I apologize.

12    A.      So the vehicle maintenance condition

13  that existed should have taken the vehicle, the

14  vehicle should not have been operating on the road

15  because it had brakes out of service.

16    Q.      But, again, there's nothing -- I'm

17  specifically honing in on this, prevent the crash.

18  You're not qualified to sit here and say one way or

19  another what implementation onto a vehicle could or

20  would have prevented a crash, are you?

21    A.      I'm not commenting on that, correct.

22    Q.      So is that statement a little

23  misleading, that something could have been done to

24  prevent this crash?

```
 1                    C E R T I F I C A T E

 2

 3           I, MAUREEN POWERS, a Notary Public in and

 4    for the State of Ohio, duly commissioned and

 5    qualified, do hereby certify that the within-named

 6    witness was by me first duly sworn to tell the

 7    truth, the whole truth and nothing but the truth;

 8           That the testimony then given was by me

 9    reduced to stenotype in the presence of said witness

10    and afterwards transcribed; that the foregoing is a

11    true and correct transcription of the testimony so

12    given as aforesaid.

13           Before completion of the deposition,

14    review of the transcript was requested.

15           I do further certify that I am not a

16    relative, employee of or attorney for any of the

17    parties in this action; that I am not a relative or

18    employee of an attorney of any of the parties in

19    this action; that I am not financially interested in

20    this action, nor am I or the court reporting firm

21    with which I am affiliated under a contract as

22    defined in the applicable civil rule.

23

24
```

