# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the attached **DECLARATION OF MICHAEL A. BURKE, ESQ. IN SUPPORT OF C.H. ROBINSON WORLDWEIDE, INC.'S MOTION FOR SUMMARY JUDMENT** on all parties to this action by the method(s) indicated below:

\_\_\_\_  by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

> Michael Jay Leizerman, Esq.
> Rena Mara Leizerman
> THE LAW FIRM FOR TRUCK SAFETY, LLP
> 3450 W. Central Avenue, Suite 328
> Toledo, OH  43606
>
> Matthew L. Sharp, Esq.
> 432 Ridge Street
> Reno, NV 89501

\_\_\_\_  by personal delivery/hand delivery addressed to:

\_\_\_\_  by email addressed to:

> Michael Jay Leizerman, Esq.
> michael@truckaccidents.com
>
> Kim Koechley
> kim@truckaccidents.com
>
> Rena Mara Leizerman, Esq.
> rena@truckaccidents.com
>
> Matthew L. Sharp, Esq.
> matt@mattsharplaw.com

  x    by using the Court's CM/ECF Electronic Notification System.

DATED this 25th day of June, 2021.

 /s/ Monica R. Wilmoth
Employee of Robison, Sharp, Sullivan & Brust

Robison, , Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151