Michael Jay Leizerman *(Pro Hac Vice)*
Rena Mara Leizerman *(Pro Hac Vice)*
The Law Firm for Truck Safety, LLP
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
Email: michael@truckaccidents.com
          rena@truckaccidents.com

Matthew L. Sharp
Nevada State Bar 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN M. MILLER,<br><br>Plaintiff,<br><br>v.<br><br>C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS TRANS, INC., And KUWAR SINGH dba RT SERVICE,<br><br>Defendants. | Case No.: 3:17-cv-00408-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY TO DEFENDANT C.H. ROBINSON WORLDWIDE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1 and 7-1, the parties, by and through their respective counsel, stipulate and request that the Court extend the deadline for Plaintiff Allen M. Miller to file his response to *Defendant C.H. Robinson Worldwide, Inc.'s Motion for Summary Judgment* (ECF No. 124) (the "Motion") and for Defendant C.H. Robinson Worldwide, Inc. to file its reply in support of the Motion.

Defendant filed the Motion on June 25, 2021. The present deadlines are July 16, 2021 for Plaintiff's response and July 30, 2021 for Defendant's reply. The parties stipulate to extend the

deadline for Plaintiff to file his response to July 30, 2021, and for Defendant CHR to file its reply to August 27, 2021.

This is the first stipulation for extension of time to file a response and reply for the Motion. Counsel for the parties have several work and family matters requiring extensive travel from July 1, 2021 to July 15, 2021. The extension will provide sufficient time for counsel to prepare an appropriate response and reply.

DATED: June 29, 2021

/s/ Rena Mara Leizerman
Rena Mara Leizerman *(Pro Hac Vice)*
Michael Jay Leizerman *(Pro Hac Vice)*
The Law Firm for Truck Safety, LLP
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
michael@truckaccidents.com
rena@truckaccidents.com

Matthew L. Sharp
Nevada State Bar 4746
Matthew L. Sharp, Ltd.
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

/s/ Michael A. Burke
Michael A. Burke (SBN 11527)
Michael E. Sullivan (SBN 5142)
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
Phone: (775) 329-3151
Facsimile: (775) 329-7941
mburke@rssblaw.com
msullivan@rssblaw.com

*Attorneys for Defendant C.H. Robinson Worldwide, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: __June 29, 2021_____

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5 and LRIC 4-1, I certify that on June 29, 2021, I electronically filed the Stipulation by using the Court's electronic filing system.

/s/ Rena Mara Leizerman
Rena Mara Leizerman
Attorney at Law