170

```
 1
 2          IN WITNESS WHEREOF, I have hereunto set my
 3   hand and affixed my seal of office at Toledo, Ohio
 4   on this 30th day of July, 2018.
 5
 6                         MAUREEN POWERS
 7                         Notary Public
                           in and for the State of Ohio
 8
 9   My Commission expires July 23, 2019.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

# EXHIBIT 9

## DECLARATION OF BRUCE JOHNSON IN SUPPORT OF
## C.H. ROBINSON WORLDWIDE, INC.'S MOTIN FOR SUMMARY JUDGMENT

I, BRUCE JOHNSON, being first duly sworn under penalty of perjury under the laws of the State of Nevada, depose and say:

1.      I am an individual over the age of 18 and make the following statements on my own personal knowledge, except where stated to be on my information and belief.

2.      I am currently employed by C.H. ROBINSON WORLDWIDE, INC. ("Robinson") as the Director of Capacity Development. I have held this position for 6 years. At the time of this incident, December 8, 2016, I was employed at Robinson in my role as Director of Capacity Development. As such, I am qualified to offer the sworn statements contained in this Declaration.

3.      Robinson did not know of the alleged relationship between Rhea Trans, Inc. and Kuwar Singh d/b/a RT Service ("RT Service"), until after the accident. Upon learning of the possibility of a familial relationship after the subject accident on December 8, 2016, Robinson immediately updated this information in its Navisphere data system.

4.      Robinson retains motor carriers, not drivers to transport the loads. It is the motor carrier's responsibility to vet and select any drivers it employs. In the case of the subject accident on December 8, 2016, Robinson retained RT Service to transport the load. Robinson did not select Ronel Singh to be the driver.

5.      From 2014 to the date of the accident, RT Service completed 423 loads for Robinson without incident.

Dated this 21st day of June, 2021.

BRUCE JOHNSON

# EXHIBIT 10



## C. H.  ROBINSON
### Worldwide, Inc.

CH Robinson values your business and would like to expedite payment to your company. We would like to process payment for the load(s) below, however the information is incomplete and payment cannot be processed due to the following.

Carrier Invoice:                        N/A

   Invoice Amount:

   CHRW Load Number:          218316538

        Legible signed BOL missing from drop @ Costco Depot #584, SALT LAKE CITY, UT : ramon noodles 12/9/2016 12:01:00 AM

To ensure that your documents are attached properly, please send ONLY the missing information above referencing our CHRW load number(s) on each page.

PLEASE INCLUDE THIS COVER SHEET WITH YOUR PACKAGE.
To submit paperwork please email LoadDocs@CHRobinson.com or upload your paperwork to our website, www.CHRWTrucks.com .

Please take a moment to review the below contact information and if incorrect update your carrier contact information.

To update accounting contact information please contact CH Robinson Carrier Services by email at Carrier.Services@chrobinson.com with email subject Central Billing Carrier Notification or by faxing this form with the following information to 312-980-2630.

First and Last Name:  General

Email Address:  rtservice14@gmail.com

Fax Number:

If any of the above information is incorrect, please update in the section provided below:
First and Last Name: _____
Email Address: _____
Fax Number: _____

Carrier:  T5235076

If you have any issues or questions please contact us at: 800-326-9977.

Carrier Notification ID:    T52350761612270920

ROBINSON_0056

Page 1 of 3
## C.H. Robinson Contract Addendum and Carrier Load Confirmation - #218316538

ATTENTION: General Contact at Kuwar Singh - T5235076
DBA: RT Service
Phone: (916) 370-3037 and Fax: (916) 427-7911

Carrier is required to check in with and obtain load requirements from C.H. Robinson, prior to arriving at Shipper, by calling (888) 278-9441 and asking for Load #218316538

### C.H. Robinson Communication
This load was booked with Josh Erickson, (801) 768-2232 , ERICJOS@chrobinson.com.
Thank you for your business.
Please contact me for any additional need or questions.
Josh Erickson, CarrierRep, Salt Lake City Capacity - 3082 W Maple Loop Dr Ste 201, LEHI, Utah, (801) 768-2232 , ERICJOS@chrobinson.com.

### Customer-Specified Equipment Requirements
| | |
|---|---|
| Equipment: | Van - Min L=53 |
| Temp Control: | N |

Carrier or its agent certifies and verifies that any equipment furnished will be in compliance with the in-use requirements of California's Tractor-Trailer Green House Gas regulations found in California Code of Regulations Sub article 1, Section 95300 to 95312 and California's Regulation to Reduce Emissions of Diesel Particulate Matter, Oxides of Nitrogen and Other Criteria Pollutants, from In-Use Heavy-Duty Diesel-Fueled Vehicles in Section 2025 and comply with the record keeping requirements of section 2025(s)(4).

### Customer Requirements
Need check calls daily by 10 a.m. CST.  Pick up and Delivery appointments must only be scheduled by CPDS. Carriers must adhere to the pick up and delivery parameters stated and immediately report any variance to CHR. Failure to comply may result in a $250 fine per occurance.  Detention at Costco is based on the computer printed  "in time" and "out time" listed on the Costco Depot signature label.

| SHIPPER#1: | Pride Industries South | Pick Up Date: | 12/8/16 |
|---|---|---|---|
| Address: | 3900 Floren Perkins Rd. | *Scheduled to Pick* | |
| | Suite 3 | Pick Up Time: | 13:30 Appt. |
| | Sacramento, CA 95826 | Pickup#: | 005841125570 |
| Phone: | (916) 383-5560 | Appointment#: | |

Please ask for and confirm receipt of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| ramon noodles | 14,062 | Pallet(s) | 30 | 30 | | 005841125570 |

**Shipper Instructions**
LOAD WEIGHT: 14062.000000 POUNDS - VOLUME: 1584.000000 CUBIC FEET

| RECEIVER #1: | Costco Depot #584 | Delivery Date: | 12/9/16 |
|---|---|---|---|
| Address: | 5995 West 300 South Street | *Scheduled Delivery* | |
| | SALT LAKE CITY, UT 84104 | Delivery Time: | 06:30 Appt. |
| | | Delivery#: | 005841125570 |
| Phone: | (801) 333-3560 | Appointment#: | 1 |
| | | Work Required: Count | |

Please confirm delivery of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| ramon noodles | 14,062 | Pallet(s) | 30 | 30 | | 005841125570 |

**Receiver Instructions**
C.H. Robinson's Customer has indicated that Carrier may be required to handle and/or count the shipment at this stop.
LOAD WEIGHT: 14062.000000 POUNDS - VOLUME: 1584.000000 CUBIC FEET



ROBINSON_0057

Page 2 of 3

## C.H. Robinson Contract Addendum and Carrier Load Confirmation - #218316538

| Rate Details | | | |
|---|---|---|---|
| Service for Load #218316538 | Amount | Rate | Extended |
| Line Haul - FLAT RATE | 1 | $1,373.00 | $1,373.00 |
| | | | |
| Total: | | | $1,373.00 |

**SUBMIT FREIGHT BILL TO:**

CHRW Quick Pay Billing
P.O. Box 3474
Chicago, IL 60654
LoadDocs@CHRobinson.com

To insure prompt payment, all billing must be accompanied by an invoice with the
Carrier Name and C.H. Robinson Load Number

| Fuel Surcharge Information |
|---|
| Please note that C.H. Robinson has included a $136.08 fuel surcharge within the listed transportation rate on this confirmation.  The fuel surcharge is an estimate based off of a weekly national average fuel price from the U.S. Department of Energy. |

| QUICK PAY and CASH ADVANCE |
|---|
| QUICK PAY - If you are a Carrier who utilizes C.H. Robinson's Quick Pay Program, you may email your invoice and required paperwork to LoadDocs@chrobinson.com or visit NavisphereCarrier.com for other scanning options. Funds will be released from C.H. Robinson, minus the fixed discount, within two business days from receipt of complete and legible paperwork. Paperwork received by 12:00 noon (CST) will be counted as same day; paperwork received after 12:00 noon (CST) will count as the next business day.  Carriers enrolled in Quick Pay are no longer required to submit original paperwork for payment in addition to using one of our billing methods unless otherwise instructed by C.H. Robinson. Carrier shall retain custody of the original paperwork and provide it to C.H. Robinson upon Request. |
| |
| C.H. Robinson also recommends that Carrier only submit "receipt" for payment once, regardless of billing method to avoid additional fees.  If you would like more information about becoming enrolled in Quick Pay, please contact the Quick Pay Department at (800) 326-9977.  For a list of our billing options, please visit NavisphereCarrier.com. |
| |
| CASH ADVANCE – Carriers may request a cash advance from C.H. Robinson to be issued at C.H. Robinson's sole discretion as a partial settlement to the agreed upon rate.  All cash advances will be deducted from final settlement; including a transaction fee of the greater of 3% of the advance issued or $15 for each individual advance. |

| Directions |
|---|
| Any directions given by C.H. Robinson or its Customers, whether orally and/or electronically, are for informational purposes only.  It is the Carrier's sole responsibility to confirm that it may lawfully and safely operate its vehicle and its contents over any road, highway, bridge and/or route.  Carrier shall be solely responsible for any fines, penalties, or citations that may be levied as a result of operating its vehicle equipment and its contents in any way that may be found to be in violation of any regulation, law or ordinance. |

| Receiver's Driving Directions |
|---|
| RECEIVER 1 - Costco Depot #584: Going South on Highway 15 take the I80 exit west and take exit 113, turn left and go South on 5600 West for a quarter mile, they are on the right hand side, check in with the guard  costco uses this address for Store, a warehouse, and a container lot. Driver needs to know which one.  NO LIFTGATE TRUCKS OR STEPDECK  NO LIFTGATE TRUCKS OR STEPDECKS |



ROBINSON_0058

## C.H. Robinson Contract Addendum and Carrier Load Confirmation - #218316538

| C.H. Robinson Contract Addendum and Carrier Load Confirmation Conditions |
|---|

THIS LOAD CONFIRMATION IS SUBJECT TO THE TERMS OF THE AGREEMENT FOR MOTOR CONTRACT CARRIER SERVICES ("AGREEMENT") PREVIOUSLY EXECUTED BETWEEN OUR COMPANIES AND THIS CONSTITUTES AN ADDENDUM TO THE TERMS OF THAT AGREEMENT.  WE AGREE TO PAY THE RATES AND CHARGES SHOWN ABOVE AND NO DIFFERENT TARIFF RATE OR SCHEDULE OF RATES APPLY.  THIS LOAD CONFIRMATION IS INCLUSIVE OF ALL CHARGES.  UNLESS ORAL AND WRITTEN FAX OBJECTIONS ARE MADE TO ITS TERMS, AT THE EARLIER OF WITHIN TWENTY-FOURS (24) HOURS OF RECEIPT OR PRIOR TO WORK BEING INITIATED, YOU HAVE AGREED TO THESE TERMS.

Additional Terms

1.
Unless C.H. Robinson provides written notice herein that this term does not apply to this shipment, Carrier's motor vehicle equipment shall be dedicated to Broker's exclusive use while transporting freight tendered by Broker (C.H. Robinson Worldwide, Inc. and affiliates) pursuant to this Load Confirmation and Carrier's Agreement with C.H. Robinson. Carrier's violation of this exclusive use requirement shall result in Carrier's forfeiting its right to be paid for the transportation services contemplated by this Load Confirmation, not as penalty, but as liquidated damages.

2.
T-Chek requests made outside of the C.H. Robinson branch's regular business hours may not be authorized.  If carrier requires T-Chek advance, carrier must make arrangements with the C.H. Robinson booking branch during their normal business hours and/or upon booking this shipment.

3.
This rate is contingent upon successful and on-time completion of all load terms as orally stipulated or written on this addendum and rate may be subject to reduction if carrier fails to complete any shipment terms and conditions. Rate may be reduced if load picks up or delivers after originally scheduled time and date. Carrier acknowledges that failure to complete any terms and conditions on this shipment may jeopardize or result in loss of future business opportunities with C.H. Robinson and/or cancelation of C.H. Robinson carrier contract.

4.
Accessorial charges (including but not limited to labor, detention, and/or layover charges) must be authorized and approved prior to or at time of occurrence.  C.H. Robinson will not provide any reimbursement of any non, prior-approved accessorial charges.  Carrier shall ensure the bill of lading is notated either when handling is required or when detention occurs, that a lumper receipt is provided when a lumper is hired, and/or that both are included as supporting documents with the Carrier's invoice.  All overage, shortage, and damage must be reported to C.H. Robinson immediately, at time of occurrence, and noted on the bill of lading.

5.
C.H. Robinson's Customer requires that Carrier provide tracking updates, for this shipment, through C.H. Robinson, around the following events via EDI or via NavisphereCarrier.com (unless otherwise specified on this confirmation):
- Arrival at and departure from Shipper(s) within thirty (30) minutes of occurrence
- A minimum of one check call per day, prior to 10:00am, each day that Carrier is in possession of this shipment
- Arrival at and departure from Receiver(s) within thirty (30) minutes of occurrence

6.
For any problems or issues after regular business hours or over the weekends, please contact C.H. Robinson at (866) 352-8323.

7.
Pursuant to C.H. Robinson carrier contract, carrier will provide an amount of cargo insurance coverage sufficient to cover the loss or damage of any commodities and cargo carried. Carrier's cargo insurance policy must not exclude from coverage any commodities or cargo carried on this order. If carrier's cargo insurance policy contains a schedule of covered vehicles, carrier will not transport any cargo on this shipment using a vehicle that is not listed as a scheduled vehicle on carrier's cargo insurance policy.

8
Carrier has chosen to use MacroPoint mobile communication to provide C.H. Robinson with automatic shipment updates on this shipment.



ROBINSON_0059

# EXHIBIT 11



Nevada Department of
**Public Safety**

Nevada Highway Patrol
Northern Command-Elko
*Multi-disciplinary Investigation &*
Reconstruction Team

NOT TO BE RECOPIED
OR RE-DISSEMINATED

CASE NUMBER
161200817

PRIMARY INVESTIGATING OFFICER
Trp. Benjamin Jenkins #343

Signature

Case Title: Injury Collision – IR80 @ Elko Mile Marker 36

Collision Date: December 8, 2016     Time: 2203 hours



Additional NHP Sergeants/ Troopers:
- Trooper C. Fronczek #622
- Trooper A. Stackhouse #644
- Trooper G. Ducharme #648
- Trooper S. Burt #202
- CVSI D. Mawson #9036
- Sgt. A. Perez #276
- Sgt. J. Howell #390

**Send Subpeonas to:**
NHP – Northern Command-Elko
3920 East Idaho Street
Elko, NV  89801

Report approved by Sergeant Tony Roth, #308

_____ Date: 2/20/17

Miller 0008561



Nevada Department of
**PUBLIC SAFETY**

Nevada Highway Patrol
Northern Command
**Multi-disciplinary Investigation &
Reconstruction Team**

**Case Number:**  161200817

<u>Involved NHP Personnel:</u>
- Trooper B. Jenkins #343
- Trooper C. Fronczek #622
- Trooper A. Stackhouse #644
- Trooper G. Ducharme #648
- CVSI D. Mawson #9036

<u>MIRT</u>
- Trooper S. Burt #202 (MIRT)

## Table of Contents

| **Report** | **Author(s)** |
| --- | --- |
| **A. State of Nevada Traffic Accident Report** | BJ |
| **B. Diagrams** | |
| - Physical Evidence Diagram#1 | SB |
| **C. Details of the Investigations** | |
| - Introduction | BJ |
| - Response Timeline | BJ |
| - Scene Identification, Lighting Conditions | BJ |
| - Weather Conditions | BJ |
| - Response/ Scene Investigation | BJ |
| - Investigation Directions | BJ |
| - Evidence Documentation | BJ |
| - Driver(s) Profile | BJ |
| - Vehicle Damage | BJ |
| - Witness synopsis report | BJ |
| **D. Analysis and Opinions** | |
| - Collision Sequence | BJ |
| - Cause Analysis | BJ |
| - Violations of Law | BJ |
| - Recommendations | BJ |

Miller 0008562

## E. **Additional Reports**

- Dispatch and Arrival with diagram – Trooper C. Fronczek #622      CF
- Dispatch and Arrival – Trooper A. Stackhouse #644                AS
- Voluntary Witness Statement – Duncan Tamar                       DT
- Voluntary Witness Statement – Ronel Singh                        RS
- NHP Form 31(Tow Sheet) (V-1 and T-1) – Trooper C. Fronczek #622  CF
- NHP Form 31(Tow Sheet) (V-2) – Trooper C. Fronczek #622          CF
- Inventory Receipt NHP Form 35 for Mr. Miller's Vehicle           JH

**STATE OF NEVADA**
**TRAFFIC CRASH REPORT**
**SCENE INFORMATION SHEET**
Revised 01/2016

Scene Information

Event Number: 161200817

Code Revision: 01/01/2016

Crash Number:
NHP161200817

☐ 1) Property  ☒ 2) Injury  ☐ 3) Fatal

| ☐ 1) Urban | ☐ 1) Emergency Use | ☐ 1) Preliminary Report | ☐ 3) Resubmission | ☐ 1) Hit and Run | Agency Name: |
| ☒ 2) Rural | ☐ 2) Office Report | ☒ 2) Initial Report | ☐ 4) Supplement Report | ☐ 2) Private Property | NEVADA HIGHWAY PATROL |

| Crash Date | Time | Day | Beat / Sector | ☒ 1) County | ☐ 2) City | |
| 12 / 8 / 2016 | 2203 | THU | HEA3 | ELKO | | |

| Mile Marker | # Vehicles | # Non Motorists | # Occupants | # Fatalities | # Injured | # Restrained |
| 36 | 2 | 0 | 2 | 0 | 2 | 2 |

Occurred On: *(Highway # or Street Name)*
☐ 1) Parking Lot  ☐ 2) Active School Zone
IR80 E

☐ 1) At Intersection With:

Of (Cross Street)

☒ 2) Or .5    ☐ 3) Feet  ☒ 4) Miles  ☒ 5) Approximate EAST

| Surface | Intersection | Paddle Markers | Access Control |
|---|---|---|---|
| ☒ 1) Asphalt | ☐ 1) Four Way  ☐ 4) Y | ☐ 1) None | |
| ☐ 2) Concrete | ☐ 2) > Four Way  ☐ 5) Roundabout | ☐ 2) Left Side | ☐ 1) None |
| ☐ 3) Gravel | ☐ 3) T  ☐ 7) L | ☐ 3) Right Side | ☒ 2) Full |
| ☐ 4) Dirt | | ☒ 4) Both Sides | ☐ 3) Partial |
| ☐ 5) Other | ☐ 6) Other | ☐ 5) Unknown | |

| Roadway Character | Roadway Conditions | Total Thru Lanes | Average Roadway Widths | Roadway Grade |
|---|---|---|---|---|
| ☐ 1) Curve & Grade | | Main Road | Travel Lane  12  Ft | Relative To |
| ☐ 2) Curve & Hillcrest | ☐ 1) Dry  ☐ 7) Slush | ☐ 1) One | | ☐ 1) Not Determined |
| ☐ 3) Curve & Level | ☒ 2) Icy  ☐ 8) Standing Water | ☒ 2) Two | Storage / Turn Lane  Ft | |
| ☐ 4) Straight & Grade | ☐ 3) Wet  ☐ 9) Moving Water | ☐ 3) Three | Median  50  Ft | ☒ 2) Relatively Level Roadway |
| ☐ 5) Straight & Hillcrest | ☐ 4) Snow  ☐ 10) Unknown | ☐ 4) Four | | |
| ☒ 6) Straight & Level | ☐ 5) Sand / Mud/ Dirt / Gravel | ☐ 5) Five | Paved Shoulder | ☐ 3) Up Slope (+)  Grade |
| ☐ 7) Unknown | ☐ 6) Other  ☐ 11) Oil | ☐ 6) > 5 | Inside  Outside | ☐ 4) Down Slope (-)  0.0  % |
| ☐ 8) Other | | Total All Lanes: 4 | 4  10 | |

| Pavement Markings | Roadway Description | Weather Conditions |
|---|---|---|
| ☐ 1) Centerline, Broken Yellow  ☐ 8) Center Turn Lane Line | | ☐ 1) Clear  ☐ 7) Fog, Smog, Smoke, Ash |
| ☐ 2) Centerline, Solid Yellow  ☒ 9) Edge Line, Left Yellow | ☐ 1) Two-Way, Not Divided | ☒ 2) Cloudy  ☐ 8) Severe Crosswinds |
| ☐ 3) Centerline, Double Yellow  ☒ 10) Edge Line, Right White | ☒ 2) Two-Way, Divided, Unpro, Median | ☐ 3) Snow  ☐ 9) Sleet / Hail |
| ☒ 4) Lane Line, Broken White  ☐ 11) Other | ☐ 3) Two-Way, Divided, Median Barrier | ☐ 4) Rain  ☐ 10) Unknown |
| ☐ 5) Lane Line, Solid White | ☐ 4) One-Way, Not Divided | ☐ 5) Blowing Sand, Dirt, Soil |
| ☐ 6) No Passing, Either Direction  ☐ 12) None | ☐ 5) Unknown | ☐ 6) Other  ☐ 11) Blowing Snow |
| ☐ 7) Turn Arrow Symbols  ☐ 13) Unknown | ☐ 6) Off Road | |

| Light Conditions | Vehicle Collision Type | Location of First Event |
|---|---|---|
| ☐ 1) Dark  ☒ 6) Dark—No Roadway Lighting | ☐ 1) Head On  ☐ 6) Sideswipe - Meeting | ☐ 1) Travel Lane  ☐ 6) Outside Shoulder  ☐ 11) Ramp |
| ☐ 2) Dawn  ☐ 7) Dark—Spot Roadway Lighting | ☐ 2) Rear End  ☐ 7) Sideswipe - Overtaking | ☐ 2) Turn Lane  ☐ 7) Intersection  ☐ 12) Unknown |
| ☐ 3) Daylight  ☐ 8) Dark—Continuous Roadway Lighting | ☐ 3) Backing  ☐ 8) Non Collision | ☐ 3) Gore  ☐ 8) Private Property  ☐ 13) Separator |
| ☐ 4) Unknown  ☐ 9) Dark—Unknown Roadway Lighting | ☒ 4) Angle  ☐ 9) Unknown | ☒ 4) Median  ☐ 9) Roadside  ☐ 14) Parking Lane/Zone |
| ☐ 5) Other | ☐ 5) Rear to Rear  ☐ 10) Rear to Side | ☐ 5) Inside Shoulder  ☐ 10) Other |

| Roadway / Environment Factors | Type of Work Zone | Work Area Zone |
|---|---|---|
| ☐ 1) None  ☒ 10) Wet, Icy, Snow, Slush | ☐ 19) Backup Regular Congestion | ☐ 1) Lane Closure  ☐ 1) Advanced Warning Area |
| ☐ 2) Weather  ☐ 11) Ruts, Holes, Bumps | ☐ 20) Work Zone | ☐ 2) Lane Shift/Crossover  ☐ 2) Transition Area |
| ☐ 3) Debris  ☐ 14) Animal in Roadway | ☐ 21) Non Highway Work | ☐ 3) Work on Shoulder or Median  ☐ 3) Activity Area |
| ☐ 4) Glare  ☐ 15) Unknown | ☐ 22) Railway Grade Crossing # | ☐ 4) Intermittent/Moving Work  ☐ 4) Termination Area |
| ☐ 5) Other Roadway | ☐ 23) Shared User Path/Trail | ☐ 5) Other |
| ☐ 6) Other Environmental | | Workers Present  Law Enforcement Present |
| ☐ 7) Shoulders  ☐ 16) Visual Obstruction | | ☐ 1) Yes  ☐ 1) No |
| ☐ 8) Road Obstruction  ☐ 17) Backup Prior Crash | | ☐ 2) No  ☐ 2) Officer Present |
| ☐ 9) Worn Traffic Surface  ☐ 18) Backup Non Recurring Incident | | ☐ 3) LE Vehicle Only Present |

**Property Damage To Other Than Vehicle**

Describe Property Damage:

Owner's Name:

☐ 1) Owner Notified

Owner's Address: *(Street Address  City, State  Zip)*

| First Harmful Event | Code # 109 | Description: RAN OFF ROAD LEFT |

| Investigation Complete | Photos Taken | Scene Diagram | | Statements | | Date Notified | Time Notified | Arrival Date | Arrival Time |
|---|---|---|---|---|---|---|---|---|---|
| ☒ 1) Yes  ☐ 2) No | ☒ 1) Yes  ☐ 2) No | ☒ 1) Yes  ☐ 2) No | ☒ 1) Yes | ☐ 2) No  # 2 | | 12 / 8 / 2016 | 2203 | 12 / 8 / 2016 | 2210 |

| Investigator(s) | ID Number | Date | | Reviewed By | Date Reviewed | Page |
| Jenkins | H6343 | 12 / 8 / 2016 | | Tony Roth | 2 | 7 |

Miller 0008564

| Event Number: 161200817 | **STATE OF NEVADA**<br>**TRAFFIC CRASH REPORT**<br>**SCENE INFORMATION SHEET**<br>Revised 10/20/15 | Crasn Number:<br>NHP161200817 | Scene Information |
|---|---|---|---|
| Code Revision: 01/01/2016 | | Agency Name:<br>NEVADA HIGHWAY PATROL | |

**Description of Crash / Narrative**

**\*\*SEE ATTACHED REPORT\*\***

Indicate North

A.I.C.: _____

Miller 0008565

**STATE OF NEVADA TRAFFIC CRASH REPORT VEHICLE INFORMATION SHEET** Revised 1/2016

**Vehicle Information**

| Event Number: | Crash Number: |
|---|---|
| 161200817 | NHP161200817 |

| Vehicle # | # Occupants | ☒ 1) At Fault | Agency Number: |
|---|---|---|---|
| V1 | 1 | ☐ 2) Non Contact Vehicle | NEVADA HIGHWAY PATROL |

**Direction of Travel:** ☐ 1) North ☒ 3) East ☐ 2) South ☐ 4) West ☐ 5) Unknown

**Roadway / Street Name:** IR80 E

**Travel Lane #:** 2

**Vehicle Action:** ☒ 1) Straight ☐ 3) Left Turn ☐ 5) U-Turn ☐ 2) Backing ☐ 4) Right Turn ☐ 6) Parked ☐ 7) Wrong Way ☐ 9) Passing ☐ 11) Leaving Parked ☐ 13) Leaving Lane ☐ 16) Driverless Vehicle ☐ 19) Unknown ☐ 8) Stopped ☐ 10) Racing ☐ 12) Entering Lane ☐ 15) Enter Parked ☐ 17) Lane Change ☐ 22) Negotiating a Curve

**Driver:** (Last Name, First Name, Middle Name  Suffix) SINGH, RONEL R

**Transported By:** ☐ 1) Not Transported ☒ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other  ELKO AMBULANCE/ELKO C○

**Street Address:** 8001 RENTON WAY

**Transported To:** NORTHEASTERN NEVADA REG. HOSPITAL

| City: SACRAMENTO | State / Country ☐ 1) NV CA | Zip Code: 95828 | Person Type: 1 | Seating Position: 1 | Occupant Restraints: 7 |
|---|---|---|---|---|---|

☒ 1) Male ☐ 3 Unknown ☐ 2) Female

**DOB:** 7 / 21 / 1985

**Phone Number:** 9163703037

**Injury Severity:** C

**Injury Location:** 7

| OLN: | State ☐ 1) NV CA | Class: A | ☒ 1) CDL ☐ 2) DL | License Status 0 |
|---|---|---|---|---|

**Airbags:** 8  **Airbag Switch:**  **Ejected:** 0  **Trapped:** 0

**Compliance:** ☐ 1) Restrict ☐ 2) Endorse

**Endorsements** **Restrictions**

**Alcohol / Drug Involvement** ☐ 1) Not Involved ☐ 2) Suspected Impairment ☐ 3) Alcohol ☐ 4) Drugs ☒ 5) Unknown

**Method of Determination** (check up to 2) ☐ 1) Field Sobriety Test ☐ 4) Urine Test ☐ 2) Evidentiary Breath ☒ 5) Blood Test ☐ 3) Driver Admission ☐ 6) Preliminary Breath Test

**Test Results:**

**Driver Factors**
☐ 1) Apparently Normal ☐ 6) Driver III / Injured
☐ 2) Had Been Drinking ☒ 7) Other Improper Driving
☐ 3) Drug Involvement ☐ 8) Driver Inattention / Distracted
☐ 4) Apparently Fatigued / Asleep
☐ 5) Obstructed View ☐ 9) Physical Impairment
☐ 10) Unknown

| Vehicle Year: 2004 | Vehicle Make: VOLVO | Vehicle Model: NOT IN LIST | Vehicle Type: TRACTOR TRUCK DIE⊞ |
|---|---|---|---|

**Vehicle Factors**
☐ 1) Failed To Yield Right of Way ☐ 13) Over Correct / Steering
☐ 2) Disregard Control Device ☐ 14) Other Improper Driving
☒ 3) Too Fast For Conditions ☐ 16) Driverless Vehicle
☐ 4) Exceeding Speed Limit ☐ 17) Unsafe Backing
☐ 5) Wrong Way / Direction ☐ 18) Ran Off Road
☐ 6) Mechanical Defects ☐ 19) Hit and Run
☐ 7) Drove Left of Center ☐ 20) Road Defect
☐ 8) Other ☐ 21) Object Avoidance
☐ 9) Failed to Maintain Lane ☐ 22) Unknown
☐ 10) Following Too Close ☐ 28) Aggressive
☐ 11) Unsafe Lane Change ☐ 29) Reckless / Careless
☐ 12) Made Improper Turn

| Plate / Permit No.: WP72445 | State ☐ 1) NV CA | Expiration Date: 5 / 31 / 2017 | Vehicle Color: WHI |
|---|---|---|---|

**Vehicle Identification Number:** 4V4NC9TG94N365204

**Registered Owner Name:** RHEAS TRANS INC, ☐ 1) Same As Driver

**Registered Owner Address:** RHEAS TRANS INC, SACRAMENTO, CA 95823

**Insurance Company Name:** ACORD ☒ 1) Insured

**1st Contact** **Damaged Areas**

☒ 1) Front
☒ 2) Right Side
☒ 3) Left Side
☐ 4) Rear
☒ 5) Right Front
☐ 6) Right Rear
☐ 7) Top
☐ 8) Under Carriage
☒ 9) Left Front
☐ 10) Left Rear
☐ 11) Unknown
☐ 12) Other

**Policy number:** CP5647753-6

**Effective:** 9 / 27 / 2016 **To:** 9 / 27 / 2017

**Insurance Company Address or Phone Number:** 845.620.1700

☐ 1) Vehicle Towed **Towed By:** ROADWAY TOWING - WELLS

**Removed To:** TOW YARD

**Traffic Control**
2) Traffic Control Signal  11) Stop Sign
3) Flashing Traffic Control Signal  12) Yield Sign
4) School Zone Sign / Device  13) Railway Crossing Sign / Device
5) Pedestrian Signal / Sign  17) Chain / Snow Tire Req.
   Device  20) Officer / Flagger
6) No Passing  ☐ 19) Unknown
7) No Controls
8) Warning Sign
10) Other

| Distance Traveled After Impact 100 FEET | Speed Estimate From 50 / To 55 / Limit 75 |
|---|---|

**Extent of Damage**
☐ 1) Minor ☐ 4) Total
☐ 2) Moderate ☐ 5) None
☒ 3) Major ☐ 6) Unknown

**Sequence of Events**

| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
|---|---|---|---|---|
| 1st | 109 | RAN OFF ROAD LEFT | ☐ | ☐ |
| 2nd | 101 | OVERTURN/ROLLOVER | ☐ | ☒ |
| 3rd | 114 | CROSS MEDIAN | ☐ | ☐ |
| 4th | | | ☐ | ☐ |
| 5th | | | ☐ | ☐ |

☐ 1) NRS ☐ 2) CFR ☐ 3) CC/MC ☐ 4) Pending

(1) **Violation** | **NOC** | **Citation Number**

☐ 1) NRS ☐ 2) CFR ☐ 3) CC/MC

(2) **Violation** | **NOC** | **Citation Number**

| Investigator(s) Jenkins | ID Number H6343 | Date 12 / 8 / 2016 | Reviewed By Tony Roth | Date Reviewed 2 / 20 / 2017 | Page 3 of 7 |
|---|---|---|---|---|---|

Miller 0008566

| Event Number:<br><br>161200817 | STATE OF NEVADA<br>TRAFFIC CRASH REPORT<br>VEHICLE INFORMATION SHEET<br>Revised 1/2016 | Crash Number:<br>NHP161200817 | Vehicle Information |
|---|---|---|---|
| | | Agency Number:<br>NEVADA HIGHWAY PATROL | |

**Name:** *(Last Name, First Name, Middle Name   Suffix)*

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown  ☐ 5) Other

| Street Address: | Transported To: | | |
|---|---|---|---|
| City: | State / Country ☐ 1) NV | Zip Code: | Person Type: | Seating Position: | Occupant Restraints: |

☐ 1) Male   ☐ 3 Unknown   DOB: / /   Phone Number:

Injury Severity:   Injury Location:

Airbags:   Airbag Switch:   Ejected:   Trapped:

---

**Name:** *(Last Name, First Name, Middle Name   Suffix)*

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown  ☐ 5) Other

| Street Address: | Transported To: |
|---|---|
| City: | State / Country ☐ 1) NV | Zip Code: | Person Type: | Seating Position: | Occupant Restraints: |

☐ 1) Male   ☐ 3 Unknown   DOB: / /   Phone Number:

Injury Severity:   Injury Location:

Airbags:   Airbag Switch:   Ejected:   Trapped:

---

**Name:** *(Last Name, First Name, Middle Name   Suffix)*

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown  ☐ 5) Other

| Street Address: | Transported To: |
|---|---|
| City: | State / Country ☐ 1) NV | Zip Code: | Person Type: | Seating Position: | Occupant Restraints: |

☐ 1) Male   ☐ 3 Unknown   DOB: / /   Phone Number:

Injury Severity:   Injury Location:

Airbags:   Airbag Switch:   Ejected:   Trapped:

---

| ☒1) Trailing Unit 1   VIN : 1GRAA06274T508292 | Plate: 4LY2959 | State: ☐ 1) NV  CA | Type: SEMI |
|---|---|---|---|
| ☐1) Trailing Unit 1   VIN : | Plate: | ☐ 1) NV | Type: |
| ☐1) Trailing Unit 1   VIN : | Plate: | ☐ 1) NV | Type: |

## Commercial Vehicle Configuration

☒1) Commercial Vehicle    ☐ 2) School Bus

### Source

| | | |
|---|---|---|
| ☐1) Bus, 9 - 15 Occupants | ☐6) Tractor Only | ☒11) Tractor / Semi Trailer |
| ☐2) Bus, > 15 Occupants | ☐7) Tractor / Trailer | ☐12) Passenger Vehicle, (Haz-Mat) |
| ☐3) Single 2 Axle and 6 Tire | ☐8) Tractor / Doubles | ☐13) Light Truck, (Haz-Mat) |
| ☐4) Single > 3 Axle | ☐9) Tractor / Triples | ☐14) Other Heavy Vehicle |
| ☐5) Any 4 Tire Vehicle | ☐10) Truck with Trailer | |

☐1) Driver
☐2) Log Book
☐3) Shipping Papers / Trip Manifest

☒4) State Reg.
☐5) Side Of Vehicle
☐6) Other

| Carrier Name:<br><br>RHEAS TRANS INC | Power Unit GCWR<br>☐1) ≤ 10,000 Lbs.  ☐2) 10,001 - 26,000 Lbs.  ☒3) ≥ 26,001 Lbs. | ☐ 1) Hazmat<br>☐ 2) Released |
|---|---|---|
| Carrier Street Address:<br><br>RHEAS TRANS INC | City:<br>SACRAMENTO | State ☐ 1) NV  CA | Zip Code:<br>95823 |

### Cargo Body Type

| | | | Haz-Mat ID #: | Type of Carrier | NAS Safety Report #: |
|---|---|---|---|---|---|
| ☐1) Pole | ☒6) Van / Box | ☐11) Grain, Gravel Chips | | ☐ 1) Single State | |
| ☐2) Tank | ☐7) Concrete Mixer | ☐12) Bus, 9—15 Occupants | | ☒ 2) USDOT | Carrier Number: |
| ☐3) Flatbed | ☐8) Auto Carrier | ☐13) Bus, > 15 Occupants | Hazard Classification #: | ☐ 3) Canada | 2465473 |
| ☐4) Dump | ☐9) Garbage / Refuse | ☐14) Other | | ☐ 4) Mexico | |
| ☐5) Unknown | ☐10) Not Applicable | | | ☐ 5) None | |

Miller 0008567

| Event Number: 161200817 | **STATE OF NEVADA TRAFFIC CRASH REPORT VEHICLE INFORMATION SHEET** Revised 1/2016 | Crash Number: NHP161200817 | **Vehicle Information** |
|---|---|---|---|

| Vehicle # V2 | # Occupants 1 | ☐ 1) At Fault ☐ 2) Non Contact Vehicle | | Agency Number: NEVADA HIGHWAY PATROL |
|---|---|---|---|---|

| Direction of Travel: | ☐ 1) North ☐ 3) East ☐ 2) South ☒ 4) West ☐ 5) Unknown | Roadway / Street Name: IR80 W | Travel Lane #: 2 |
|---|---|---|---|

| Vehicle Action: | ☒ 1) Straight ☐ 2) Backing | ☐ 3) Left Turn ☐ 4) Right Turn | ☐ 5) U-Turn ☐ 6) Parked | ☐ 7) Wrong Way ☐ 8) Stopped | ☐ 9) Passing ☐ 10) Racing | ☐ 11) Leaving Parked ☐ 12) Entering Lane | ☐ 13) Leaving Lane ☐ 15) Enter Parked | ☐ 16) Driverless Vehicle ☐ 17) Lane Change | ☐ 19) Unknown ☐ 22) Negotiating a Curve |
|---|---|---|---|---|---|---|---|---|

| Driver: (Last Name, First Name, Middle Name  Suffix) MILLER, ALLEN MICHAEL | Transported By: ☐ 1) Not Transported ☒ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other          ELKO AMBULANCE/ELKO C |
|---|---|

| Street Address: 1074 N STONEHENGE | Transported To: UTAH UNIVERSITY HOSPITAL |
|---|---|

| City: MERIDIAN | State / Country ☐ 1) NV ID | Zip Code: 83642 | Person Type: 1 | Seating Position: 1 | Occupant Restraints: 7 |
|---|---|---|---|---|---|

| ☒ 1) Male ☐ 2) Female ☐ 3 Unknown | DOB: 5 / 1 / 1991 | Phone Number: 2089410543 | Injury Severity: A | Injury Location: 6 | 1 | 7 |
|---|---|---|---|---|---|---|

| OLN: | State ☐ 1) NV ID | Class: C | ☐ 1) CDL ☒ 2) DL | License Status 0 | Airbags: 8 | Airbag Switch: | Ejected: 0 | Trapped: 1 |
|---|---|---|---|---|---|---|---|---|

| Compliance: ☐ 1) Restrict   ☐ 2) Endorse | Endorsements | Restrictions | **Driver Factors** |
|---|---|---|---|

Alcohol / Drug Involvement
☒ 1) Not Involved
☐ 2) Suspected Impairment
☐ 3) Alcohol   ☐ 4) Drugs
☐ 5) Unknown

Method of Determination (check up to 2)
☐ 1) Field Sobriety Test  ☐ 4) Urine Test
☐ 2) Evidentiary Breath  ☐ 5) Blood Test
☐ 3) Driver Admission  ☐ 6) Preliminary Breath Test

Test Results:

Driver Factors:
☒ 1) Apparently Normal
☐ 2) Had Been Drinking
☐ 3) Drug Involvement
☐ 4) Apparently Fatigued / Asleep
☐ 5) Obstructed View
☐ 6) Driver Ill / Injured
☐ 7) Other Improper Driving
☐ 8) Driver Inattention / Distracted
☐ 9) Physical Impairment
☐ 10) Unknown

| Vehicle Year: 1995 | Vehicle Make: CHEVROLET | Vehicle Model: C/K 1500 SERIES | Vehicle Type: PICKUP | **Vehicle Factors** |
|---|---|---|---|---|

| Plate / Permit No.: 1A6F257 | State ☐ 1) NV ID | Expiration Date: 12 / 31 / 2016 | Vehicle Color: BGE |
|---|---|---|---|

Vehicle Identification Number: 2GCEK19K7S1230751

Registered Owner Name: MILLER, ALLEN MICHAEL
☐ 1) Same As Driver

Registered Owner Address: 1074 N STONEHENGE WAY, MERIDIAN, ID 83642

Vehicle Factors:
☐ 1) Failed To Yield Right of Way
☐ 2) Disregard Control Device
☐ 3) Too Fast For Conditions
☐ 4) Exceeding Speed Limit
☐ 5) Wrong Way / Direction
☐ 6) Mechanical Defects
☐ 7) Drove Left of Center
☐ 8) Other
☐ 9) Failed to Maintain Lane
☐ 10) Following Too Close
☐ 11) Unsafe Lane Change
☐ 12) Made Improper Turn
☐ 13) Over Correct / Steering
☐ 14) Other Improper Driving
☐ 16) Driverless Vehicle
☐ 17) Unsafe Backing
☐ 18) Ran Off Road
☐ 19) Hit and Run
☐ 20) Road Defect
☒ 21) Object Avoidance
☐ 22) Unknown
☐ 28) Aggressive
☐ 29) Reckless / Careless

| Insurance Company Name: PROGRESSIVE ☒ 1) Insured | **1st Contact** | **Damaged Areas** |
|---|---|---|

| Policy number: 906128656 | Effective: 12 / 1 / 2016 | To: 6 / 1 / 2017 |
|---|---|---|

Insurance Company Address or Phone Number: 800-274-4499

☒ 1) Vehicle Towed   Towed By: LOSTRA BROS - ELKO

Removed To: TOW YARD

Damaged Areas:
☒ 1) Front
☐ 2) Right Side
☐ 3) Left Side
☐ 4) Rear
☒ 5) Right Front
☐ 6) Right Rear
☒ 7) Top
☒ 8) Under Carriage
☒ 9) Left Front
☐ 10) Left Rear
☐ 11) Unknown
☐ 12) Other

| **Traffic Control** | Distance Traveled After Impact 0 FEET | **Speed Estimate** | | | Extent of Damage |
|---|---|---|---|---|---|

| 2) Traffic Control signal   11) Stop Sign | | From 65 | To 70 | Limit 75 | ☐ 1) Minor  ☒ 4) Total ☐ 2) Moderate ☐ 5) None ☐ 3) Major  ☐ 6) Unknown |
|---|---|---|---|---|---|

3) Flashing Traffic Control Signal  12) Yield Sign
4) School Zone Sign / Device  13) Railway Crossing Sign / Device
5) Pedestrian Signal / Sign  17) Chain / Snow Tire Req.
6) No Passing  20) Officer / Flagger
7) No Controls  ☐ 19) Unknown
8) Warning Sign
10) Other

| **Sequence of Events** | | | |
|---|---|---|---|
| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
| 1st | 109 | RAN OFF ROAD LEFT | ☐ | ☐ |
| 2nd | 217 | SLOW/STOPPED VEHICLE | ☐ | ☒ |
| 3rd | | | ☐ | ☐ |
| 4th | | | ☐ | ☐ |
| 5th | | | ☐ | ☐ |

| ☐ 1) NRS ☐ 2) CFR ☐ 3) CC/MC ☐ 4) Pending (1) | Violation | NOC | Citation Number |
|---|---|---|---|

| ☐ 1) NRS ☐ 2) CFR ☐ 3) CC/MC (2) | Violation | NOC | Citation Number |
|---|---|---|---|

| Investigator(s) Jenkins | ID Number H6343 | Date 12 / 8 / 2016 | Reviewed By Tony Roth | Date Reviewed 2 / 20 / 2017 | Page 5 of 7 |
|---|---|---|---|---|---|

Miller 0008568

| Event Number:<br><br>161200817 | STATE OF NEVADA<br>TRAFFIC CRASH REPORT<br>VEHICLE INFORMATION SHEET<br>Revised 1/2016 | Crash Number:<br>NHP161200817 | Vehicle Information |
|---|---|---|---|
| | | Agency Number:<br>NEVADA HIGHWAY PATROL | |

| Name: *(Last Name, First Name, Middle Name  Suffix)* | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other |
|---|---|

| Street Address: | Transported To: | | |
|---|---|---|---|
| City: | State / Country ☐ 1) NV | Zip Code: | Person Type: | Seating Position: | Occupant Restraints: |
| ☐ 1) Male   ☐ 3 Unknown<br>☐ 2) Female | DOB:  /  / | Phone Number: | Injury Severity: | Injury Location: | |
| | | | Airbags: | Airbag Switch: | Ejected: | Trapped: |

| Name: *(Last Name, First Name, Middle Name  Suffix)* | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other |
|---|---|

| Street Address: | Transported To: | | |
|---|---|---|---|
| City: | State / Country ☐ 1) NV | Zip Code: | Person Type: | Seating Position: | Occupant Restraints: |
| ☐ 1) Male   ☐ 3 Unknown<br>☐ 2) Female | DOB:  /  / | Phone Number: | Injury Severity: | Injury Location: | |
| | | | Airbags: | Airbag Switch: | Ejected: | Trapped: |

| Name: *(Last Name, First Name, Middle Name  Suffix)* | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other |
|---|---|

| Street Address: | Transported To: | | |
|---|---|---|---|
| City: | State / Country ☐ 1) NV | Zip Code: | Person Type: | Seating Position: | Occupant Restraints: |
| ☐ 1) Male   ☐ 3 Unknown<br>☐ 2) Female | DOB:  /  / | Phone Number: | Injury Severity: | Injury Location: | |
| | | | Airbags: | Airbag Switch: | Ejected: | Trapped: |

| ☐ 1) Trailing Unit 1   VIN : | Plate: | State: ☐ 1) NV | Type: |
|---|---|---|---|
| ☐ 1) Trailing Unit 1   VIN : | Plate: | State: ☐ 1) NV | Type: |
| ☐ 1) Trailing Unit 1   VIN : | Plate: | State: ☐ 1) NV | Type: |

| **Commercial Vehicle Configuration** | | ☐ 1) Commercial Vehicle | ☐ 2) School Bus |
|---|---|---|---|

☐ 1) Bus, 9 - 15 Occupants
☐ 2) Bus, > 15 Occupants
☐ 3) Single 2 Axle and 6 Tire
☐ 4) Single > 3 Axle
☐ 5) Any 4 Tire Vehicle
☐ 6) Tractor Only
☐ 7) Tractor / Trailer
☐ 8) Tractor / Doubles
☐ 9) Tractor / Triples
☐ 10) Truck with Trailer
☐ 11) Tractor / Semi Trailer
☐ 12) Passenger Vehicle, (Haz-Mat)
☐ 13) Light Truck, (Haz-Mat)
☐ 14) Other Heavy Vehicle

**Source**

☐ 1) Driver
☐ 2) Log Book
☐ 3) Shipping Papers / Trip Manifest
☐ 4) State Reg.
☐ 5) Side Of Vehicle
☐ 6) Other

| Carrier Name: | **Power Unit GCWR**<br>☐ 1) ≤ 10,000 Lbs.  ☐ 2) 10,001 - 26,000 Lbs.  ☐ 3) ≥ 26,001 Lbs. | ☐ 1) Hazmat<br>☐ 2) Released |
|---|---|---|

| Carrier Street Address: | City: | State ☐ 1) NV | Zip Code: |
|---|---|---|---|

| **Cargo Body Type** | Haz-Mat ID #: | Type of Carrier | NAS Safety Report #: |
|---|---|---|---|

☐ 1) Pole
☐ 2) Tank
☐ 3) Flatbed
☐ 4) Dump
☐ 5) Unknown
☐ 6) Van / Box
☐ 7) Concrete Mixer
☐ 8) Auto Carrier
☐ 9) Garbage / Refuse
☐ 10) Not Applicable
☐ 11) Grain, Gravel Chips
☐ 12) Bus, 9—15 Occupants
☐ 13) Bus, > 15 Occupants
☐ 14) Other

Hazard Classification #:

☐ 1) Single State
☐ 2) USDOT
☐ 3) Canada
☐ 4) Mexico
☐ 5) None

Carrier Number:

Page 6 of 7

Miller 0008569

| Event Number:<br>161200817 | **STATE OF NEVADA**<br>**TRAFFIC ACCIDENT REPORT**<br>Occupant / Witness Supplement<br>Revised 1/14/04 | Accident Number:<br>NHP161200817<br>Agency Name:<br>NEVADA HIGHWAY PATROL |
|---|---|---|

**V #**

| Name: *(Last Name, First Name, Middle Name  Suffix)*<br>DUNCAN, DWAYNE TAMAR | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown<br>☐ 5) Other _____ |
|---|---|

| Street Address:<br>417 SUNNYVIEW CIRCLE | Transported To: |
|---|---|

| City:<br>ORLANDO | State / Country ☐1) NV<br>FL | Zip Code:<br>32810 | Person<br>Type: 3 | Seating<br>Position: | Occupant<br>Restraints: |
|---|---|---|---|---|---|

| ☒ 1) Male  ☐ 3) Unknown<br>☐ 2) Female | DOB:<br>7 / 18 / 1986 | Phone Number:<br>4077823965 | Injury<br>Severity: | Injury<br>Location: |
|---|---|---|---|---|

| | Airbags: | Airbag<br>Switch: | Ejected: | Trapped: |
|---|---|---|---|---|

**V #**

| Name: *(Last Name, First Name, Middle Name  Suffix)* | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown<br>☐ 5) Other _____ |
|---|---|

| Street Address: | Transported To: |
|---|---|

| City: | State / Country ☐1) NV | Zip Code: | Person<br>Type: | Seating<br>Position: | Occupant<br>Restraints: |
|---|---|---|---|---|---|

| ☐ 1) Male  ☐ 3) Unknown<br>☐ 2) Female | DOB:<br>/ / | Phone Number: | Injury<br>Severity: | Injury<br>Location: |
|---|---|---|---|---|

| | Airbags: | Airbag<br>Switch: | Ejected: | Trapped: |
|---|---|---|---|---|

**V #**

| Name: *(Last Name, First Name, Middle Name  Suffix)* | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown<br>☐ 5) Other _____ |
|---|---|

| Street Address: | Transported To: |
|---|---|

| City: | State / Country ☐1) NV | Zip Code: | Person<br>Type: | Seating<br>Position: | Occupant<br>Restraints: |
|---|---|---|---|---|---|

| ☐ 1) Male  ☐ 3) Unknown<br>☐ 2) Female | DOB:<br>/ / | Phone Number: | Injury<br>Severity: | Injury<br>Location: |
|---|---|---|---|---|

| | Airbags: | Airbag<br>Switch: | Ejected: | Trapped: |
|---|---|---|---|---|

**V #**

| Name: *(Last Name, First Name, Middle Name  Suffix)* | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown<br>☐ 5) Other _____ |
|---|---|

| Street Address: | Transported To: |
|---|---|

| City: | State / Country ☐1) NV | Zip Code: | Person<br>Type: | Seating<br>Position: | Occupant<br>Restraints: |
|---|---|---|---|---|---|

| ☐ 1) Male  ☐ 3) Unknown<br>☐ 2) Female | DOB:<br>/ / | Phone Number: | Injury<br>Severity: | Injury<br>Location: |
|---|---|---|---|---|

| | Airbags: | Airbag<br>Switch: | Ejected: | Trapped: |
|---|---|---|---|---|

**V #**

| Name: *(Last Name, First Name, Middle Name  Suffix)* | Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown<br>☐ 5) Other _____ |
|---|---|

| Street Address: | Transported To: |
|---|---|

| City: | State / Country ☐1) NV | Zip Code: | Person<br>Type: | Seating<br>Position: | Occupant<br>Restraints: |
|---|---|---|---|---|---|

| ☐ 1) Male  ☐ 3) Unknown<br>☐ 2) Female | DOB:<br>/ / | Phone Number: | Injury<br>Severity: | Injury<br>Location: |
|---|---|---|---|---|

| | Airbags: | Airbag<br>Switch: | Ejected: | Trapped: |
|---|---|---|---|---|

| Investigator(s)<br>Jenkins | ID Number<br>H6343 | Date<br>12 / 8 / 2016 | Reviewed By<br>Tony Roth | Date Reviewed<br>2 / 20 / 2017 | Page<br>7 of 7 |
|---|---|---|---|---|---|



**IR 80 W**

V2

V1

T1

T1 Tire marks

V1 Tire marks

V1 Tire marks

T1 Tire marks

Paddle marker

**IR 80 E**





Legend-

Record Time 1600
Crash #161200817
Date: 12/8/16
Weather: Cloudy, Snowing
Location: V1 left roadway left approximately .5 miles
east of IR 80 mile marker 36 Elko County
Scale: Not to scale, some measurements were
visually obtained using photographs
Measured with rolla tape
Measured by Fronczek #622
Drawn by Fronczek #622
Assisted by Ducharme #648

0  10  20  30  40  50 ft

Miller 0008571



**Nevada Department of Public Safety – *Highway Patrol***
Northern Command East

| Case Number |
|---|
| 161200817 |

## Introduction

The crash occurred on December 8th, 2016 at approximately 2203 hours. The scene of the crash was on IR 80 approximately .5 miles east of mile marker 36 Elko. This location is approximately 12 miles east of the city of Elko Nevada, county of Elko, within the borders of the State of Nevada.

## Notification

Involved Agencies:
During the duration of the scene investigation, personnel from the following agencies responded and assisted with duties associated with the crash investigation.

Nevada Highway Patrol
Trooper B. Jenkins #343
Trooper C. Fronczek #622
Trooper A. Stackhouse #644
Trooper G. Ducharme #648
Trooper S. Burt #202
CVSI D. Mawson #9036
1-775-753-1111: 3920 E Idaho St, Elko, Nevada

Elko County Sheriff's Office
1-775-738-3421 – 775 W Silver Street · Elko, Nevada

Nevada Department of Transportation (Elko Office)
1-775-777-2700 – 1951 Idaho Street, Elko, Nevada

Lostra Brothers Towing (Elko, Nevada)
1-775-738-8899 – 5400 E. Idaho Street, Elko, Nevada

Roadway Towing (Wells, Nevada)
1-775-752-3377 – 970 6th St, Wells, Nevada

A&K Towing (Elko, Nevada)
1-775-753-5554 – 944 W Main St, Elko, Nevada

Elko County Fire and EMS: Medical / Rescue
1-775-738-9960 – 155 S. 9th Street, Elko, Nevada (Elko County Fire)
1-775-738-9960 - P.O. Box 165-13, Elko Nevada (Ryndon VFD Fire)
1-775-397-7190 - 569 Court Street, Elko, Nevada (Elko County Ambulance )

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

1

Miller 0008572



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

| Case Number |
|---|
| 161200817 |

<u>Elko Fire Department</u>
1-775-777-7345 - 911 W Idaho Street, Elko Nevada (Fire)

<u>Reach Air Ambulance ( Helicopter)</u>
1-801-243-8690 – 1655 Thomas Gallagher Way, Elko, Nevada [taken by ground]

<u>M.I.R.T. Notification</u>

NHP personnel from the Elko and Wells district responded to the crash scene. The crash resulted in two occupants being transported to the Northeastern Nevada Regional Hospital. Ronel R. Singh was treated and released. Allen Michael Miller was flown to the University of Utah Hospital with substantial bodily injury. Trooper C. Fronczek was assigned as the lead investigator. Due to Trooper Fronczek accepting employment with another agency, I was assigned as the crash's primary investigator.

Report Written By: Trp. B. Jenkins #343                     2
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008573


Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

## **Scene Identification**

<u>Location Map</u>



Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

3

Miller 0008574



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

## Roadway Description

IR 80 is an East / West roadway stretching across the northern portion of Nevada. The road is a four lane, two directional divided highway of asphalt/concrete construction, being approximately 38 feet from pavement edge to pavement edge. Each travel lane is 12 feet for a total of 24 feet. The shoulders are paved, being 4 foot inside and 10 foot outside. The highway is divided by an unprotected median of varying widths

The posted speed limit for IR80 @ mile marker 36 Elko in the area of the crash is 75 mph. The roadway was icy and snow covered at the time of the collision. There were no visual obstructions observed at the scene. The area of the crash falls within the borders of the State of Nevada.

The terrain surrounding the scene of the crash is mountain desert.

## Lighting Conditions

The crash occurred during the hours of night and no artificial roadway light was present.


## Weather Conditions

Weather conditions: I obtained the weather information from Weatherunderground.com. The weather station was located in Elko, NV.

### Weather
The conditions at the scene were similar to the below reported conditions. The following information was obtained from Weatherunderground.com.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:56 PM | 28.9 °F | 25.2 °F | 25.0 °F | 85% | 30.20 in | 10.0 mi | West | 3.5 mph | - | N/A | Overcast |
| 10:56 PM | 30.0 °F | 26.5 °F | 26.1 °F | 85% | 30.22 in | 10.0 mi | East | 3.5 mph | - | 0.00 in | Overcast |
| 11:56 PM | 32.0 °F | 28.7 °F | 28.0 °F | 85% | 30.20 in | 10.0 mi | ENE | 3.5 mph | - | N/A | Overcast |

## Thursday, December 8, 2016

| | Actual | Average | Record |
|---|---|---|---|
| Temperature | | | |
| Mean Temperature | 26 °F | 27 °F | |
| Max Temperature | 32 °F | 38 °F | 61 °F (1913) |

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

4

Miller 0008575



| Case Number |
| --- |
| 161200817 |

|  | **Actual** | **Average** | **Record** |
| --- | --- | --- | --- |
| Min Temperature | **19** °F | **16** °F | **-21** °F (1951) |
| Degree Days |  |  |  |
| Heating Degree Days | 39 | 38 |  |
| Month to date heating degree days | 314 | 298 |  |
| Since 1 July heating degree days | 1659 | 2036 |  |
| Cooling Degree Days | 0 | 0 |  |
| Month to date cooling degree days | 0 | 0 |  |
| Year to date cooling degree days | 560 | 383 |  |
| Moisture |  |  |  |
| Dew Point | **18** °F |  |  |
| Average Humidity | 66 |  |  |
| Maximum Humidity | 85 |  |  |
| Minimum Humidity | 47 |  |  |
| Precipitation |  |  |  |
| Precipitation | **0.24** in | **0.04** in | **0.50** in (1918) |
| Month to date precipitation | 0.24 | 0.30 |  |
| Year to date precipitation | 11.76 | 9.01 |  |
| Snow |  |  |  |
| Snow | **2.90** in | **0.30** in | **5.00** in (1924) |
| Month to date snowfall | 2.9 | 2.2 |  |
| Since 1 July snowfall | 8.4 | 7.9 |  |
| Snow Depth | **3.00** in |  |  |

Report Written By: Trp. B. Jenkins #343

Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko

Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

5

Miller 0008576



Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

| | Actual | Average | Record |
|---|---|---|---|
| Sea Level Pressure | | | |
| Sea Level Pressure | **30.18** in | | |
| Wind | | | |
| Wind Speed | **5** mph (ENE) | | |
| Max Wind Speed | **12** mph | | |
| Max Gust Speed | **13** mph | | |
| Visibility | **5** miles | | |
| Events | Fog , Snow | | |

T = Trace of Precipitation, MM = Missing Value          Source: NWS Daily Summary

## Response / Scene Investigation

### Preliminary Information

The crash involved a 2004 Volvo Tractor (V-1), a 2004 Great Dane Box Trailer (T-1) and a 1995 Chevy Pickup (V-2). V-1 and T1 were traveling eastbound on IR80 in the #2 travel lane, at approximately mile marker 36 in Elko County. V-2 was traveling westbound on IR80 in the #2 travel lane, at approximately mile marker 36 in Elko County. Based off of the roadway evidence, D-1 appeared to be traveling too fast for the icy/snowy road conditions and T-1 began to rotate counterclockwise. V-1 crossed over the #1 travel lane, into the dirt median. V-1's wheels furrowed into the dirt median causing V-1 to overturn to its' right side.V-1 continued through the dirt median, and slid across the westbound travel lanes. V-1 came to rest on its right side, facing north, across both westbound travel lanes. T-1 came to rest on its right side, attached to V-1, facing north, across the #2 westbound travel lane and the dirt median. V-2 also appeared to be traveling too fast for the icy/snowy road conditions. D-2 observed a vehicle blocking both westbound travel lanes and pulled to the left to avoid a collision. V-2 crossed the #1 travel lane and into the dirt median, striking T-1 toward the rear of T-1. V-2 became lodged under and into T-1, on its wheels, facing west, in the dirt median. D-2 was pinned inside the vehicle and required a lengthy multi-agency extrication due to the lack of access to the driver.

Report Written By: Trp. B. Jenkins #343                                                      6
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008577



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

## Dispatch Time / Arrival

On the night of December 8th, 2016 at approximately 2206 hours I, Trooper Jenkins, was advised by DPS Dispatch of a vehicle accident involving a commercial motor vehicle and a silver sedan. It was reported that the commercial vehicle driver was out of the vehicle, but the driver of the sedan was unresponsive. I was advised that the crash occurred on IR80 at approximately mile marker 314, which is Elko County mile marker 36. I responded to the scene from IR80 mm 292, which is Elko County mile marker 14. Trooper Fronczek was the first Trooper to arrive, and was the primary officer. I arrived on scene at approximately 2226 hours. After arriving on scene I provided NHP Dispatch with the license plate and vehicle information for the trapped vehicle. I advised them that it was a pickup that was trapped.

## Scene Assessment

I arrived on scene on December 8th, 2016 at approximately 2226 hours and observed the Elko County Fire department crew on scene attempting to access the trapped occupant. The westbound travel lanes and dirt median were blocked by the commercial truck and trailer. There was an Elko County Sheriff's Department vehicle blocking the eastbound #1 travel lane. I positioned my vehicle in the #1 eastbound travel lane, set out LED Turbo Flares, and provided temporary traffic control. I observed a Chevy pickup truck in the dirt median, embedded into the commercial vehicle trailer. The driver of the pickup truck was trapped inside and I was told that he was unresponsive by the EMS units on scene. The driver of the commercial motor vehicle was out of the truck and was being attended to by EMS. The driver of the commercial vehicle voluntarily consented to a blood alcohol test, and the blood draw was performed by the Ambulance crew prior to him being taken to the Northeastern Nevada Regional Hospital for treatment of minor injuries.

I began taking photos of the roadway markings and the scene for Trooper Fronczek, and assisted EMS and Fire with lighting etc. The commercial vehicle trailer had to be lifted off of the pickup truck in order to free the driver; this had to be accomplished by utilizing both the Elko and Wells Heavy Duty tow trucks. All four lanes of travel on IR80 were closed in order to facilitate the extrication efforts. Once the trailer was raised enough, the tow drivers were able to winch out the pickup to gain access to the driver. Once extricated, the driver of the pickup was transported by the Elko County Ambulance to the Northeastern Nevada Regional Hospital where he was stabilized before being flown to the University of Utah Hospital in Salt lake City, Utah with substantial bodily injury. Once the driver was transported and the tow trucks were able to get the commercial vehicle out of the roadway, all travel lanes were opened back up. I was released from the scene and responded to the Elko NHP office to download the photos I had taken for Trooper Fronczek.

Miller 0008578



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

## Response / Scene Investigation

Trooper G. Ducharme #6648
Written 1/11/17

### Dispatch Time / Arrival

On December 8th, 2016 at approximately 2330 hours I arrived on scene of a severe injury accident on IR 80 near Elko county mile marker 36. I observed all westbound travel lanes blocked. The # 1 eastbound travel lane was blocked by emergency personnel. Other Elko county Sheriff Deputies, and three Nevada Highway Troopers were on scene prior to my arrival.

### Scene

Upon arrival I observed a commercial motor vehicle on its left side blocking all the westbound travel lanes with the trailer laying across the median. I observed a brown Chevy pickup underneath the trailer in the median. I made contact with Trooper Fronczek #622 to see if he needed any assistance to which he did not have any instructions for me at the time.

### Scene Duties

When the Elko County ambulance was ready to transport the driver from the chevy pickup, Trooper Jenkins #343 instructed me to block eastbound traffic so the ambulance could exit at the 317 to head westbound to Elko. I remained on scene after, and assisted Trooper Fronczek with westbound traffic control until approximately 0220 hours when I left the scene.

Report Written By: Trp. B. Jenkins #343                                    8
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008579



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

| Case Number |
|---|
| 161200817 |

## Evidence Documentation

I observed and photographed the roadway evidence and the vehicles involved using my Department issued Sony Cybershot 12.1 megapixel digital camera with 4X optical zoom, SN 0670617. I took 110 photographs at the scene. Trooper Fronczek completed the diagram of the crash scene. CVSI Dan Mawson completed the commercial vehicle inspection, downloaded the Event Data Recorder (EDR), and completed the vehicle damage assessment of the commercial motor vehicle. Sgt's Perez and Howell completed the vehicle damage assessment for the Chevy pickup.

On January 6th, 2016 I received the blood alcohol results from the Washoe County Crime Lab for Singh, the driver of the commercial motor vehicle. The results were 0.00BAC. On January 16th, 2017 I received the Blood drug results for Singh, The results were None Detected in all categories.

## Evidence Documents:

Unsworn Declaration for Evidentiary Blood Sample – Mr. Singh
Toxicology Evidence Submittal form – T061707
Forensic Report, Washoe County Crime Lab - Ethanol
Forensic Report, Washoe County Crime Lab – Drugs
Electronic Data Recorder consent form
Elko Property Room Property Report

## Driver Profiles

Report Written By: Trp. B. Jenkins #343                                    9
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008580



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

## Driver #1, Ronel R. Singh

### Identification

Mr. Singh was the driver of V-1. Mr. Singh was identified by his California driver's license.

Mr. Singh is a 31 year old male with a date of birth of July 21st, 1985.  His listed address is 8001 Renton Way, Sacramento, CA. 95823. Mr. Singh's physical description is 5'07" tall, 110 pounds. Mr. Singh has black hair and black eyes.

### Established as driver by:

      1.) Mr. Singh was identified as the driver of V-1 by his admission, Log Book, and other miscellaneous papers located inside the cab.

### Driving History:

Mr. Singh has a class "A" driver's license. Mr. Singh was operating V-1 with a valid driver's license at the time of the crash.

*Traffic Convictions:*
12/23/2015 to 6/21/16 Violation FTA cleared
12/09/2015 to 6/11/16 Violation FTA cleared
05/24/2015 to 8/24/15 Violation 22350 Speeding in Inclement weather
                   Violation 27360A Child not in proper child restraint.
05/12/2014 to 9/16/14 Violation 22406A Speeding in a Commercial Vehicle

### Pre-Collision History:

Mr. Singh stated that on December 6th, 2016 he worked 6 hours during the day, and 2 hrs at night in his company's dispatch. On December 7th, 2016 he was off duty and at home. On December 8th, 2016 Mr. Singh stated that he picked up his load from Sacramento, CA. to Salt Lake City, UT., and began driving in the early afternoon. Mr. Singh stated that he stopped for fuel, and took his 30 minute break around Fernley, NV Mr. Singh stated that he had just come through Elko, NV and was continuing to Salt Lake City, UT at the time of the crash.

### Sobriety

There was no indication of alcoholic beverage consumption, prescription or illegal drug use in Mr. Singh's vehicle or on his person at the crash scene. Mr. Singh voluntarily consented to a Blood Alcohol draw which was completed at the scene by the Elko County Ambulance Crew. The results of the blood test were 0.00 BAC, and no drugs were found.  The results of the blood test are supplemental to this report

Report Written By: Trp. B. Jenkins #343                             10
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008581



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

Transportation from scene

Mr. Singh was transported by the Elko County Ambulance to the Northeastern Nevada Regional Hospital for treatment of minor injuries.

Injuries

Mr. Singh had claimed injuries to his upper extremities.

## Driver Profiles

Driver #2, Allen Michael Miller

Identification

Mr. Miller was the driver of V-2. Mr. Miller was identified by his Idaho driver's license.

Mr. Miller is a 25 year old male with a date of birth of May 1st, 1991.  His listed address is 1074 N Stonehenge Meridian, Idaho. 83642.  Mr. Miller's physical description is 5'08" tall, 145 pounds. Mr. Miller has sandy hair and blue eyes.

Established as driver by:

   1.) Observed pinned in the driver's seat, seat belted, behind the steering wheel.

   2.) The vehicle is registered to Mr. Miller.

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

**11**

Miller 0008582



Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

| Case Number |
|---|
| 161200817 |

**Driving History:**

Mr. Miller has a class "D" driver's license. Mr. Miller was operating V-2 with a valid driver's license at the time of the crash.

*Traffic Convictions:*

10/21/2010 Violation Citation for Basic Speed Rule 16+ MPH over limit
12/30/2009 Violation Citation for Failure to use turn signal

**Pre-Collision History:**

Mr. Miller stated that he went to bed at his residence around 8:00 to 10:00PM on the evening of 12/7/2016. Mr. Miller went to work and worked his normal eight hour shift. Upon completion of his work day Mr. Miller returned home, spoke to his roommate and finished packing etc for his planned trip to Elko. Mr. Miller left his residence in Meridian, Idaho and was traveling toward Elko at the time of the crash.

**Sobriety**

I was not able to see and assess Mr. Miller personally due to his being transported by Elko County Ambulance. Upon my investigation of inside of Mr. Miller's vehicle and the crash scene, no evidence of alcoholic beverage consumption, prescription or illegal drug use was located.

**Transportation from scene**
Mr. Miller was transported via the ambulance to the Northeastern Nevada Regional Hospital. He was subsequently transported by Air Ambulance to the University of Utah Hospital in Salt Lake City, Utah.

**Injuries**
Mr. Miller suffered injuries to his Head, Spine and upper extremities.

**Vehicle Damage**

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

12

Miller 0008583



Nevada Department of
**Public Safety**

Vehicle #1

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

CVSI Dan Mawson completed the Vehicle Damage Assessment for V-1 and T-1. Please see attached report from Mr. Mawson. Below are a few photos for reference.



**No damage was visible to the top of V-1**

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

13

Miller 0008584

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



**No visible contact damage visible to the front of T-1**

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

14

Miller 0008585

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



**Visible contact damage to the front bumper of V-1causing the headlight assemblies to detach**

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

15

Miller 0008586

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



**No visible damage to the bottom of T-1**

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

16

Miller 0008587

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



No visible damage to the bottom, however slight contact damage can be seen on the lower right of T1

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

17

Miller 0008588

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



**No visible damage to the rear of T-1**

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

18

Miller 0008589

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



**Penetrating contact damage to the top, also induced buckling damage is visible of T-1**

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

19

Miller 0008590



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

## Vehicle Damage
*Completed by Sgt. J. Howell #390 and Sgt. A. Perez #276*

Vehicle #2

**Vehicle Damage Assessment Report, Vehicle #2:**

Assessment performed with Sgt. Perez #276 at Lostra Bros. Towing in Elko, NV.  Photos taken and submitted.

**Vehicle Description:**

1995 Chevrolet C/K 1500 series pickup bearing ID 1A6F257.
VIN - 2GCEK19K7S1230751

**Right Side Damage:**

Substantial contact and induced damage.

**Rear Damage:**

Damage to rear bumper, right tail light, and hitch/ball receiver.

**Left Side Damage:**

Substantial contact and induced damage.


**Front Damage:**

Total damage.

**Roof Damage:**

Caved in.

**Undercarriage Damage:**

Unable to inspect, but appears to be damaged.

**Hood Damage:**

Crumpled.

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

20

Miller 0008591



Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

| Case Number |
|---|
| 161200817 |

**Windows and Windshield:**

All are broken/missing.

**Lighting (Head, Tail, and Marker Lamps):**

Unknown if operational, battery disconnected.  All front lamps damaged.  Left tail lamp damaged.  No visible damage to Right tail lamp.

**Interior Damage/Interior inspection:**

      Driver's Seat:  Upright
      Front Passenger Seat:  Upright
      Middle Passenger Seat:  N/A (center console)
      Rear Passenger Seat:  Intact

      **Equipment Status:**
            Radio:  Present
            Heater/AC:  Present

      **Seatbelts and Airbags:**

      Driver's seatbelt cut at lap and shoulder, still showing buckled.  No other occupants.  Driver's airbag deployed.

      **Transmission, Gear Shift, Ignition:**

      Automatic, unknown gear.  Keys in ignition and rotated clockwise.

      **Brake Pedal:**

      Appears completely compressed to floor.

      **Gas Pedal:**

      Compressed down.

      **Steering Wheel:**

      Damaged.

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

21

Miller 0008592



Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

| Case Number |
|---|
| 161200817 |

**Wheels and Tires:**

Right Front:
      Brand:  Big "O" Bigfoot A/T
      Size:  265/75R16
      Type:  All-Terrain
      Type of Wheel:  Alloy Steel
      Tread Depth:  Outside – 15/32  Middle – 15/32  Inside – 12/32
      Tire Pressure:  0 (Flat)
      Condition:  Very Good
      DOT# UPW62B6/642602R55361

Left Front:
      Brand:  Big "O" Bigfoot A/T
      Size:  265/75R16
      Type:  All-Terrain
      Type of Wheel:  Alloy Steel
      Tread Depth:  Outside – 15/32  Middle – 16/32  Inside – 15/32
      Tire Pressure:  34 PSI
      Condition:  Very Good
      DOT# UPW62B6/642602R55361

Right Rear:
      Brand:  Big "O" Bigfoot A/T
      Size:  265/75R16
      Type:  All-Terrain
      Type of Wheel:  Alloy Steel
      Tread Depth:  Outside – 15/32  Middle – 15/32  Inside – 14/32
      Tire Pressure:  0 (Flat)
      Condition:  Very Good
      DOT# UPW62B6/642602R55361

Left Rear:
      Brand:  Big "O" Bigfoot A/T
      Size:  265/75R16
      Type:  All-Terrain
      Type of Wheel:  Alloy Steel
      Tread Depth:  Outside – 15/32  Middle – 15/32  Inside – 13/32
      Tire Pressure:  35 PSI
      Condition:  Very Good
      DOT# UPW62B6/642602R55361

Report Written By: Trp. B. Jenkins #343                                           22
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008593



Nevada Department of
**Public Safety**

**Vehicle Damage**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

Vehicle #2

Sgt. Howell #390 and Sgt. Perez #276 completed the Vehicle Damage Assessment for V-2. Below are a few photos for reference.



No visible damage to the rear of V-2

Report Written By: Trp. B. Jenkins #343                                    23
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008594

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



Visible contact damage to the right front and top, visible rearward induced damage to the right side of V-2

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016  Time of Crash: 2203Hours

24

Miller 0008595

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



Visible rearward and downward contact damage to the front of V-2

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

25

Miller 0008596

Nevada Department of
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



Visible contact damage to the front and top of V-2 and downward Induced damage to the Left Side

Report Written By: Trp. B. Jenkins #343
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

26

Miller 0008597



Nevada Department of
**Public Safety**
Mechanism of Injury

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817



The driver was properly restrained when the collision occurred. V-2 was equipped with foreword air bags. The driver and front passenger air bags were deployed.

## Witness(es)

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

27

Miller 0008598

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

| Case Number |
|---|
| 161200817 |

The following individuals provided a written statement to the Nevada Highway Patrol, on a Department of Public Safety Volunteer Statement Form. The following is a synopsis of their written statement:

Duncan Duanyne Tamar (Witness)
417 Sunnyview Circle
Orlando FL. 32810
(407) 782-3965

*The following is a synopsis of his written statement (This contact was not recorded):*

I, Duanyne, was driving on I80 west doing about 50,55 MPH and a Chevrolet truck pass me doing about 65,70 MPH. 5 minutes down the road I come and see the Chevrolet truck pin under a tractor trailer.

Ronel R. Singh (D-1)
8001 Renton Way
Sacramento, CA. 95828
(916) 370-3037

*The following is a synopsis of his written statement (This contact was not recorded):*

I was coming EB on 80at 55 MPH. All I seen was my trailer start going to the right side to black ice and my truck went to the left side. I hear some other car hit me, I was still inside the truck.

Allen Michael Miller (D-2)
1074 N Stonehenge
Meridian, ID. 83642

*The following is a synopsis of his verbal statement (This contact was not recorded):*

I was driving my truck in the #2 travel lane at about 65 MPH, there was light snowfall. I was driving very attentively. I saw a mass blurring in with the scenery and the snow. I believe the tractor was across my lane and the trailer was across my lane and the median. I swerved to the left to try and avoid the tractor, tried to put room between me and the tractor. I remember being compressed under the trailer, someone coming up to me and checked on me. I felt like I couldn't move anything.

Mr. Miller stated that nobody tried to move him until the fire department was able to extricate him and the Ambulance personnel removed him from the vehicle.

## **Conclusions**

Report Written By: Trp. B. Jenkins #343                                                                28
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008599



Nevada Department of
**Public Safety**

| Case Number |
|---|
| 161200817 |

## Area of Impact Determination:

The area of impact in this crash was identified by roadway and scene evidence. V-1 and T-1 were already on their right side, across both westbound travel lanes and center dirt median prior to V-2 driving into the top rear section of T-1.

### Collision Sequence

**Pre-Crash**

V-1 and T-1, a commercial motor vehicle tractor and trailer combination driven by Ronel Singh, were traveling east on IR80 at approximately mile marker 36 in Elko County. V-2, a Chevrolet pickup driven by Michael Miller, was traveling west on IR80 at approximately mile marker 36 in Elko County. The road conditions were icy/snow covered roads, and the time of the crash was at night with no roadway lighting.

**At-Crash**

The collision occurred on December 8th, 2016 at approximately 2203 Hours. The scene of the crash was on IR80 approximately .5 miles east of Elko mile marker 36. This location is approximately 1 miles east of Ryndon, Nevada, county of Elko, within the borders of the state of Nevada.

The crash involved a 2004 Volvo tractor (V-1), a 2004 Great Dane Box Trailer (T-1), and a 1995 Chevy Pickup (V-2) V-1 was traveling southbound on SR376.  V-1 and T1 were traveling eastbound on IR80 in the #2 travel lane, at approximately mile marker 36 in Elko County. V-2 was traveling westbound on IR80 in the #2 travel lane, at approximately mile marker 36 in Elko County. Based off of the roadway evidence, D-1 appeared to be traveling too fast for the icy/snowy road conditions and T-1 began to rotate counterclockwise. V-1 crossed over the #1 travel lane, into the dirt median. V-1's wheels furrowed into the dirt median causing V-1 to overturn to its' right side.V-1 continued through the dirt median, and slid across the westbound travel lanes. V-1 came to rest on its right side, facing north, across both westbound travel lanes. T-1 came to rest on its right side, attached to V-1, facing north, across the #2 westbound travel lane and the dirt median. V-2 also appeared to be traveling too fast for the icy/snowy road conditions. D-1 observed a vehicle blocking both westbound travel lanes and pulled to the left to avoid a collision. V-2 crossed the #1 travel lane and into the dirt median, striking T-1 toward the rear of T-1. V-2 became lodged under and into T-1, on its wheels, facing west, in the dirt median. D-2 was pinned inside the vehicle and required multi-agency extended response extrication due to the lack of access to the driver.

**Post Crash**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Nevada Department of
**Public Safety**

| Case Number |
|---|
| 161200817 |

D-1 was transported in an Elko County Ambulance to the Northeastern Nevada Regional Hospital with minor injuries. D-2 was transported in an Elko County Ambulance to the Northeastern Nevada Regional Hospital with severe injuries. D-2 was stabilized at the Northeastern Nevada Regional Hospital, and then flown by Air Ambulance to the University of Utah Hospital in Salt Lake City, Utah for specialized care.

The vehicle remained at its respective positions of rest until removed at the direction of Trooper Fronczek.

## Cause Analysis

Environmental Factors:
The roadway was completely covered in ice/snow. Speed too fast for the road conditions was a factor for both drivers.

Mechanical Factors: Vehicle # 1, and Trailer #1 (2004 Volvo Tractor, 2004 Great Dane Box Trailer)
During the investigation, no evidence suggested a mechanical failure on the part of Vehicle #, or Trailer #1.

Mechanical Factors: Vehicle # 2, (1995 Chevrolet Pickup)
During the investigation, no evidence suggested a mechanical failure on the part of Vehicle # 2.

Human Factors:

Driver #1, Ronel R. Singh

The following actions on the part of Driver #1 are considered to be the primary cause of this crash.

D-1 appeared to be traveling too fast for the icy/snowy road conditions and T-1 began to rotate counterclockwise. V-1 crossed over the #1 travel lane, into the dirt median. V-1's wheels furrowed into the dirt median, causing V-1 to overturn to its' right side. V-1 continued through the dirt median, and slid across the westbound travel lanes. V-1 came to rest on its right side, facing north, across both westbound travel lanes. T-1 came to rest on its right side, attached to V-1, facing north, across the #2 westbound travel lane and the dirt median.

D-2 also appeared to be traveling too fast for the icy/snowy road conditions. D-2 observed a vehicle blocking both westbound travel lanes and pulled to the left to avoid a collision. V-2 crossed the #1 travel lane and into the dirt median, striking T-1 toward the rear of T-1. V-2 became lodged under and into T-1, on its wheels, facing west, in the dirt median. D-2 was pinned inside the vehicle and required multi-agency extended response extrication due to the lack of access to the driver.

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

30

Miller 0008601



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

| Case Number |
| --- |
| 161200817 |

## Violations of Law

Both D-1 and D-2 are considered to have violated the following Nevada Revised Statutes.

**NRS 484B.223   Driving on highway having multiple marked lanes for traffic; additional penalty for violation committed in work zone or pedestrian safety zone.**
　1.　If a highway has two or more clearly marked lanes for traffic traveling in one direction, vehicles must:
　(a) Be driven as nearly as practicable entirely within a single lane; and
　(b) Not be moved from that lane until the driver has given the appropriate turn signal and ascertained that such movement can be made with safety.
　2.　Upon a highway which has been divided into three clearly marked lanes, a vehicle must not be driven in the extreme left lane at any time. A vehicle on such a highway must not be driven in the center lane except:
　(a) When overtaking and passing another vehicle where the highway is clearly visible and the center lane is clear of traffic for a safe distance;
　(b) In preparation for a left turn; or
　(c) When the center lane is allocated exclusively to traffic moving in the direction in which the vehicle is proceeding and a sign is posted to give notice of such allocation.
　3.　If a highway has been designed to provide a single center lane to be used only for turning by traffic moving in both directions, the following rules apply:
　(a) A vehicle may be driven in the center lane only for the purpose of making a left-hand turn onto or from the highway.
　(b) A vehicle must not travel more than 200 feet in a center turn lane before making a left-hand turn from the highway.
　(c) A vehicle must not travel more than 50 feet in a center turn lane after making a left-hand turn onto the highway before merging with traffic.
　4.　If a highway has been designed to provide a single right lane to be used only for turning, a vehicle must:
　(a) Be driven in the right turn lane only for the purpose of making a right turn; and
　(b) While being driven in the right turn lane, not travel through an intersection.
　5.　A person who violates any provision of this section may be subject to any additional penalty set forth in NRS 484B.130 or 484B.135.
　(Added to NRS by 1969, 1500; A 1973, 1326; 1999, 1664; 2003, 3240; 2005, 309; 2015, 1566) — (Substituted in revision for NRS 484.305)

Report Written By: Trp. B. Jenkins #343                                      31
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

Miller 0008602



**NRS 484B.600   Basic rule; additional penalties for violation committed in work zone or pedestrian safety zone or if driver is proximate cause of collision with pedestrian or person riding bicycle.**

   1.   It is unlawful for any person to drive or operate a vehicle of any kind or character at:

   (a) A rate of speed greater than is reasonable or proper, having due regard for the traffic, surface and width of the highway, the weather and other highway conditions.

   (b) Such a rate of speed as to endanger the life, limb or property of any person.

   (c) A rate of speed greater than that posted by a public authority for the particular portion of highway being traversed.

   (d) In any event, a rate of speed greater than 80 miles per hour.

   2.   If, while violating any provision of subsection 1, the driver of a motor vehicle is the proximate cause of a collision with a pedestrian or a person riding a bicycle, the driver is subject to the additional penalty set forth in subsection 4 of NRS 484B.653.

   3.   A person who violates any provision of subsection 1 may be subject to the additional penalty set forth in NRS 484B.130 or 484B.135.

   (Added to NRS by 1969, 1486; A 1975, 754; 1987, 656; 1995, 2441, 2442; 2003, 3241; 2011, 1636; 2015, 308, 1576) — (Substituted in revision for NRS 484.361)


Recommendations:

*I recommend that the Elko County District Attorney Office review this report to determine if any charges should be filed.*


## Supplemental Reports/ Documents:

Dispatch and Arrival with diagram – Trooper C. Fronczek #622
Dispatch and Arrival – Trooper A. Stackhouse #644
Voluntary Witness Statement – Duncan Tamar
Voluntary Witness Statement – Ronel Singh
NHP Form 31(Tow Sheet) (V-1 and T-1) – Trooper C. Fronczek #622
NHP Form 31(Tow Sheet) (V-2) – Trooper C. Fronczek #622
Inventory Receipt NHP Form 35 for Mr. Miller's Vehicle


Report Written By: Trp. B. Jenkins #343                                32
Case Title:  Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours       Miller 0008603

STATE OF NEVADA
DEPARTMENT OF PUBLIC SAFETY
NEVADA HIGHWAY PATROL

## REPORT OF INVESTIGATION

Case Number:  161200817

File Title:  Injury Accident – IR80 @ EL36
Report Re:  Dispatch, Arrival and Scene Supplement

Date of Activity:  December 8, 2016
Date Report Written:  December 28, 2016

Signature: _____                      12/28/16

                Trp, C. Fronczek #622                                                  Date

Approved: _____                       2/20/17
                                                                    Date

## Details:

### Dispatch and Arrival

On December 8, 2016 at approximately 2206 hours I was notified by the Department of Public Safety Dispatch Center in Las Vegas of a two vehicle collision on IR80 at approximately state mile marker 314 (county marker 36 EL).  The accident involved a serious injured person.  I responded from mile marker 323.  I arrived on scene at approximately 2210 hours.

### Scene

Upon arrival I observed westbound traffic had been blocked due an overturned commercial motor vehicle blocking the road.  I was the first Trooper on scene.  There was a white overturned tractor and trailer on its right side blocking the westbound travel lanes and partially in the median. Underneath the trailer I noticed a brown pickup truck.  There was a passerby under the trailer talking to the driver of the pickup truck.

I notified NHP dispatch to have medical enroute. Ryndon Volunteer Fire Department arrived on scene and at the same time Trooper B. Jenkins #343 arrived. Ryndon Fire advised they would need resources out of Elko to extricate the driver of the pickup. Deputy J. Gaylor D33 arrived on scene. I had Trooper Jenkins setup traffic control on the eastbound side by closing the number one travel lane. Department of Transportation was

Miller 0008604

dispatched, however, due to winter conditions had an estimated arrival time of over an hour.

I made contact with the driver of the commercial truck who identified himself using a California Driver's License as Singh, Ronel. Singh provided a verbal and written statement. I asked if he was injured, he stated his arm hurt. Elko County Ambulance arrived on scene and attended to Singh. Due to the possibility of the driver of the pickup being deceased, I asked Singh to consent to an evidentiary blood test. Singh consented and at 2254 hours I observed Paramedic Mike Hoover draw two vials of blood from Singh's right arm. Elko County Ambulance transported Singh to Northern Nevada Regional Hospital. Due to the severity of the crash I advised NHP dispatch to notify Multi-Disciplinary Response Team (MIRT). I was advised there were no Troopers available. Elko City and County Fire Departments responded to assist with the extrication. Roadway and Lostra Brothers towing also arrived.

Trooper G. Ducharme #648 and Trooper A. Stackhouse #644 arrived on scene to assist.

After approximately two hours of extrication the driver was removed from the pickup. The driver was still conscious and breathing at that time. Elko County Ambulance transported the driver to the Elko Airport where he was transferred to the REACH air ambulance and flown to the University of Utah.

## Scene Duties

While on scene, I marked existing roadway marks and the trailer and pickup truck placement. I had Trooper Jenkins take photographs of the markings and vehicles. I had Trooper A. Stackhouse set up traffic control in the westbound lanes.

## Follow up

On December 9th, 2016 I notified Utah Highway Patrol to see if a Trooper could go to University of Utah to gather information about the driver of the pickup. UHP Sergeant Lucas made contact with me via telephone. Sgt. Lucas was able to obtain the driver's name and DOB. The driver is Allen Michael Miller with a DOB of 05/01/1991. Sgt. Lucas was unable to obtain a statement due to the patient being intubated.

On December 10th I received a phone call from a Robert Miller who is the father of Allen. He stated his son is conscious and able to communicate. Robert also stated his son is paralyzed from the chest line down. I asked if Allen could give a statement however due to his injuries he cannot communicate.

On December 15th I made contact with Singh regarding his paperwork. Singh stated he would email it to me. On December 17th I called Singh again stating I did not receive the paperwork. On Monday December 19th I received all of Singh documentation through email.

STATE OF NEVADA
DEPARTMENT OF PUBLIC SAFETY
NEVADA HIGHWAY PATROL

## REPORT OF INVESTIGATION

Case Number:  161200817

File Title:  Serious Injury Accident on IR80 Elko County Marker 36
Report Re:  Dispatch, Arrival and Scene Supplement

Date of Activity:  December 8, 2016
Date Report Written:   December 29, 2016

| Signature: | Alyssa Stackhouse #644 | 12/29/2016 |
| | Trooper | Date |
| Approved: | #305 | 2/20/17 |
| | | Date |

### Details:

### Dispatch and Arrival

On December 8, 2016 at approximately 2306 hours I arrived at the scene of a severe injury accident on IR 80 near Elko County marker 36.  I observed all westbound travel lanes to be blocked and the #1 eastbound travel lane had been shut down.  Members of the Elko Fire Department, multiple Elko County Sherriff's officers, and two Nevada Highway Patrol Troopers were already on the scene prior to my arrival.

### Scene

Upon arrival I observed a CMV on its left side blocking all westbound travel lanes with the trailer laying across the median. I also observed a pickup embedded underneath the CMV trailer in the median. I made contact with Trooper Fronczek #622 and was instructed to take pictures of the accident from where the tire marks for the pickup started, and up to the scene of the accident. I took the pictures I had been asked to take and Trooper Fronczek instructed me to mark the tire marks from where the CMV had left the road way. I did so with blue spray paint. An Elko County officer then asked me to relieve the officer that he had conducting traffic control at the end of the backed up traffic on IR80 westbound lanes. I replaced the Elko County officer and conducted traffic control keeping the #1 westbound travel lane unblocked so that emergency vehicles could reach the scene of the accident without being further delayed.

### Scene Duties

Miller 0008606

I took pictures of the roadway markings left by the pickup as well as the accident and the final resting position of the vehicles. I painted the roadway markings left by the CMV tires, and I conducted traffic control allowing emergency vehicles to access the scene. I continued traffic control until all westbound travel lanes were opened and I cleared the scene at approximately0219 hours.

Miller 0008607

STATE OF NEVADA
DEPARTMENT OF PUBLIC SAFETY
NEVADA HIGHWAY PATROL

## REPORT OF INVESTIGATION

Case Number:  161200817

File Title:  Injury Accident IR80 @ Elko mile marker 34
Report Re:  Vehicle Damage Assessment for V2

Date of Activity:  12/20/16
Date Report Written:   12/23/16

| Signature: | Jeffrey Howell #390 | 12/23/16 |
|---|---|---|
| | Sergeant | Date |
| Approved: | | 2/20/17 |
| | | Date |

## Details:

## Vehicle Damage Assessment Report, Vehicle #2:

Assessment performed with Sgt. Perez #276 at Lostra Bros. Towing in Elko, NV.  Photos taken and submitted.

## Vehicle Description:

1995 Chevrolet C/K 1500 series pickup bearing ID 1A6F257.
VIN - 2GCEK19K7S1230751

## Right Side Damage:

Substantial contact and induced damage.

## Rear Damage:

Damage to rear bumper, right tail light, and hitch/ball receiver.

## Left Side Damage:

Substantial contact and induced damage.

Miller 0008608

**Front Damage:**

Total damage.

**Roof Damage:**

Caved in.

**Undercarriage Damage:**

Unable to inspect, but appears to be damaged.

**Hood Damage:**

Crumpled.

**Windows and Windshield:**

All are broken/missing.

**Lighting (Head, Tail, and Marker Lamps):**

Unknown if operational, battery disconnected.  All front lamps damaged.  Left tail lamp damaged.  No visible damage to Right tail lamp.

**Interior Damage/Interior inspection:**

> Driver's Seat:  Upright
> Front Passenger Seat:  Upright
> Middle Passenger Seat:  N/A (center console)
> Rear Passenger Seat:  Intact

> **Equipment Status:**
> Radio:  Present
> Heater/AC:  Present

> **Seatbelts and Airbags:**

> Driver's seatbelt cut at lap and shoulder, still showing buckled.  No other occupants.  Driver's airbag deployed.

> **Transmission, Gear Shift, Ignition:**

> Automatic, unknown gear.  Keys in ignition and rotated clockwise.

**Brake Pedal:**

> Appears completely compressed to floor.

**Gas Pedal:**

> Compressed down.

**Steering Wheel:**

> Damaged.

**Wheels and Tires:**

Right Front:
> Brand:  Big "O" Bigfoot A/T
> Size:  265/75R16
> Type:  All-Terrain
> Type of Wheel:  Alloy Steel
> Tread Depth:  Outside – 15/32  Middle – 15/32  Inside – 12/32
> Tire Pressure:  0 (Flat)
> Condition:  Very Good
> DOT# UPW62B6/642602R55361

Left Front:
> Brand:  Big "O" Bigfoot A/T
> Size:  265/75R16
> Type:  All-Terrain
> Type of Wheel:  Alloy Steel
> Tread Depth:  Outside – 15/32  Middle – 16/32  Inside – 15/32
> Tire Pressure:  34 PSI
> Condition:  Very Good
> DOT# UPW62B6/642602R55361

Right Rear:
> Brand:  Big "O" Bigfoot A/T
> Size:  265/75R16
> Type:  All-Terrain
> Type of Wheel:  Alloy Steel
> Tread Depth:  Outside – 15/32  Middle – 15/32  Inside – 14/32
> Tire Pressure:  0 (Flat)
> Condition:  Very Good
> DOT# UPW62B6/642602R55361

Miller 0008610

Left Rear:
     Brand:  Big "O" Bigfoot A/T
     Size:  265/75R16
     Type:  All-Terrain
     Type of Wheel:  Alloy Steel
     Tread Depth:  Outside – 15/32  Middle – 15/32  Inside – 13/32
     Tire Pressure:  35 PSI
     Condition:  Very Good
     DOT# UPW62B6/642602R55361

Miller 0008611

**You are?** (Please circle one)

Driver     Passenger

Witness     Victim

Other

Nevada Department of
**Public Safety**

# VOLUNTARY STATEMENT

Event /
Case No.

CAD No.
161200817

Citation No.:

| Date & Time of Statement | Date & Time of Accident / Event | Your current Location | Are you Injured? | If yes, please desribe the injuries: |
|---|---|---|---|---|
| | | | Yes   No   N/A | |

**Your Name (Last / First / Middle)**
Duncan Dewayne                  Tamar

Date of Birth
07/18/86

Drivers License Number            State
                                    FL

**Residence Address :** (Number, Street & Bldg./Apt No.)          City          State   Zip Code
4197 Sunnyview circle orlando  FL  32810

Home Phone:

Work/Cell Phone: 4077823965

**Work Address: (Number & Street)**          City          State   Zip Code

Business / School / Agency Name:

**Additional or Emergency Contact, Name(s) & Number(s):**

Work Schedule (Hours)    Days Off

Occupation: Driver

Depart Date (if visitor):

**Best Place & Time** of day to contact you:

Vehicle; Year & Make     License No.  State

Did you use your Seat belt?
Yes       No       N/A

## PASSENGER INFORMATION (OTHER THAN DRIVER)

| Seating Position | Full Name | Address | Date of Birth | Phone Number | Restraints S/B | A/B | Injured |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## PLEASE WRITE BELOW WHAT HAPPENED:

I Dwayne was driving and high 80 west doing about 50, 55 MPH and a chevrolett truck pass me doing about 65, 70 MPH 5 mines down the road 3 come and see the chevrolet truck pin hander a trucker trialer.

☐ Continued on back

This Statement is given **Voluntarily** and I affirm the **Truth** and **Accuracy** of the facts contained herein:

X  D Duncan

DPS FORM 6 (REV 05/08)
(NSPO Rev. 8-10)

Witnessed by:

P No.
677

Miller 0008612

**You are?** (Please circle one)
- Driver (circled)
- Passenger
- Witness
- Victim
- Other

Nevada Department of
**Public Safety**

# VOLUNTARY STATEMENT

Event /
Case No.
CAD No. 161200817
Citation No.:

| Date & Time of Statement | Date & Time of Accident / Event | Your current Location | Are you Injured? | If yes, please descibe the injuries: |
|---|---|---|---|---|
| | | I R80 w 3i4 | Yes No N/A | |

Your Name (Last / First / Middle)
SINGH , RONEL R

Date of Birth

Drivers License Number — State CA

Residence Address : (Number, Street & Bldg./Apt No.)
8001 RENTON WAY

City SACRAMENTO — State CA — Zip Code 95828

Home Phone:

Work/Cell Phone: 916-370-3(3?)

Work Address: (Number & Street)

City — State — Zip Code

Business / School / Agency Name:

Additional or Emergency Contact, Name(s) & Number(s):

Work Schedule (Hours) — Days Off

Occupation:

Depart Date (if visitor):

Best Place & Time of day to contact you:

Vehicle; Year & Make — License No. State

Did you use your Seat belt?
Yes (circled) No N/A

## PASSENGER INFORMATION (OTHER THAN DRIVER)

| Seating Position | Full Name | Address | Date of Birth | Phone Number | Restraints S/B A/B | Injured |
|---|---|---|---|---|---|---|
| | Ronel Singh | 8001 Renton way Sacramento, CA | 7/21/8? | 9163303037 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## PLEASE WRITE BELOW WHAT HAPPENED:

I was coming EB on 80 on 55 mPH - all
I seen was my Trailer start going To the
right side out to black ice and my
Truck went To the left side I hear
some other car hit me I was still
inside the Truck

☐ Continued on back

This Statement is given **Voluntarily** and I affirm the **Truth** and **Accuracy** of the facts contained herein:

X

Witnessed by: — P No.

DPS FORM 6 (REV 05/08)
(NSPO Rev. 8-10)

Miller 0008613 (O) 4238

Refer:

Accident No. *161226517*

Citation No.

Other (specify)

**NEVADA HIGHWAY PATROL**

**VEHICLE REPORT**

Dr. No.

Date *12/9/16*

Approved by *TL #308*

Impounded ☐   Stored ☑   Recovered ☐

Description of vehicle *White   2004   Volvo   Tractor   WP72445   CA/2017*
Color · Year · Make · Model · Lic. No. · State and Year

Vehicle identification number *4V4NC9TG94N363004*   Speedometer reading —

Legal owner
Name · Address

Registered owner *RHEAS TRANS*   *180 Summer Stroll cir  Sacramento, CA 95823*
Name · Address

Has legal owner been notified of action taken? —   NHP Form 33 completed? —

Has registered owner been notified of action taken? *yes*   NHP Form 33 completed? —

If stolen or embezzled, has reporting agency been advised of recovery?

Circumstances surrounding impound, recovery and storage:
*Post crash*

Vehicle towed by *Roadway Towing*   Date *12/9/16*   Time *015*

Vehicle towed from *I-80  mm 349 W*

Vehicle stored or impounded at *Roadway Towing - wells*

Release conditions *5 day  NHP investigation hold*

### VEHICLE INVENTORY

| | Yes | No | | Yes | No | | Condition |
|---|---|---|---|---|---|---|---|
| Cushion (front) | ☒ | | Spotlight(s) | ☒ | | L.F. tire | Fair |
| Cushion (rear) | | | Foglight(s) | | | R.F. tire | unknown |
| Rear view mirror | | | Bumper (front) | | | L.R. tire | Fair |
| Side view mirror | | | Bumper (rear) | | | R.R. tire | unknown |
| Cigar Lighter | | | Motor | | | Spare tire | N/A |
| Radio | | | Battery | | | Wheels | Fair |
| Clock | | ☒ | Air Conditioner | | | Fenders | damage |
| Heater | ☒ | | Hub caps | | ☒ | Body, hood | |
| Keys | | | Fender pants | | ☒ | Top | |
| Registration | | | Transmission | ☒ | | Grill | |
| Windshield wipers | | | Jack | | ☒ | Upholstery | ✓ |

List property, tools, other items: *(Complete NHP Form 35 if estimated value exceeds $100.)*

Signature of officer ordering vehicle stored

Signature of garage principal or agent storing vehicle

NHP 9   (NSPO Rev. 5-07)   **WHITE–Zone Files; CANARY–Officer Files**   Miller 0008614

Refer:

Accident No. 161200817

Citation No.

Other (specify)

**NEVADA HIGHWAY PATROL**

# VEHICLE REPORT

Dr. No.

Date 12-8-2016

Approved by Roth #308

Impounded ☐   Stored ☒   Recovered ☐   Approved by Roth #308

Description of vehicle Red   1995   Chevy   C15   1A6F257   1D /2016
Color      Year    Make    Model    Lic. No.    State and Year

Vehicle identification number 2GCEK19K7S1230751   Speedometer reading

Legal owner _____
Name          Address

Registered owner Miller, Allen Michael   1674 N Stonehenge Way, Meridian, ID 83642
Name          Address

Has legal owner been notified of action taken? _____   NHP Form 33 completed? _____

Has registered owner been notified of action taken? yes   NHP Form 33 completed? _____

If stolen or embezzled, has reporting agency been advised of recovery? _____

Circumstances surrounding impound, recovery and storage:
Post crash tow

Vehicle towed by Lostra   Date 12/9/16   Time 0109

Vehicle towed from I80   mm 314 W

Vehicle stored or impounded at Lostra - Elko

Release conditions 5 day NHP Hold For reinvestigation

## VEHICLE INVENTORY

|                   | Yes | No |                  | Yes | No |           | Condition |
|-------------------|-----|----|------------------|-----|----|-----------|-----------|
| Cushion (front)   | ☒   |    | Spotlight(s)     | ☒   |    | L.F. tire | unknown   |
| Cushion (rear)    |     |    | Foglight(s)      |     |    | R.F. tire | unknown   |
| Rear view mirror  |     |    | Bumper (front)   |     |    | L.R. tire | Fair      |
| Side view mirror  |     |    | Bumper (rear)    |     |    | R.R. tire | Fair      |
| Cigar Lighter     |     |    | Motor            |     |    | Spare tire| Fair      |
| Radio             |     |    | Battery          |     |    | Wheels    |           |
| Clock             |     | ☒  | Air Conditioner  |     |    | Fenders   | Damage    |
| Heater            | ☒   |    | Hub caps         |     | ☒  | Body, hood|           |
| Keys              |     |    | Fender pants     |     | ☒  | Top       |           |
| Registration      |     |    | Transmission     | ☒   |    | Grill     | ☑         |
| Windshield wipers |     |    | Jack             |     |    | Upholstery| ☑         |

List property, tools, other items: *(Complete NHP Form 35 if estimated value exceeds $100.)*

Backpack - Climbing gear (carabeners, shoes, rope)
Duffel bag - clothes, shoes, toiletrics

_____
Signature of officer ordering vehicle stored

_____
Signature of garage principal or agent storing vehicle

# NEVADA HIGHWAY PATROL

☑ Personal Property
☐ Evidence
☐ Other

## INVENTORY/RECEIPT FOR PROPERTY

Refer 1612-00817

Date of storage 12/8/16   Reason for storage CRASH

Owner of property MILLER, ALKEN MICHAEL

Place of storage LOSTRA TOW CO. ELKO, NV 89801

## INVENTORY

(1) BLUE DUFFEL BAG / CLOTHING
(1) BLACK BACKPACK / CLOTHING
(1) BACKPACK IN BOX
(1) CHAIN SAW IN BOX
(1) SHOVEL
(1) RED TOOL BOX
(1) BLACK JUMPER CABLES
(1) EMERGENCY KIT BOX
(1) HITCH / STRAPS
(1) YELLOW TOW STRAP
(1) HATCH / CHRISTMAS BOWS
(1) CD'S / COCOA MIX EXTRA
(2) BUNGEE CORDS
(1) FLOOR JACK HANDLE
(1) PR BROWN BOOTS
(1) BLUE BLANKET
(1) FLOOR JACK (1) HANDSAW
(1) WRENCH RED
MISC. REGISTRATION / VEHICLES
(1) GREEN SMALL TOOL

Signature _____
Custodian of property if other than NHP

Signature X _____ A. Penz
NHP officer conducting inventory

Date 12/20/16

Time 1013 HHS

I, the undersigned, do hereby certify that I am legally authorized and entitled to take possession of the above described property and relieve the Nevada Highway Patrol of all responsibility in connection with the storage.

Robert C. Miller
Signature X Robert C. Miller
Owner or agent of owner

Signature _____ A. Penz
NHP member releasing property

Approved by _____

NHP Form 35

D-1838



Miller 0008616

STATE OF NEVADA
DEPARTMENT OF PUBLIC SAFETY
NEVADA HIGHWAY PATROL

## REPORT OF INVESTIGATION

Case Number: 161200817

File Title: Injury Accident - IR80mm314 W/B
Report Re: Commercial Vehicle / Driver Inspection

Date of Activity: 12/19/2016
Date Report Written: 02/01/2017

Signature: _____ 9936                     2-1-17

CVSI Daniel G. Mawson #9036                                          Date

Approved: _____ #308                      2/20/17

Sgt. Neal Roth #4308                                                 Date

**Details:**

### Incident Overview

On 12/19/2016 at approximately 7:00a.m., I was dispatched to a (n) Injury accident involving a commercial motor vehicle that had occurred at IR-80 mm 314 W/B. I responded from the Elko NHP Office and arrived at the Roadway Towing storage yard at approximately 8:30am. Upon arriving on the scene, I contacted Rick Morgan – owner of Roadway Towing and requested assistance with completion of a North American Standard Level I inspection. Trooper Chris Fronczek #6622 was investigating the accident, due to transfer of duty station/agency Trooper Ben Jenkins #6343 assumed investigation of the crash.

### VEHICLE(S) INFORMATION:

2004 Volvo conventional tractor with California IRP registration of WP72445, VIN: 4V4NC9TG94N365204, White in color. Vehicle is marked with USDOT: 2465473 which is issued to Rheas Trans Inc. from Sacramento CA. Trailer is a 2004 Great Dane van, California registration is 4LY2959 with registered owner as Christopher Kumar Raj of Sacramento Ca. VIN:1GRAA06274T508292

### DRIVER:

Driver was identified by troopers at the crash scene as Ronel R. Singh. Mr. Singh holds a valid Class A Commercial Driver's License issued by California, ▮▮▮▮▮▮▮▮. No restrictions or endorsements, the CDL will expire on 7/21/2020. Mr. Singh holds a valid medical examiners certificate that will expire on 2/24/2018. No medical waiver was indicated. License was verified with NHP Dispatch and by CDLIS data base.

### CO-DRIVER:

No co-driver for this inspection.

**RECORD OF DUTY STATUS:**

Record of Duty Status was provided by Mr. Singh for 12/07/2016 and 12/08/2016. Mr. Singh indicates that he is a part – time dispatcher for the company, and had taken a 34 hour restart and extended time off prior to this trip. Copies of the RODS are attached to this report, time off was verified with the driver verbally.

**COMMERCIAL VEHICLE DOCUMENTS:**

Documents were removed from the vehicle prior to inspection at the tow yard. The owner of the truck provided copies to NHP for the investigation.
California IRP registration indicates apportionment for Nevada, expires 05/31/2017, Trailer has a permanent California plate. Insurance ACCORD shows Liability coverage that expires on 09/27/2017 with a policy number of CP5647753-6, copy of certificate is attached to this report.

**SHIPPING PAPERS:**

Bill of Lading indicates shipper is Lotus Foods, Inc. of Richmond, CA. Shipment originated in Sacramento, CA and has a Destination of Salt Lake City, UT. Consignee is Costco Wholesale. Due to trailer breach, cargo disposal was completed by Roadway Towing after recovery of the vehicles.

**LIGHTING / REFLECTORS:**

Lighting is standard equipment from the factory. Head lights and front signals were damaged in the crash. Wiring harness in the front section of the tractor was damaged in the crash.

**ELECTRICAL SYSTEM:**

Standard 12 volt system from factory; damaged in the crash.

**BRAKE SYSTEM(S):**

Vehicle is equipped with air activated, drum style brake system. Brake adjustment test was completed using an air compressor and regulator from a service truck provided by Roadway Towing. Audible air leak was discovered on the right side of Axle #1 on brake application.

| Axle | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|------|-----|------|------|-----|------|---|---|---|---|----|
| Chamber size | C-20 | C-30 | C-30 | C-30 | C-30 | | | | | |
| R | 1 ¼' | 2 ¼' | 1 ¾' | 1' | 1 ¼' | | | | | |
| L | 1 ¼' | 2 ¼' | 2' | 1' | 1 ¼' | | | | | |

**WINDOWS / WINDSHIELD:**

Standard vehicle safety glass from the factory; Glass was damaged in the crash.

**HORN:**

Air horn and electric "city" horn standard from the factory; not able to test horns.

**FUEL SYSTEM:**

Saddle mount diesel fuel tanks – right side damaged in the crash.

**COUPLING DEVICES:**

Tractor was separated from the trailer at the time of inspection. Standard air slide 5th plate with rails secure by pins.

**TIRES:**

No violations discovered during inspection; preexisting or as part of the crash.

**TIRE INFORMATION**

| AXLE # 1 | LEFT SIDE | | RIGHT SIDE | |
|---|---|---|---|---|
| | STEER | | | STEER |
| MAKE | Goodyear | | | Trans King |
| DESIGN | G-399-LHS | | | TG-766 |
| SIZE | 295/75R22.5 | | | 295/75R22.5 |
| PRESSURE | 78 PSI | | | 74 psi |
| TREAD DEPTH 32ND | 9/32  8/32  7/32 | | | 7/32  7/32  10/32 |
| DOT Number | MC37HRBW2315 | | | Twlclb291016 |

| AXLE # 2 | OUTSIDE | INSIDE | INSIDE | OUTSIDE |
|---|---|---|---|---|
| MAKE | Three A | Three A | Three A | Three A |
| DESIGN | T-118 | T-118 | T-118 | T 118 |
| SIZE | 11R-22.5 | 11R22.5 | 11R22.5 | 11R22.5 |
| PRESSURE | 66 Psi | 80 Psi | 80 Psi | 80 Psi |
| TREAD DEPTH 32ND | 17/32 17/32 17/32 | 18/32 18/32 18/32 | 19/32 19/32 19/32 | 19/32  20/32  18/32 |
| DOT Number | KWTEH072515 | KWTEH072515 | KWTEH072515 | KTWEH072515 |

| AXLE #3 | OUTSIDE | INSIDE | INSIDE | OUTSIDE |
|---|---|---|---|---|
| MAKE | Good Year | Samson | Double Coin | Double Coin |
| DESIGN | G-182-RSD | GL-2660 | RLB – 400 | RLB-400 |
| SIZE | 11R22.5 | 11R22.5 | 11R22.5 | 11R22.5 |
| PRESSURE | 76 Psi. | 80 Psi. | 80 Psi. | 82 Psi |
| TREAD DEPTH 32ND | 8/32  5/32  9/32 | 9/32  8/32  9/32 | 15/32 13/32 15/32 | 15/32 13/32 15/32 |
| DOT Number | MC3T760W1612 | ODGV121612 | 2J3TGAF481612 | 2J3TGAF41612 |

| AXLE #4 | OUTSIDE | INSIDE | INSIDE | OUTSIDE |
|---|---|---|---|---|
| MAKE | Good Ride | Tri-Angle | Michelin | Michelin |
| DESIGN | CM-983 | TR-657 | X-2A3 | X-2A# |
| SIZE | 295/75R22.5 | 295/75R22.5 | 275/80R22.5 | 275/80R22.5 |
| PRESSURE | 76 Psi | 80 Psi | 54 Psi. | 68 Psi |
| TREAD DEPTH 32ND | 5/32 3/32 3/32 | 5/32 6/32 5/32 | 5/32 6/32 6/32 | 5/32 5/32 5/32 |
| DOT Number | OHTO3313 | OHTO3313 | B6FJ006X3313 | B6FJ006X3313 |

| AXLE #5 | OUTSIDE | INSIDE | INSIDE | OUTSIDE |
|---|---|---|---|---|
| MAKE | B F Goodrich | Good Ride | Bridgestone | Dunlop |
| DESIGN | CM – 983 | CM-983 | R-298 | S-384 |
| SIZE | 295/75R22.5 | 295/75R22.5 | 295/75R22.5 | 295/75R22.5 |
| PRESSURE | 72 Psi | 80 Psi | 80 Psi | 80 Psi |
| TREAD DEPTH 32ND | 5/32 6/32 6/32 | 6/32 5/32 5/32 | 4/32 4/32 4/32 | 4/32 4/32 4/32 |
| Dot Number | KNBCML33014 | KNBCML33014 | 2CBT3B10314 | Not able to find |

Miller 0008619

**TRACTOR CAB AND INTERIOR:**

Keys had been removed prior to inspection.  Not able to check dash gauges.  Vehicle experienced a right side layover in the crash, interior of the cab was in disarray and damaged.

**MIRRORS:**

Dual A post mounted mirrors.  Right side broken left side was cracked.

**EXHAUST SYSTEM:**

Left side discharge, pipe damaged in the crash.  Cummins Engine Exhaust (Jake style) brake equipped. Controls were in the off positions at the time of inspection.

**TRANSMISSION:**

Vehicle is equipped with an auto shift transmission. Not able to determine what gear it was in; control box was damaged at the time of the crash.

**REAR END PROTECTION:**

Trailer is equipped with DOT compliant underride protection.

**SEATBELT ASSEMBLIES:**

Standard 3 point lap and shoulder belts from the factory.  The latch and the retractors work at the time of inspection.  Unknown if the driver employed the belt while driving, no obvious damage to the belt and I did not have the opportunity to interview the driver.

**EMERGENCY EQUIPMENT:**

Vehicle was equipped with compliant fire extinguisher, triangles, and fuses.  Damage sustained in the crash did not allow for inspection.

**CARGO SECUREMENT / FRONT END STRUCTURE:**

Cargo was secured inside a van style trailer.  No front end structure is required.

**FRAME:**

Tube and channel frame from the factory.  Slight twist under the cab; caused by the crash.

**WHEELS / RIMS / FASTENERS:**

Steel wheels with a hub centering mount system. No preexisting conditions were found at the time of the inspection.

**SUSPENSION SYSTEM:**

Volvo air over spring system, no violations noted.

**STEERING SYSTEM:**

Hydraulic Assist power steering system installed on the tractor.  No preexisting problems appeared to be present at the time of the inspection.

Miller 0008620

**INSPECTION MAINTENANCE AND REPAIR:**

Unit was mechanically inspected by the state of California during BIT inspection. Both truck and trailer were current for DOT required annual inspection.

**COMPLIANCE WITH LOCAL AND FEDERAL LAWS:**

Refer to Driver Vehicle Inspection Report for violations.

**ENFORCEMENT SUMMARY:**

If the vehicle had been stopped prior to the crash and received a level 1 inspection, the tractor would have been placed Out of Service for Brake adjustments, exceeding 20% out of adjustment.

**LIST OF ATTACHMENTS:**

Copies of:

1) Drivers Record of Duty Status for Mr. Rondel Singh.
2) California IRP registration cab card for 2004 Volvo tractor.
3) California permanent ID for the 2004 Great Dane trailer.
4) Accord certificate of liability insurance.
5) Bill of Lading for Lotus Foods Inc.
6) Signed consent form – EDR download.
7) Sudden deceleration reports from the ECM of a 2004 Volvo Commercial truck/tractor.

**INSPECTION CRITERIA USED**

- THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS (FMCSR) OF THE U.S. DEPARTMENT OF TRANSPORTATION (USDOT) PARTS: 40,382,383,387,390-397, AND THE NORTH AMERICAN STANDARDS / COMMERCIAL VEHICLE SAFETY ALLIANCE (CVSA).
- THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS (FMCSR) OF THE U.S. DEPARTMENT OF TRANSPORTATION (USDOT) PARTS: 170, 171, 172, 173, 177, AND 180.
- APPLICABLE NEVADA REVISED STATUTES, CHAPTERS: 482, 483, 484, 485, 486, 4887,706,459.
- APPLICABLE ELKO COUNTY ORDINANCES
- APPLICABLE ELKO CITY ORDINANCES

**INSPECTION RESULTS**

THEY ARE LISTED ON DEPARTMENT OF PUBLIC SAFETY REPORT #NV9036009593 AND THIS REPORT.

## <u>INSPECTORS</u>

NAME<u>:    Daniel G. Mawson          </u>    ID# <u>9036      </u>   POSITION   <u>CVSI   II</u>

NAME: <u>                              </u>    ID#<u>         </u>   POSITION<u>         </u>

Miller 0008622

# DRIVER/VEHICLE EXAMINATION REPORT

Aspen 3.0.0.17

| | |
|---|---|
| **Attn: Federal Projects**<br>**Nevada Highway Patrol**<br>**3920 E. Idaho St.**<br>**Elko, NV 89801**<br>**Phone: (775) 753-1343   Fax: (775) 738-3456** | **Report Number:** NV9036009593<br>**Inspection Date:** 02/01/2017<br>**Start:** 01:00 PM PT    **End:** 3:24:33 PM PT<br>**Inspection Level:** I - Full<br>**HM Inspection Type:** None |

| | |
|---|---|
| KUWAR SINGH<br>8001 RENTON WAY<br>SACRAMENTO, CA  95828<br>USDOT#: 02465473     **Phone#:** (916)370-3037<br>MC/MX#: 852094        **Fax#:**<br>**State#:** | **Driver:** SINGH, RONEL R<br>**License#:** ███████    **State:** CA<br>**Date of Birth:** 07/21/1985<br>**CoDriver:**<br>**License#:**    **State:**<br>**Date of Birth:** |

**Location:** ROADWAY TOWING STORAGE YARD **MilePost:** 73    **Shipper:** LOTUS FOODS INC.
**Highway:** US93                    **Origin:** SACRAMENTO, CA    **Bill of Lading:** PO000646
**County:** ELKO, NV                 **Destination:** SALT LAKE CITY, UT    **Cargo:** NOODLES

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | CVSA Issued # | OOS Sticker |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2004 | CA | WP72445 | 815 | 4V4NC9TG94N365204 | 50,000 | | | RPT9593 |
| 2 | ST | GDAN | 2004 | CA | 4LY2959 | | 1GRAA06274T508292 | 68,000 | | | RPT9593 |

## BRAKE ADJUSTMENTS

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | 1 1/4 | 2 1/4 | 1 3/4 | 1 | 1 1/4 |
| Left | 1 1/4 | 2 1/4 | 2 | 1 | 1 1/4 |
| Chamber | C-20 | C-30 | C-30 | C-30 | C-30 |

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 393.47E | 393.47(e) | 1 | N | | N | N | Clamp or Roto type brake out-of-adjustment: Axle #2 both sides. Axle #3 left at max travel. |
| 393.53B | 393.53(b) | 1 | N | | N | N | CMV manufactured after 10/19/94 has an automatic airbrake adjustment system that fails to compensate for wear |
| **396.3A1BOS** | **396.3(a)(1)** | **1** | **Y** | | **U** | **N** | **BRAKES OUT OF SERVICE: The number of defective brakes is equal to or greater than 20 percent of the service brakes on the vehicle or combination** |
| 393.203 | 393.203 | 1 | N | | N | Y | Cab/body parts requirements violations: Hood and bumper missing from front of vehicle. |
| 393.60E-WS | 393.60(e) | 1 | N | | N | Y | Windshield - Obstructed: Broken and missing - during the crash. |
| 393.61 | 393.61 | 1 | N | | N | Y | Inadequate or missing truck side windows: Damaged in the crash. |
| **393.45UV** | **393.45** | **1** | **Y** | | **U** | **Y** | **Brake Tubing and Hose Adequacy Under Vehicle: Audible air leak - Axle #1 left side.** |
| **393.104C** | **393.104(c)** | **2** | **Y** | | **U** | **Y** | **Damaged vehicle structures/anchor points: Trailer was breached by a vehicle during the crash. Roof bows and wall on right side are torn open.** |

**HazMat:** No HM Transported.                    **Placard:** No    **Cargo Tank:**

**Special Checks:** Post Crash

| | | | | |
|---|---|---|---|---|
| Report Prepared By:<br>CVSA DAN MAWSON<br>X *[signature]* | Badge #:<br>24223<br>24223 | Copy Received By:<br>RONEL SINGH<br>X | Page 1 of 2 | <br>02465473  NV  NV9036009593 |

Miller 0008623

## DRIVER/VEHICLE EXAMINATION REPORT

Aspen 3.0.0.17

**Attn: Federal Projects**
**Nevada Highway Patrol**
**3920 E. Idaho St.**
**Elko, NV 89801**
**Phone: (775) 753-1343   Fax: (775) 738-3456**

**Report Number: NV9036009593**
**Inspection Date:** 02/01/2017
**Start:** 01:00 PM PT   **End:** 3:24:33 PM PT
**Inspection Level:** I - Full
**HM Inspection Type:** None

| | |
|---|---|
| KUWAR SINGH | **Driver:** SINGH, RONEL R |
| 8001 RENTON WAY | **License#:** ▮▮▮▮  **State:** CA |
| SACRAMENTO, CA  95828 | **Date of Birth:** 07/21/1985 |
| **USDOT#:** 02465473    **Phone#:** (916)370-3037 | **CoDriver:** |
| **MC/MX#:** 852094    **Fax#:** | **License#:**   **State:** |
| **State#:** | **Date of Birth:** |

**Location:** ROADWAY TOWING STORAGE YARD **MilePost:** 73    **Shipper:** LOTUS FOODS INC.
**Highway:** US93    **Origin:** SACRAMENTO, CA    **Bill of Lading:** PO000646
**County:** ELKO, NV    **Destination:** SALT LAKE CITY, UT  **Cargo:** NOODLES

Pursuant to authority contained in Motor Carrier Safety Regulations, Section 396.9, I hereby declare vehicles with defects followed by an "Y" in the "Out of Service (OOS)" column in the violations section of the report "Out of Service." No person shall remove the out of service stickers applied on these vehicles, or operate such vehicles until the Out of Service defects have been repaired, and the vehicles have been restored to safe operating condition.

The undersigned certifies that all violations have been corrected to assure compliance with Nevada/Federal law and/or regulations, insofar as they are applicable to motor carriers and drivers. Operation of said vehicle without required repairs may result in additional penalties.

Signature Of Repairer X:_____     Facility:_____     Date:_____

**Advisory:** This vehicle has been identified as having brake adjustment violations. 49CFR Section 393.53 requires that a self-adjusting brake system be equipped on this vehicle. A qualified service technician needs to determine why the defective brake has excessive stroke and make the appropriate repairs. Simply re-adjusting a self-adjusting brake adjustor, or replacing it, does not guarantee that the problem is corrected. The problem may exist in the foundation brake system. By certifying this inspection report you have indicated that this vehicle now has a properly functioning self-adjusting brake adjustment system.

The items listed above do not comply with Nevada law and/or regulation. To clear the record, it is necessary that the driver or owner return this form to the Nevada Highway Patrol within 15 days, with certification that the item(s) have been corrected. Failure to repair or correct these violations; failure to certify correction of Out-Of Service Violations or other safety violations as noted on the Inspection Form and failure to retain a copy of the inspection form at the responsible motor carrier's principle place of business for the prescribed time period, may result in additional penalties as prescribed by law.

Signature Of Motor Carrier X:_____     Title:_____     Date:_____

| Report Prepared By: | Badge #: | Copy Received By: | Page 2 of 2 |
|---|---|---|---|
| CVS\ DAN MAWSON | 24223 | RONEL SINGH | |
| X ⟋⟍⟋ | 24223 | X | |



02465473  NV   NV9036009593

Miller 0008624

## DRIVER/VEHICLE EXAMINATION REPORT



**Attn: Federal Projects**
**Nevada Highway Patrol**
3920 E. Idaho St.
**Elko, NV 89801**
Phone: (775) 753-1343   Fax: (775) 738-3456

**Report Number:** NV9036009593
**Inspection Date:** 02/01/2017
**Start Time:** 1:00:00 PM **End Time:** 3:24:33 PM
**Inspection Level:** I - Full
**HM Inspection Type:** None

| | |
|---|---|
| KUWAR SINGH | **Driver:** SINGH, RONEL R |
| 8001 RENTON WAY | **License#:** ▇▇▇▇▇▇  **State:** CA |
| SACRAMENTO, CA 95828 | **Date of Birth:** 07/21/1985 |
| **Phone#:** (916)370-3037   **Fax#:** | **CoDriver:** |
| **USDOT#:** 02465473   **MC/MX#:** 852094 | **License#:**   **State:** |
| **State#:** | **Date of Birth:** |

### Inspection Notes

This carrier was shown as not having operating authority by a real-time query at 2/1/2017 2:49:56 PM
Contacted FMCSA Division Office for Nevada.
Authority Audit Trail:
       Granted - 1/29/2014
       Revoked - 10/04/2016
       Reinstated - 10/11/2016
Revocation was for No Insurance on File.  Insurance carrier failed to file coverage with FMCSA.  At the time of this crash, Insurance was active and on file.  Authority was revoked again on 1/17/2017 due to insurance being canceled.

Cargo of RAMON Noodles - Roadway Towing disposed of damaged cargo at the Elko City Land Fill.

### Special Studies   No Special Study Data Recorded

Miller 0008625

## DRIVER'S DAILY LOG
(24 HOURS)

Original - File at home terminal
Duplicate - Driver retains in his/her possession for eight days

**RECAP**
Complete at end of workday.

12 / 07 / 16
(Month) / (Day) / (Year)

Name of Carrier or Carriers
RTS

Main Office Address
8001 Renton Way   SAC , CA 94828

Home Terminal Address

Total Miles Driving Today   Total Mileage Today

I certify these entries are true and correct.

Truck/Tractor and Trailer Numbers or License Plate(s) / State (show each unit)
Driver's Full Signature
Co-Driver's Name

| | | | | | | | | | | | | | NOON | | | | | | | | | | | | | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | | 24·0 |
| 2. SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | | Ø |
| 3. DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | | Ø |
| 4. ON DUTY (NOT DRIVING) | | | | | | | | | | | | | | | | | | | | | | | | | | Ø |
| REMARKS | | | | | | | | | | | | | | | | | | | | | | | | | | 24·0 |

SHIPPING DOCUMENTS:

B/L or Manifest No. or

Shipper & Commodity

From:

Off Duty For 14 days

11/03/16  To  12/07/16

4017931

USE TIME STANDARD AT HOME TERMINAL   Copyright 2012 & Published by J. J. KELLER & ASSOCIATES, INC.

---

## DRIVER'S DAILY LOG
(24 HOURS)

Original - File at home terminal
Duplicate - Driver retains in his/her possession for eight days

**RECAP**
Complete at end of workday.

12 / 08 / 16
(Month) / (Day) / (Year)

Name of Carrier or Carriers
RTS

Main Office Address
8001 Renton Way   SAC   CA 94828

Home Terminal Address

Total Miles Driving Today   Total Mileage Today

RTS , 002

I certify these entries are true and correct.

Truck/Tractor and Trailer Numbers or License Plate(s) / State (show each unit)
Driver's Full Signature
Co-Driver's Name

| | | | | | | | | | | | | | NOON | | | | | | | | | | | | | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ON DUTY (NOT DRIVING) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| REMARKS | | | | | | | | | | | | | | | | | | | | | | | | | | |

SHIPPING DOCUMENTS:
woodles

B/L or Manifest No.
PO000646

Shipper & Commodity

From:  Sacramento, CA   To:  Salt Lake City, UT

Sacramento CA 871

Reno NV TA  Exit 14 Dinner

4017931

USE TIME STANDARD AT HOME TERMINAL   Copyright 2012 & Published by J. J. KELLER & ASSOCIATES, INC.

Miller 0008626



# APPORTIONED REGISTRATION CAB CARD
## STATE OF CALIFORNIA
### DEPARTMENT OF MOTOR VEHICLES

A Public Service Agency

P.O. Box 932320   MS H160   Sacramento, CA 94232-3200   (916) 657-7971

OPERATOR/LESSEE/REGISTRANT
RHEAS TRANS INC
180 SUMMER STROLL CIRCLE
SACRAMENTO, CA 95823

OWNER/LESSOR

| ISSUED: 05/31/2016 | EFFECTIVE: 06/01/2016 | EXPIRES: 05/31/2017 |
|---|---|---|

| Account | Fleet | Supp | |
|---|---|---|---|
| 63665 | 001 | 0000 | |
| TYPE OF CARRIER | | | MX |
| FOR HIRE | | | |
| Plate | Unit | Yr-Model | Make |
| WP72445 | 815 | 2004 | VOLV |
| Unladen Wt | Axles | Fuel Type | Body Type |
| 17420 | 03 | D | TR |
| VIN | Seats | | |
| 4V4NC9TG94N365204 | | | |

**THE VEHICLE DESCRIBED HEREIN HAS BEEN APPORTIONED BETWEEN THE STATE OF CALIFORNIA AND THE JURISDICTIONS SHOWN BELOW.** Canadian Provinces are shown in kilograms, Quebec is shown in axles, all other jurisdictions are shown in pounds. Buses may be identified by the number of seats. No jurisdictions are to be listed after the row of asterisks, or the card is invalid.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AL | 80000 | AB | 36287 | AZ | 80000 | AR | 80000 | BC | 36287 |
| CA | 80000 | CO | 80000 | CT | 80000 | DE | 80000 | DC | 80000 |
| FL | 80000 | GA | 80000 | ID | 80000 | IL | 80000 | IN | 80000 |
| IA | 80000 | KS | 80000 | KY | 80000 | LA | 80000 | ME | 80000 |
| MB | 36287 | MD | 80000 | MA | 80000 | MI | 80000 | MN | 80000 |
| MS | 80000 | MO | 80000 | MT | 80000 | NE | 80000 | NV | 80000 |
| NL | 36287 | NB | 36287 | NH | 80000 | NJ | 80000 | NM | 80000 |
| NY | 80000 | NC | 80000 | ND | 80000 | NS | 36287 | OH | 80000 |
| OK | 80000 | ON | 36287 | OR | 80000 | PA | 80000 | PE | 36287 |
| QC | 5 AXL | RI | 80000 | SK | 36287 | SC | 80000 | SD | 80000 |
| TN | 80000 | TX | 80000 | UT | 80000 | VT | 80000 | VA | 80000 |
| WA | 80000 | WV | 80000 | WI | 80000 | WY | 80000 | *** | ***** |
| *** | ***** | *** | ***** | *** | ***** | *** | ***** | *** | ***** |

This apportioned Cab Card must be carried in the vehicle at all times. All fees are due to the State of California on or before the expiration date listed above. The cab card is non-tranferable and must be surrendered with the license plate(s) if the vehicle is deleted from the fleet.

CARRIER RESPONSIBLE FOR SAFETY: USDOT 2465473
  KUWAR SINGH
  8001 RENTON WAY
  SACRAMENTO, CA 95828



H630531161A0031

Miller 0008627



THIS VALIDATED PERMANENT TRAILER IDENTIFICATION (PTI) CARD OR A FACSIMILE
COPY IS TO BE KEPT WITH THE VEHICLE FOR WHICH IT IS ISSUED. THIS REQUIREMENT
DOES NOT APPLY WHEN THE VEHICLE IS LEFT UNATTENDED. IT NEED NOT BE DISPLAYED.
PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. PTI IS VALID FOR FIVE (5) YEARS
FROM THE DATE OF CONVERSION OR FIRST OPERATION. IF YOU DO NOT RECEIVE A
RENEWAL NOTICE, USE A FACSIMILE COPY OF THIS FORM TO PAY YOUR RENEWAL FEES OR
NOTIFY THE DEPARTMENT OF MOTOR VEHICLES OF THE NON-OPERATIONAL (PNO) STATUS
OF A STORED VEHICLE.

IMMEDIATELY NOTIFY DMV IN PERSON OR BY MAIL ON THE PROPER DMV FORMS WHEN:

     *   YOU CHANGE YOUR ADDRESS.
     *   YOU SELL YOUR TRAILER.
     *   YOU ARE INVOLVED IN AN ACCIDENT (WHETHER OR NOT IT WAS YOUR FAULT)
         WHEN THERE WAS OVER $750 DAMAGE OR ANY BODILY INJURY OR DEATH.


WHEN WRITING TO DMV, ALWAYS GIVE YOUR FULL NAME, PRESENT ADDRESS, AND THE
VEHICLE MAKE, LICENSE, AND IDENTIFICATION NUMBERS.



****************** DO NOT DETACH - PTI OWNER INFORMATION ******************





## PERMANENT TRAILER IDENTIFICATION CARD

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| GRTDA | 2004 | 0000 | AN | 2016 | 47V | PA | 4LY2959 |

| BODY TYPE MODEL | MP | MO | AX | WC | UNLADEN WT | VEHICLE ID NUMBER |
|---|---|---|---|---|---|---|
| VAN | | XR | 2 | P | 14460 | 1GRAA06274T508292 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | USE TAX |
|---|---|---|---|---|---|
| TRAILER | 04/07/16 | 34 | 04/07/16 | 3 | 170 |

EXP DATE: PERM

REGISTERED OWNER
KUMAR RAJ CHRISTOPHER
7943 NEWGATE DR

AMOUNT PAID
$   197.00

                                    AMOUNT DUE          AMOUNT RECVD
                                $  197.00    CASH :
                                             CHCK :
SACRAMENTO                                   CRDT :  197.00
CA              95823

LIENHOLDER

Miller 0008628

**ACORD®** CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 12/19/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. IF SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER 209-407-4290    209-666-1428<br>Roadways Commercial Ins Agency<br>1136 Saint clair Pl<br>Tracy, CA 95304<br>Lic # 0K41645 | CONTACT NAME: Mandeep | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): 209-407-4290 | FAX (A/C, No): 209-666-1428 | |
| | E-MAIL ADDRESS: MANNATHIARAINS@GMAIL.COM | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: NATIONAL CONTINENTAL INSURANCE | | |
| INSURED           916-370-3037<br>KUWAR SINGH DBA RT SERVICE<br>8001 RENTON WAY<br>SACRAMENTO, CA 95828 | INSURER B: LLOYDS OF LONDON | | |
| | INSURER C: LLOYDS OF LONDON | | |
| | INSURER D: | | |
| | INSURER E: | | |
| | INSURER F: | | |

COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | CP5647753-6 | 09/27/2016 | 09/27/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☑ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY     Y / N | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | Cargo | | | NA15TS01-MT5 | 02/06/2016 | 02/06/2017 | Limits$100,000 Ded$1000Per Oc | |
| C | Physical Damage | | | NA15TS01-C12 | 02/06/2016 | 02/06/2017 | See limits Below | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| PROOF OF INSURANCE | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD

Miller 0008629



Lotus Foo    nc.
5210 Wall Avenue
Richmond, CA 94804

# Order



**LOTUS FOODS**
**RICE IS LIFE**
CA Organic #54988

Pride Industries
3900 Florin Perkins Rd
Sacramento, CA 95826
916-383-5560
Alan Ruzich

Purchase #:    PO000646

Consignee/Destination:
Location ID: 1033918430584
Costco Salt Lake Dry
5995 W 300 South Street
Salt Lake City, UT 84104

| SALESPERSON | YOUR NO. | SHIP VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| | | | | Net 30 | 11/29/16 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 7200 | 62813 | Millet Club Ramen 12-pack USA | $0.1158 | | | $834.00 | |
| | | Use 7,200 units Lot# 10.02.2018 | | | | | |
| 30 | CHEP PALLET | Block CHEP Pallet | | | | | |
| 600 | BOX 1007D | Costco Club 12pk Ramen Divider | | | | | |
| 600 | BOX 1007T | Costco Club 12pk Ramen Tray | | | | | |
| | | Construct and palletize 600 Costco Trays on 30 Block CHEP pallets (4x5 TiHi) Each pallet is to have a slip sheet between layers, a pallet cap, v-boards & shrink wrap. | | | | | |

Costco PO# 005841125570 Pickup Date12/08/2016

| | |
|---|---|
| SALE AMT. | $834.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $834.00 |
| PAID TODAY | $0.00 |
| Balance Due | $834.00 |

**STRAIGHT BOL**



**Lotus Foods, Inc.**
5210 Wall Avenue
Richmond CA  94804

(510) 525-3137

**LOTUS FOODS**
RICE IS LIFE

Packing Slip ORD000646
Document Date 11/25/2016
Who Printed pryss

Shipper:   3900 Florin Perkins Rd.

Sacramento  CA     95826
(916) 383-5660  Ext. 0000

Ship To:   Costco Wholesale
5995 W 300 SOUTH ST
SALT LAKE CITY UT   84104

* Item Shipped Directly from Vendor

| Acct | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 005841125570 | COST002 | | | 1% 10 - Net 30 | 12/8/2016 | 2,700 |

| Item ID | Description | | Lot Number | Quantity | Ship | UOM |
|---|---|---|---|---|---|---|
| 62813 | Millet Ramen 12pk COSTCO USA item 398621 | 10.02.2018 | | 7,200.000 | PRIDE SSAC | Each |

| | |
|---|---|
| Total Gross Weight | 13,680.00 |
| Total Net Weight | 13,680.00 |
| Total Pieces | 7,200.00 |
| Total Cube | 2,399 |
| Total Pallets | 30 |

I have received the above in good order.

Date: 12/8/16

Agent for: Lotus food

By: Ron

Carrier: PTS

Agent or Driver: Ron Singh

# 0446440

Miller 0008631

STATE OF NEVADA
DEPARTMENT OF PUBLIC SAFETY
NEVADA HIGHWAY PATROL

**REPORT OF INVESTIGATION**

Case Number: 161200817

File Title: Injury Accident - IR80 mm314 W/B
Report Re: Technical Follow-up Report – Mechanical Inspection

Date of Activity: December 12, 2016
Date Report Written: February 1, 2017

Signature: _Daniel G. Mawson 9036_     _2-1-17_

      CVSI Daniel G. Mawson #9036     Date

Approved: _____

    Sgt. Neal Roth #4308        Date

**Details:** _____

With consent of the owner, the Electronic Control Module (ECM) was removed from the Commercial Motor Vehicle involved in the above crash.  CVSI Dan Mawson #9036 delivered the ECM to Cummins Rocky Mountain in Elko NV in order to download the engine parameters and Sudden Deceleration Reports (SDR) from the memory of the ECM.
All data files retrieved from the ECM are on a CD attached to this report.  Printed reports for Sudden Deceleration and Engine Data Plate report are also attached.

In reviewing the reports, I do not believe that the event at the time of this crash met the parameters to log a Sudden Deceleration.  The most current SDR has mileage at occurrence of 223233.8.  In the Trip portion of the programing, the Engine miles are recorded as 290388 miles.  With the substantial difference in miles at occurrence there are circumstances that would not record an event.

 1) The ECM was obtained from a different vehicle and not set to log data for the current vehicle. (the one involved in this crash)

 2) The crash at this time did not meet the parameters to log an SDR event.

Because the ID information in the vehicle parameters is different and the carrier name is different, it is not possible to verify the report is actually for this vehicle at this time.

          Report Re: Technical Follow-up Report
            Page 1 of 2
Miller 0008632



Nevada Department of
**Public Safety**

# EDR Consent Form
### (Event Data Recorder)

Date: ___12 – 20 – 2016___          Case: ___161200817___

This vehicle is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, such as an air bag deployment or hitting a road obstacle, data that will assist in understanding how a vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less. The EDR in this vehicle is designed to record data such as:

- How various systems in your vehicle were operating;
- Whether or not the driver and passenger safety belts were buckled / fastened;
- How far (if at all) the driver was depressing the accelerator and/or brake pedal; and,
- How fast the vehicle was traveling.

These data elements can help provide a better understanding of the circumstances in which crashes and injuries occur. *Note: EDR data elements are recorded by your vehicle only if a non-trivial crash situation occurs; no data elements are recorded by the EDR under normal driving conditions and no personal data (e.g., name gender, age and crash location) are recorded. However;, other parties, such as law enforcement, could combine the EDR data with the type of personally identifying data routinely acquired during a crash investigation.*

To read data recorded by an EDR, special equipment is required and access to the vehicle or the EDR is needed. In addition to the vehicle manufacturer, other parties, such as law enforcement, can utilize special equipment to read the information if they have access to the vehicle or the EDR unit.

1

Miller 0008633

The Nevada Department of Public Safety, specifically ___CVSI Dan Mawson #9036___,

requests from you ___RONEL SINGH___,
Investigating Officer

requests from you ___RONEL SINGH___,
Driver / Owner

consent to obtain the EDR(s), and the information stored therein, from the vehicle
described as:

___2004   Volvo    Unit#815      VIN: 4V4NC9TG94N365204___,
Vehicle description

which was involved in the above listed case.

I ___RONEL SINGH___ hereby grant my
consent to ___CVSI Dan Mawson___, an Officer of
___Nevada Highway Patrol___ to enter the identified vehicle for the purpose of
accessing and retrieving the EDR(s) installed within the vehicle; including the use of
tools to gain access to and / or remove the EDR(s). Additionally, I consent to the retrieval
and analysis of the data stored within the EDR(s) retrieved and / or accessed from the
vehicle.

This consent is given freely and voluntarily; without the threat of force, physical or
mental coercion, or any stated or implied promise.

___RS___  I am the current registered and/or legal owner of the above listed vehicle.
Initial

___RS___  I was the driver of the above listed vehicle at the time of the incident.
Initial

___RONEL SINGH___                                    ___12/21/16___
Printed Name \ Signature                                    Date

Witness:

___KUWAR SINGH___                                    ___12/21/16___
Printed Name \ Signature                                    Date

2

Miller 0008634

# Vehicle Sudden Deceleration Report Record 1

| | | | |
|---|---|---|---|
| Engine Type | ISX 02 | Ecm Code | AB10404.23 |
| Engine Serial Number | 79075115 | Software Phase | 6.6.0.1 |
| Unit Number | 597 | Extraction Date | 12-29-2016 12:10:02 |

Occurrence Date: N\A
Air Temperature (°F) at Occurrence: 0

ECM Run Time at Occurrence: 5283:0:27
Occurrence Distance (mi): 223233.8

Vehicle Speed



Engine Speed



Percent



Brake



Clutch

Miller 0008635



Miller 0008636

Record 1

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| -59 | 70 | 1453 | 72.1 | 0.0 | - | - | On | - |
| -58 | 70 | 1452 | 69.4 | 0.0 | - | - | On | - |
| -57 | 70 | 1451 | 65.0 | 0.0 | - | - | On | - |
| -56 | 70 | 1457 | 62.3 | 0.0 | - | - | On | - |
| -55 | 70 | 1455 | 58.7 | 0.0 | - | - | On | - |
| -54 | 70 | 1460 | 53.9 | 0.0 | - | - | On | - |
| -53 | 71 | 1454 | 50.6 | 0.0 | - | - | On | - |
| -52 | 71 | 1469 | 45.9 | 0.0 | - | - | On | - |
| -51 | 71 | 1460 | 27.0 | 0.0 | - | - | On | - |
| -50 | 70 | 1460 | 23.8 | 0.0 | - | - | On | - |
| -49 | 70 | 1454 | 28.9 | 0.0 | - | - | On | - |
| -48 | 70 | 1456 | 35.7 | 0.0 | - | - | On | - |
| -47 | 70 | 1455 | 36.7 | 0.0 | - | - | On | - |
| -46 | 70 | 1452 | 36.6 | 0.0 | - | - | On | - |
| -45 | 70 | 1454 | 37.4 | 0.0 | - | - | On | - |
| -44 | 70 | 1460 | 36.4 | 0.0 | - | - | On | - |
| -43 | 70 | 1456 | 34.0 | 0.0 | - | - | On | - |
| -42 | 70 | 1456 | 31.8 | 0.0 | - | - | On | - |
| -41 | 70 | 1453 | 32.2 | 0.0 | - | - | On | - |
| -40 | 70 | 1455 | 34.1 | 0.0 | - | - | On | - |
| -39 | 70 | 1453 | 33.3 | 0.0 | - | - | On | - |
| -38 | 70 | 1453 | 33.0 | 0.0 | - | - | On | - |
| -37 | 70 | 1452 | 31.3 | 0.0 | - | - | On | - |
| -36 | 70 | 1455 | 30.7 | 0.0 | - | - | On | - |
| -35 | 70 | 1452 | 30.9 | 0.0 | - | - | On | - |
| -34 | 70 | 1451 | 32.8 | 0.0 | - | - | On | - |
| -33 | 70 | 1453 | 33.1 | 0.0 | - | - | On | - |
| -32 | 70 | 1451 | 34.3 | 0.0 | - | - | On | - |
| -31 | 70 | 1450 | 34.4 | 0.0 | - | - | On | - |
| -30 | 70 | 1451 | 34.5 | 0.0 | - | - | On | - |
| -29 | 70 | 1453 | 33.8 | 0.0 | - | - | On | - |
| -28 | 70 | 1450 | 33.9 | 0.0 | - | - | On | - |
| -27 | 70 | 1449 | 32.8 | 0.0 | - | - | On | - |
| -26 | 70 | 1454 | 31.6 | 0.0 | - | - | On | - |
| -25 | 70 | 1452 | 32.4 | 0.0 | - | - | On | - |
| -24 | 70 | 1449 | 33.6 | 0.0 | - | - | On | - |

Miller 0008637

Record 1

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| -23 | 70 | 1454 | 36.9 | 0.0 | - | - | On | - |
| -22 | 70 | 1456 | 36.8 | 0.0 | - | - | On | - |
| -21 | 70 | 1453 | 35.2 | 0.0 | - | - | On | - |
| -20 | 70 | 1453 | 34.3 | 0.0 | - | - | On | - |
| -19 | 70 | 1445 | 0.0 | 0.0 | On | - | - | - |
| -18 | 69 | 1429 | 0.0 | 0.0 | On | - | - | - |
| -17 | 68 | 1383 | 0.0 | 0.0 | On | - | - | - |
| -16 | 65 | 1333 | 0.0 | 0.0 | On | - | - | - |
| -15 | 62 | 1256 | 0.0 | 0.0 | On | - | - | - |
| -14 | 60 | 1223 | 0.0 | 0.0 | On | - | - | - |
| -13 | 59 | 1206 | 0.0 | 0.0 | - | - | - | - |
| -12 | 58 | 1351 | 36.5 | 0.0 | - | - | - | - |
| -11 | 58 | 1527 | 0.0 | 0.0 | - | - | - | - |
| -10 | 58 | 1526 | 0.0 | 21.5 | - | - | - | - |
| -9 | 58 | 1549 | 14.3 | 48.0 | - | - | - | - |
| -8 | 58 | 1535 | 20.3 | 45.5 | - | - | - | - |
| -7 | 58 | 1522 | 0.0 | 0.0 | On | - | - | - |
| -6 | 57 | 1484 | 0.0 | 0.0 | On | - | - | - |
| -5 | 55 | 1447 | 0.0 | 0.0 | On | - | - | - |
| -4 | 53 | 1388 | 0.0 | 0.0 | On | - | - | - |
| -3 | 51 | 1310 | 0.0 | 0.0 | On | - | - | - |
| -2 | 48 | 1252 | 0.0 | 0.0 | On | - | - | - |
| -1 | 46 | 1200 | 0.0 | 0.0 | On | - | - | - |
| 0 | 43 | 1305 | 0.0 | 0.0 | On | - | - | - |
| 1 | 30 | 793 | 0.0 | 0.0 | On | - | - | - |
| 2 | 22 | 780 | 0.0 | 0.0 | On | - | - | - |
| 3 | 16 | 597 | 0.0 | 0.0 | On | - | - | - |
| 4 | 12 | 595 | 0.0 | 0.0 | On | - | - | - |
| 5 | 10 | 648 | 47.7 | 20.0 | - | - | - | - |
| 6 | 9 | 1161 | 28.5 | 44.3 | - | - | - | - |
| 7 | 10 | 1359 | 43.2 | 56.3 | - | - | - | - |
| 8 | 12 | 1573 | 33.3 | 55.5 | - | - | - | - |
| 9 | 13 | 1557 | 0.0 | 28.3 | - | - | - | - |
| 10 | 14 | 1282 | 0.0 | 20.3 | - | - | - | - |
| 11 | 14 | 1337 | 2.7 | 39.0 | - | - | - | - |
| 12 | 14 | 1356 | 27.1 | 48.3 | - | - | - | - |

Miller 0008638

Record 1

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| 13 | 15 | 1460 | 41.4 | 62.0 | - | - | - | - |
| 14 | 15 | 1219 | 0.0 | 74.8 | - | - | - | - |
| 15 | 15 | 1072 | 47.4 | 100.0 | - | - | - | - |

Miller 0008639

# Vehicle Sudden Deceleration Report Record 2

| | | | |
|---|---|---|---|
| Engine Type | ISX 02 | Ecm Code | AB10404.23 |
| Engine Serial Number | 79075115 | Software Phase | 6.6.0.1 |
| Unit Number | 597 | Extraction Date | 12-29-2016 12:10:02 |

Occurrence Date: N\A
Air Temperature (°F) at Occurrence: 0

ECM Run Time at Occurrence: 5212:3:17
Occurrence Distance (mi): 222021.3

Vehicle Speed



Engine Speed



Percent



Brake



Clutch

Miller 0008640



Miller 0008641

Record 2

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| -59 | 0 | 602 | 0.1 | 0.0 | - | - | - | On |
| -58 | 0 | 602 | 0.1 | 0.0 | - | - | - | On |
| -57 | 0 | 599 | 0.3 | 0.0 | - | - | - | On |
| -56 | 0 | 600 | 1.0 | 0.0 | - | - | - | On |
| -55 | 0 | 598 | 0.5 | 16.0 | - | - | - | - |
| -54 | 0 | 601 | 1.3 | 21.5 | - | - | - | - |
| -53 | 0 | 596 | 4.1 | 35.0 | - | - | - | - |
| -52 | 0 | 633 | 0.0 | 35.0 | - | - | - | - |
| -51 | 0 | 733 | 4.4 | 41.0 | - | - | - | - |
| -50 | 1 | 636 | 3.3 | 36.3 | - | - | - | - |
| -49 | 2 | 705 | 23.1 | 67.0 | - | - | - | - |
| -48 | 4 | 1195 | 40.1 | 69.5 | - | - | - | - |
| -47 | 7 | 1515 | 0.0 | 62.0 | - | - | - | - |
| -46 | 8 | 1308 | 20.4 | 65.5 | - | - | - | - |
| -45 | 10 | 1729 | 37.6 | 60.3 | - | - | - | - |
| -44 | 11 | 1453 | 0.0 | 59.5 | - | - | - | - |
| -43 | 12 | 1527 | 41.7 | 57.5 | - | - | - | - |
| -42 | 14 | 1612 | 0.0 | 52.8 | - | - | - | - |
| -41 | 14 | 1314 | 8.6 | 55.5 | - | - | - | - |
| -40 | 15 | 1519 | 35.3 | 54.3 | - | - | - | - |
| -39 | 17 | 1590 | 0.0 | 60.8 | - | - | - | - |
| -38 | 18 | 1303 | 0.0 | 70.3 | - | - | - | - |
| -37 | 19 | 1453 | 62.7 | 67.5 | - | - | - | - |
| -36 | 22 | 1653 | 46.1 | 65.5 | - | - | - | - |
| -35 | 23 | 1379 | 2.6 | 66.0 | - | - | - | - |
| -34 | 24 | 1364 | 47.4 | 66.3 | - | - | - | - |
| -33 | 25 | 1473 | 56.7 | 66.0 | - | - | - | - |
| -32 | 28 | 1598 | 47.7 | 63.0 | - | - | - | - |
| -31 | 30 | 1669 | 18.7 | 62.3 | - | - | - | - |
| -30 | 30 | 1378 | 0.6 | 62.8 | - | - | - | - |
| -29 | 30 | 1334 | 56.6 | 62.3 | - | - | - | - |
| -28 | 32 | 1404 | 49.2 | 60.3 | - | - | - | - |
| -27 | 33 | 1475 | 48.3 | 62.3 | - | - | - | - |
| -26 | 34 | 1188 | 0.0 | 66.3 | - | - | - | - |
| -25 | 34 | 1168 | 49.1 | 66.3 | - | - | - | - |
| -24 | 35 | 1235 | 56.5 | 65.5 | - | - | - | - |

Miller 0008642

Record 2

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| -23 | 37 | 1262 | 62.9 | 65.5 | - | - | - | - |
| -22 | 38 | 1316 | 65.6 | 69.5 | - | - | - | - |
| -21 | 40 | 1357 | 59.1 | 62.0 | - | - | - | - |
| -20 | 41 | 1394 | 52.1 | 61.5 | - | - | - | - |
| -19 | 42 | 1416 | 46.9 | 62.3 | - | - | - | - |
| -18 | 42 | 1446 | 44.9 | 61.0 | - | - | - | - |
| -17 | 44 | 1487 | 46.6 | 60.3 | - | - | - | - |
| -16 | 45 | 1526 | 47.4 | 62.3 | - | - | - | - |
| -15 | 46 | 1556 | 45.4 | 62.0 | - | - | - | - |
| -14 | 47 | 1567 | 0.0 | 58.8 | - | - | - | - |
| -13 | 47 | 1298 | 0.0 | 59.5 | - | - | - | - |
| -12 | 47 | 1266 | 51.5 | 63.5 | - | - | - | - |
| -11 | 48 | 1285 | 46.0 | 57.0 | - | - | - | - |
| -10 | 49 | 1292 | 34.3 | 48.0 | - | - | - | - |
| -9 | 49 | 1293 | 9.2 | 34.3 | - | - | - | - |
| -8 | 48 | 1280 | 0.0 | 27.0 | - | - | - | - |
| -7 | 47 | 1252 | 0.0 | 0.0 | - | - | - | - |
| -6 | 47 | 1227 | 0.0 | 0.0 | - | - | - | - |
| -5 | 46 | 1202 | 0.0 | 0.0 | - | - | - | - |
| -4 | 45 | 1170 | 0.0 | 0.0 | - | - | - | - |
| -3 | 44 | 1150 | 0.0 | 5.5 | - | - | - | - |
| -2 | 43 | 1124 | 0.0 | 0.0 | - | - | - | - |
| -1 | 42 | 1102 | 0.0 | 0.0 | - | - | - | - |
| 0 | 40 | 1023 | 0.0 | 0.0 | On | - | - | - |
| 1 | 28 | 768 | 21.5 | 0.0 | On | - | - | - |
| 2 | 20 | 640 | 0.0 | 0.0 | On | - | - | - |
| 3 | 13 | 625 | 0.0 | 0.0 | On | - | - | - |
| 4 | 7 | 605 | 0.0 | 0.0 | On | - | - | - |
| 5 | 5 | 601 | 0.0 | 0.0 | On | - | - | - |
| 6 | 1 | 608 | 0.0 | 0.0 | On | - | - | - |
| 7 | 0 | 605 | 0.0 | 0.0 | On | - | - | - |
| 8 | 0 | 600 | 0.0 | 0.0 | On | - | - | - |
| 9 | 0 | 604 | 0.0 | 0.0 | On | - | - | - |
| 10 | 0 | 604 | 0.0 | 0.0 | - | - | - | - |
| 11 | 0 | 597 | 0.0 | 0.0 | - | - | - | - |
| 12 | 0 | 592 | 0.7 | 0.0 | - | - | - | - |

Miller 0008643

Record 2

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 594 | 0.1 | 0.0 | - | - | - | - |
| 14 | 0 | 601 | 0.0 | 0.0 | - | - | - | - |
| 15 | 0 | 604 | 0.0 | 0.0 | - | - | - | - |

Miller 0008644

# Vehicle Sudden Deceleration Report Record 3

| | | | |
|---|---|---|---|
| Engine Type | ISX 02 | Ecm Code | AB10404.23 |
| Engine Serial Number | 79075115 | Software Phase | 6.6.0.1 |
| Unit Number | 597 | Extraction Date | 12-29-2016 12:10:02 |

Occurrence Date: N\A                      ECM Run Time at Occurrence: 5212:36:42
Air Temperature (°F) at Occurrence: 0      Occurrence Distance (mi): 222037.0

Vehicle Speed



Engine Speed



Percent



Brake



Clutch

Miller 0008645



Miller 0008646

Record 3

| Time (Seconds ) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| -59 | 58 | 1194 | 19.3 | 38.8 | - | - | - | - |
| -58 | 58 | 1195 | 29.1 | 47.5 | - | - | - | - |
| -57 | 58 | 1192 | 27.6 | 42.3 | - | - | - | - |
| -56 | 58 | 1197 | 33.1 | 50.0 | - | - | - | - |
| -55 | 58 | 1200 | 38.7 | 55.5 | - | - | - | - |
| -54 | 58 | 1201 | 34.4 | 45.0 | - | - | - | - |
| -53 | 58 | 1143 | 0.0 | 13.0 | - | - | - | - |
| -52 | 57 | 1169 | 0.0 | 0.0 | - | - | - | - |
| -51 | 56 | 1152 | 0.0 | 0.0 | - | - | - | - |
| -50 | 55 | 1127 | 0.0 | 13.5 | - | - | - | - |
| -49 | 54 | 1099 | 5.6 | 31.5 | - | - | - | - |
| -48 | 54 | 1106 | 9.4 | 32.3 | - | - | - | - |
| -47 | 53 | 1105 | 23.9 | 32.3 | - | - | - | - |
| -46 | 53 | 1077 | 0.0 | 14.0 | - | - | - | - |
| -45 | 52 | 1077 | 0.0 | 0.0 | - | - | - | - |
| -44 | 52 | 1062 | 0.0 | 0.0 | On | - | - | - |
| -43 | 51 | 1045 | 0.0 | 19.5 | - | - | - | - |
| -42 | 51 | 1076 | 31.4 | 39.0 | - | - | - | - |
| -41 | 51 | 1061 | 33.9 | 45.0 | - | - | - | - |
| -40 | 52 | 1076 | 43.7 | 51.0 | - | - | - | - |
| -39 | 53 | 1093 | 43.9 | 56.3 | - | - | - | - |
| -38 | 53 | 1111 | 42.5 | 46.8 | - | - | - | - |
| -37 | 54 | 1123 | 35.6 | 48.0 | - | - | - | - |
| -36 | 55 | 1139 | 27.4 | 35.0 | - | - | - | - |
| -35 | 55 | 1145 | 22.7 | 38.3 | - | - | - | - |
| -34 | 56 | 1161 | 22.9 | 42.3 | - | - | - | - |
| -33 | 56 | 1170 | 18.2 | 46.3 | - | - | - | - |
| -32 | 57 | 1188 | 30.5 | 44.3 | - | - | - | - |
| -31 | 58 | 1200 | 24.5 | 43.5 | - | - | - | - |
| -30 | 58 | 1206 | 37.1 | 52.8 | - | - | - | - |
| -29 | 59 | 1222 | 35.0 | 49.5 | - | - | - | - |
| -28 | 59 | 1226 | 47.3 | 59.5 | - | - | - | - |
| -27 | 60 | 1235 | 44.8 | 56.3 | - | - | - | - |
| -26 | 60 | 1245 | 33.1 | 48.3 | - | - | - | - |
| -25 | 60 | 1234 | 0.0 | 0.0 | - | - | - | - |
| -24 | 59 | 1216 | 0.0 | 0.0 | - | - | - | - |

PowerSpec v6.1.0.46                                    Page 13 of 15

Miller 0008647

Record 3

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| -23 | 58 | 1196 | 0.0 | 0.0 | - | - | - | - |
| -22 | 57 | 1177 | 0.0 | 0.0 | - | - | - | - |
| -21 | 57 | 1178 | 26.9 | 51.5 | - | - | - | - |
| -20 | 57 | 1184 | 37.8 | 46.3 | - | - | - | - |
| -19 | 57 | 1188 | 29.5 | 45.0 | - | - | - | - |
| -18 | 58 | 1192 | 15.0 | 27.0 | - | - | - | - |
| -17 | 57 | 1171 | 0.0 | 0.0 | - | - | - | - |
| -16 | 56 | 1158 | 0.0 | 0.0 | - | - | - | - |
| -15 | 55 | 1136 | 0.0 | 8.3 | - | - | - | - |
| -14 | 55 | 1125 | 0.0 | 0.0 | - | - | - | - |
| -13 | 54 | 1108 | 0.0 | 0.0 | - | - | - | - |
| -12 | 53 | 1084 | 0.0 | 0.0 | On | - | - | - |
| -11 | 52 | 1065 | 0.0 | 0.0 | - | - | - | - |
| -10 | 51 | 1037 | 0.0 | 0.0 | On | - | - | - |
| -9 | 49 | 939 | 0.0 | 0.0 | On | - | - | - |
| -8 | 46 | 1214 | 0.0 | 0.0 | On | - | - | - |
| -7 | 44 | 1145 | 0.0 | 0.0 | On | - | - | - |
| -6 | 43 | 1131 | 0.0 | 0.0 | - | - | - | - |
| -5 | 42 | 1111 | 0.0 | 0.0 | - | - | - | - |
| -4 | 41 | 1095 | 0.0 | 0.0 | On | - | - | - |
| -3 | 40 | 1037 | 0.0 | 0.0 | On | - | - | - |
| -2 | 38 | 990 | 0.0 | 0.0 | On | - | - | - |
| -1 | 35 | 855 | 40.1 | 0.0 | On | - | - | - |
| 0 | 30 | 891 | 0.0 | 0.0 | On | - | - | - |
| 1 | 20 | 596 | 8.8 | 0.0 | On | - | - | - |
| 2 | 14 | 599 | 0.1 | 0.0 | - | - | - | - |
| 3 | 14 | 602 | 0.3 | 0.0 | On | - | - | - |
| 4 | 10 | 604 | 0.0 | 0.0 | On | - | - | - |
| 5 | 6 | 603 | 0.0 | 0.0 | On | - | - | - |
| 6 | 3 | 597 | 0.7 | 0.0 | On | - | - | - |
| 7 | 0 | 600 | 0.0 | 0.0 | - | - | - | - |
| 8 | 0 | 603 | 0.0 | 0.0 | - | - | - | - |
| 9 | 0 | 601 | 0.0 | 0.0 | - | - | - | - |
| 10 | 0 | 596 | 0.2 | 0.0 | - | - | - | - |
| 11 | 0 | 603 | 0.0 | 0.0 | - | - | - | - |
| 12 | 0 | 598 | 0.1 | 0.0 | - | - | - | - |

Miller 0008648

Record 3

| Time (Seconds) | Vehicle Speed (mph) | Engine Speed (rpm) | Engine Load (%) | Throttle (%) | Brake Status | Clutch Status | Cruise Status | Lamp Status |
|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 601 | 0.1 | 25.0 | - | - | - | - |
| 14 | 0 | 614 | 0.0 | 34.3 | - | - | - | - |
| 15 | 0 | 606 | 0.0 | 29.0 | - | - | - | - |

*Cummins does not intend for the Electronic Control Module ("ECM") and/or the Electronic Control Unit ("ECU") to be used for purposes of accident reconstruction nor did Cummins design the ECM/ECU for purposes of accident reconstruction. The ECM /ECU does not retrieve sudden deceleration event information with requisite specificity for accident reconstruction. As such, the PowerSpec software is not intended to retrieve data from the ECM/ECU for purposes of accident reconstruction. Furthermore, only authorized personnel should use the PowerSpec software to retrieve data from the ECM/ECU. Cummins does not guarantee the accuracy of ECM/ECU data retrieved and interpreted by unauthorized third parties. Nor will Cummins interpret ECM/ECU data that is retrieved by third parties.

Miller 0008649

# Engine Dataplate Report

| | | | |
|---|---|---|---|
| Engine Type | ISX 02 | Ecm Code | AB10404.23 |
| Engine Serial Number | 79075115 | Software Phase | 6.6.0.1 |
| Unit Number | 597 | Extraction Date | 12-29-2016 12:19:13 |

## ECM Information

| | |
|---|---|
| Module Name | CM870 |
| Ecm Code | AB10404.23 |
| Software Phase | 6.6.0.1 |
| ECM Serial Number | 26031717 |
| ECM Part Number | 3684009 |

## Engine Information

| | |
|---|---|
| Engine Model | ISX 02 |
| Engine Build Date | N/A |
| Engine Serial Number | 79075115 |
| Do Option | 1325 |
| SC Option | 11143 |

## Vehicle Information

| | |
|---|---|
| Vehicle Identification Number (VIN) | 5n393337 |
| Vehicle or Equipment Year | |
| OEM Vehicle Equipment Model | |
| Customer Name | caldwellfreight |
| Customer Location | |
| Vehicle Unit Number | 597 |

Miller 0008650

# EXHIBIT 12

1    CASE NO. 3:17-cv-00408

2

3              IN THE UNITED STATES DISTRICT COURT

4                FOR THE DISTRICT OF NEVADA

5

6    ALLEN M. MILLER,

7          PLAINTIFF,

8      v.

9    C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS
     TRANS, INC., and KUWAR SINGH D/B/A RT SERVICE,
10

11          DEFENDANTS.

12    _____/

13

14              TRANSCRIPT OF PROCEEDINGS

15        DEPOSITION OF SERGEANT BENJAMIN JENKINS

16              March 15, 2018

17              790 Commercial Street

18              Elko, Nevada

19

20

21

22

23

24

25    Reported by:    Tonja Gill Lemich, CSR
                      CSR No. 380

1   inside the truck."

2           Is that verbally -- if you have a recollection,

3   is that what Mr. Singh had mentioned, something about

4   hitting black ice?

5   A       I believe that's what he told Trooper Fronczek.

6   I never talked to him at the time because

7   Trooper Fronczek received his written statement on

8   scene before he went off in the ambulance.

9   Q       Was there any investigation done in terms of

10  the roadway conditions on eastbound 80 in the number 1

11  or number 2 travel lane?

12  A       As far as?

13  Q       As far as whether there was ice accumulation in

14  the area where the -- you could tell he went off the

15  freeway?

16  A       Yeah.  If you look at the initial report, it

17  states under Form 5 the road conditions at the time of

18  the accident.  Plus you can look at all of the

19  photographs that were taken that shows documentation of

20  what the roadway was.

21  Q       Had you been provided any information that

22  either through other troopers or through the general

23  public, or public safety, that black ice had been

24  reported on 80 in and around that area that evening?

25  A       No.  It's just what we were saying, basically

1    everywhere from Wells to Battle Mountain, the road was

2    slick and snow covered and slushy and icy.

3        Q    Who makes the determination to close

4    Interstate 80?

5        A    The Department of Transportation and the

6    governor.  We can shut it down temporarily when there's

7    incidents or accidents.  But if we have it shut down

8    for more than basically from 20 to 30 minutes, we get

9    calls from the governor.  But the road belongs to DOT.

10   They have the authority to shut it down.  We have

11   partial authority to shut it down in the instance of

12   public safety.

13       Q    All right.  If we go back to that

14   Driver/Vehicle Examination Report and look at those

15   three violations that Mr. Singh had with regard to his

16   tractor, were you able to determine in your

17   investigation whether any of those three violations led

18   to the cause of him leaving eastbound Interstate 80?

19       A    I can't say for sure; depending on what his

20   braking was prior to.  I don't -- I didn't shoot the

21   scene, so I don't know what the measurements and

22   distance was from the outer edges of where the -- the

23   vehicle started to come off the road from that point.

24   But if there was no braking applied prior to that, then

25   I would say no, they did not contribute.

PAGE  65

1        Q       And can we look at the electronic data

2    information and determine the braking?

3        A       Possibly.  I don't know enough about that to be

4    able to testify to that.

5        Q       Okay.  And I guess if you did that, it would

6    still have to be worked backwards, because he went

7    across the freeway?

8        A       Correct.

9        Q       So as we sit here today, you can't say one way

10   or the other whether the violations, uhm, those three

11   violations, had any contribution to the -- the cause of

12   him leaving the freeway?

13       A       Correct.

14       Q       Can you tell on the electronic data recorder

15   what his speed was?

16       A       Sorry guys.  My gun is getting caught.

17       Q       Should we get a different chair?

18       A       I'm fine.  Now that I've adjusted, I'm fine.

19       Q       So if we go to that data recorder information,

20   we can tell his speed within seconds of the accident

21   happening?

22       A       Yes.  I believe so.

23       Q       And what do you see here?

24       A       And like I said, I can't testify how this works

25   because I've never done these vehicle data recorders.

```
 1        Q      Okay.  In the report, I think it mentions a

 2    specific witness in here, Mr. Duncan.  And that is my

 3    Bates stamped 52 I'm looking at.  But we're operating

 4    off all different numbers here.

 5        A      It's my first witness statement.

 6        Q      Whose initials are on the bottom of that?

 7        A      Trooper Fronczek.

 8        Q      Is that to say you never had any conversation

 9    with Mr. Duncan?

10        A      That's correct.

11        Q      Did you use Mr. Duncan's statement in your

12    final analysis of any violations for Mr. Miller?

13        A      It was taken into consideration, yes.

14        Q      What else was taken into consideration for your

15    analysis with Mr. Miller in terms of the same

16    violation, that he was driving too fast for conditions?

17        A      The same information that I took in to account

18    for Mr. Singh; based on the road conditions.  The fact

19    that even though Mr. Miller was the first one there, we

20    can't say what the timing was, whether he was right

21    behind him, a couple minutes behind, we don't know what

22    that timing is.  Mr. Singh said he was already flipped

23    over and sitting there when he got hit.

24               So that goes to say with the snow and

25    everything else that it probably didn't happen within a
```

1    few seconds, there probably was a time frame that he

2    was already on the road prior to that collision

3    occurring.  But it all goes in to play with just the

4    road conditions and the ability to see or not see an

5    obstruction and try to avoid a collision.

6       Q    As we sit here today, are you aware of how long

7    Mr. Singh's vehicle was on the roadway prior to the

8    impact by the Miller vehicle?

9       A    No.  We don't have any statements from anybody

10   that was there when the accident happened as to the

11   difference in time between the two.

12      Q    So your basic analysis is that you used the

13   fact of Mr. Singh's statement, that he was there long

14   enough to become stationary and sit there for a certain

15   period of time before impact, thus Mr. Miller would

16   have had at least some opportunity to avoid the

17   accident?  That's why your analysis, too fast for

18   conditions?

19      A    My analysis for too fast for conditions for

20   Mr. Miller was basically the same as Mr. Singh.  Had he

21   been traveling at a speed that, number one, was within

22   his ability, and number two, the ability to slow and

23   stop to avoid any type of a collision, uhm, that's

24   everything that went in to play as far as that

25   determination.  Not necessarily the time frame of how

```
 1        A    Correct.

 2        Q    And we have the Cause Analysis.   "Environmental

 3   Factors:   The roadway was completely covered in

 4   ice/snow.   Speed too fast for the road conditions was a

 5   factor for both drivers."   Correct?

 6        A    Correct.

 7        Q    Would you put environmental factors as the

 8   primary cause of this accident?

 9        A    I would say they're a contributing factor.

10   However, the snow and ice in and amongst itself did not

11   cause everybody to crash that day.

12        Q    A better question, the two factors,

13   environmental and too fast for the conditions are the

14   primary cause of this accident?

15        A    That's correct.

16        Q    Okay.   Mechanical Factors.   Vehicle #1 and

17   Trailer #1, a 2004 Volvo tractor, 2004 Great Dane box

18   trailer, no evidence suggested a mechanical failure on

19   the part of the vehicle #1, I presume, or trailer

20   number 1, correct?

21        A    Correct.

22        Q    And again, when you made this cause analysis,

23   when you drafted this and signed off on this, you had

24   all of the documentation in your -- available to you

25   that --
```

1    A    CVSI Mawson.

2    Q    -- that CVSI Mawson had already done, correct?

3    A    Yes.  And like I stated earlier, even though

4    the brakes had been out of adjustment, I could not say

5    one way or another with the icy, snowy roads whether it

6    did or did not -- was a factor in the ability to slow

7    down or not.

8    Q    Number 2, which is Mr. Miller's vehicle, no

9    evidence suggested a mechanical failure on part of the

10   vehicle #2, correct?

11   A    Correct.

12   Q    Again, both of those mechanical line items go

13   to the item above, which is the environmental factors,

14   which put the primary cause of the accident as icy,

15   snowy road conditions and too fast for the

16   conditions --

17   A    Correct.

18   Q    -- the environmental and the driver factors?

19        And finally on page 31, under the Violations of

20   Law, Mr. Zaniel had already gone over this with you,

21   but both D-1 and D-2 are considered to have violated

22   Nevada Revised Statutes, correct?

23   A    Correct.

24   Q    And it just states at the bottom on page 32

25   under Recommendations you completed the report and you

1  CERTIFICATE OF NOTARY PUBLIC

2  STATE OF NEVADA          )
                            ) SS.
3  ELKO COUNTY              )

4         I, TONJA GILL LEMICH, Notary Public in and for

5  said County and State, duly qualified, commissioned and

6  acting, hereby certify as follows:

7         That on the 15th day of March, 2018, beginning

8  at the hour of 10:00 a.m., the Deposition of

9  BENJAMIN JENKINS was taken before me at the Law Offices

10  of Kidwell & Gallagher, 790 Commercial Street, Elko,

11  Nevada, the said Witness having been first duly sworn

12  by me to testify to the truth, the whole truth, and

13  nothing but the truth in the testimony said Witness was

14  to give in said matter;

15         Whereupon, said Witness was examined upon oral

16  interrogatories propounded by Counsel and said Witness

17  made answers thereto under oath, and all of said

18  questions and all of said answers thereto were taken

19  down by me in Stenotype Shorthand notes and thereafter

20  transcribed with computer aided transcription as

21  hereinbefore contained;

22         That to the best of my knowledge and belief, the

23  foregoing pages 1 through 152, inclusive, comprise a

24  true and correct transcript of my stenotype notes so

25  taken;

1          That I am neither Counsel nor related to or

2     employed by any of the parties to the action in which

3     this Deposition is taken, and that I am neither a

4     relative nor an employee of any Counsel employed by the

5     parties, nor in any wise interested in the outcome

6     thereof;

7          That after the taking of said Deposition, the

8     Witness waived signature.

9          In witness whereof, I have hereunto subscribed

10    my name and affixed my official seal of office at Elko,

11    Nevada, this 3rd day of April, 2018.

12

13    _____
      Tonja Gill Lemich
14    CSR No. 380

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 13

1

<pre>
 1                 UNITED STATES DISTRICT COURT

 2                     DISTRICT OF NEVADA

 3    ALLEN M. MILLER,              )
                                    )
 4                                  )
                  Plaintiff,        )
 5                                  )
             vs.                    )        Case No.
 6                                  )        3:17-cv-00408
      C.H. ROBINSON WORLDWIDE,      )
 7    INC., RONEL R. SIGH,          )
      RHEAS TRANS INC., AND         )
 8    KUWAR SINGH D/B/A RT          )
      SERVICE                       )
 9                                  )
                                    )
10                Defendants.       )

11

12                         -  -  -

13

14        VIDEO RECORDED DEPOSITION OF RONEL R. SINGH

15

16        DATE:       December 17, 2017, at 9:04 a.m.

17        PLACE:      Huseby, Inc.
                      555 Capital Mall
18                    Suite 550
                      Sacramento, California 95814
19
          REPORTER:   LaCreisha Vaughn
20                    CSR 13945

21

22                         -  -  -

23

24
</pre>

1    Q.    So 650 is right kind of pushing it on whether you

2    can do it in one trip, right?  Does it depend on the

3    traffic or --

4    A.    No, between 600 to 650 from Sacramento to Salt Lake.

5    Because Nevada is 410, and here to Reno it's about 120, and

6    then from Wendover to Salt Lake City, it's about 100.  I'd

7    say about 600 miles.

8    Q.    Can you usually do that within your safe hours?

9    A.    That's 11 hours, yes.

10   Q.    Is there ever a time where you've had a Salt Lake

11   run where because of traffic, weather other unforeseen

12   circumstances that you can't do it within the 11 hours?

13   A.    Yeah.

14   Q.    When that's happened, do you have a place that you

15   stay or do you have a sleeper?

16   A.    Sleeper, truck stop.

17   Q.    Okay.  Had you ever taken -- had you ever picked up

18   loads at Pride Industries before?

19   A.    Yeah.

20   Q.    Do you know if it was Ramen or something else?

21   A.    I am sorry, you said I picked up from other brokers

22   or --

23   Q.    Have you ever picked up a load from Pride Industries

24   south in Sacramento before?

135

1    A.    Yeah.  I look at the brakes everything was good, no

2    air leak nothing.

3    Q.    When you -- then you go home and then you come back,

4    do you remember how early you would have picked up the

5    truck?  I'm just wondering how you had time to go back home

6    unless you picked it up like early in the morning?

7    A.    Yeah, I think I picked it up early in morning some

8    where there.  Yeah, I dropped the kids to school and then

9    went to pick them up, something like that.

10    Q.    So if the payment time is 3:30, you can pick it up

11    at 10:00 A.M. and it's still --

12    A.    You can call and if the load is ready, you can pick

13    it up whatever.

14    Q.    And you believe that's what you did?

15    A.    Yeah, that's what I did.

16    Q.    And then you went back, let's say around 3:00 to

17    take the truck on the road, did you do the pre-trip again

18    or did the first pre-trip kind of cover that?

19    A.    No, I did it again.

20    Q.    You did a whole 'nother pre-trip?

21    A.    Another pre-trip.

22    Q.    And once again the brakes are within limits?

23    A.    Yes.

24    Q.    Including the drive axle?

136

1    A.    Yes.

2    Q.    As you were driving between Sacramento and where the

3    crash occurred, did you notice any mechanical difficulties

4    with your brakes or any other problems with the truck?

5    A.    No.

6    Q.    When you went to the -- you said the Pilot; is that

7    right?

8    A.    Pilot or Loves truck stop in Friendly, Nevada.

9    Q.    Okay.  Does -- Friendly have a Loves and Pilot?

10   A.    Yeah.

11   Q.    You went to one or the other, you're just not sure?

12   A.    One of those, yeah.

13   Q.    When you went to the truck stop, other than fuel up

14   and possibly use the restroom, did you do anything else,

15   for example get a meal or anything else?

16   A.    Yeah, I parked the truck and took my 30 minutes

17   break.

18   Q.    Do you remember what you did during your 30 minute

19   break?

20   A.    I ate something.

21   Q.    Any memory of where you ate?

22   A.    I'm not sure.

23   Q.    You don't remember?

24   A.    No.

162

```
 1      A.      Right trailer going to the right.

 2      Q.      You look in the right, and this is when you see the

 3      trailer?

 4      A.      Trailer going to the right.

 5      Q.      When you look in the left, you've already taken your

 6      foot off --

 7      A.      Yes.  Off the accelerator, yeah.

 8      Q.      You still have your hands at 9:00 and 3:00?

 9      A.      Yes.

10      Q.      You have not touched the brake?

11      A.      Nothing.

12      Q.      Does your -- I guess we talked about this, your

13      trailer and truck has ABS; correct?

14      A.      Yes.

15      Q.      When you look to the right, you see the trailer?

16      A.      Mm-hmm.

17      Q.      When you first see the trailer, do you feel

18      anything?

19      A.      Vibration that was it.

20      Q.      Vibrations that are different than you usually feel?

21      A.      Yeah.  You know how you go off the road, it vibrates

22      right when you pass the light -- I mean the line.

23      Q.      Yeah, the rumble strips on the side?

24      A.      Yeah, so I start feeling that on the trailer.
```

1                    REPORTER'S CERTIFICATE

2

3

4      I, LaCreisha Vaughn, CSR No. 13945, a Certified Shorthand

5  Reporter in and for the State of California, do hereby

6  certify:

7      That prior to being examined, the witness named in the

8  foregoing deposition solemnly stated that the testimony

9  given in this deposition would be the truth, the whole

10 truth, and nothing but the truth;

11     That said deposition was taken before me at the time and

12 place set forth and was taken down by me in shorthand and

13 thereafter reduced to computerized transcription under my

14 direction and supervision, and I hereby certify the

15 foregoing deposition is a full, true, and correct

16 transcript of my shorthand notes so taken;

17     I further certify that I am neither counsel for, nor

18 related to, any party to said action, nor in any way

19 interested in the outcome thereof.

20

21              Dated this 17th day of February, 2018,

22              At Sacramento, California.

23

24              _____
                LaCreisha Vaughn, CSR No. 13945

# EXHIBIT 14

1

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEVADA

 3   ALLEN M. MILLER,           )
                                )
 4          Plaintiff,          )
                                )
 5      vs.                     )   3:17-CV-00408
                                )
 6   C.H. ROBINSON WORLDWIDE,   )
     INC., RONEL R. SINGH,      )
 7   RHEAS TRANS, INC., and     )
     KUWAR SINGH, d/b/a RT      )
 8   SERVICE,                   )
                                )
 9          Defendants.         )

10                    - - -

11          VIDEO DEPOSITION OF ANDREW SIEVERS

12

13      DATE:          July 19, 2018 at 9:05 a.m.

14      PLACE:         Regus Business Center
                       O'Hare Airport
15                     8770 West Bryn Mawr
                       Chicago, Illinois 60631
16
                       
17      REPORTER:      Josephine Lehman, CSR
                       License No.: 084-002951

18
                          - - -
19

20

21

22

23

24

25
```

1   don't -- you know, I'm just kind of extremely

2   cautious in saying that.  I -- I don't really

3   know what one has got to do with the other.

4       Q.   It's somewhat academic because

5   Mr. Singh testified because he didn't hit the

6   brakes.  I don't have any evidence he did.

7       A.   Yeah.

8       Q.   Well, actually, I'm not sure about

9   that.  Let me ask you that.

10          Did you -- do you have any opinion one

11  way or another about whether the ECM that was

12  downloaded by law enforcement for the tractor

13  trailer Mr. Singh was driving, do you have any

14  opinion one way or another if the last stop

15  printout related to this crash, or not?

16      A.   I don't remember seeing it, and to

17  answer your question, I don't know.

18      Q.   All right.  Then I think the last part

19  of -- is kind of driving questions.  There's

20  another part of 392, which I know you're

21  familiar with, 49CFR392.22, little b, talks

22  about commercial motor vehicle drivers placing

23  warning devices such as reflective triangles on

24  the road as soon as possible in appropriate

25

1   STATE OF ILLINOIS    )

2                        )   SS:

3   COUNTY OF C O O K    )

4      I, Josephine Lehman, a Certified Shorthand

5   Reporter, in the State of Illinois, do hereby

6   certify that heretofore, to-wit, on July 19,

7   2018, ANDREW SIEVERS, personally appeared before

8   me, at 8770 West Bryn Mawr, Chicago, in the

9   County of Cook and State of Illinois, a witness

10  in a certain cause now pending and undetermined

11  in the United States District Court of Nevada,

12  wherein ALLEN M. MILLER is the plaintiff and

13  C.H. ROBINSON WORLDWIDE, INC., et al., are the

14  defendants.

15     I further certify that the said witness was

16  first duly sworn to testify the truth, the whole

17  truth and nothing but the truth in the cause

18  afore-said; that the testimony then given by

19  said witness was reported stenographically by

20  me, in the presence of the said witness, and

21  afterwards reduced to typewriting by

22  Computer-Aided Transcription, and the foregoing

23  is a true and correct transcript of the

24  testimony so given by said witness as aforesaid.

1    I further certify that the signature of the

2    witness to the deposition was not waived.

3    I further certify that the taking of this

4    deposition was in pursuance of notice; and that

5    there were present at the taking of this

6    deposition the attorneys as hereinbefore noted.

7    I further certify that I am not counsel for

8    nor in any way related to the parties to this

9    suit, nor am I in any way interested in the

10   outcome thereof.

11   In testimony whereof I have hereunto set my

12   hand and affixed my notarial seal this 1st

13   day of August 2018.

14

15

16   _Josephine Behman_

17   CERTIFIED SHORTHAND REPORTER

18   CSR CERTIFICATE No. 084-002951

19

20

21

22

23

24