Michael Jay Leizerman *(Pro Hac Vice)*
Rena Mara Leizerman *(Pro Hac Vice)*
The Law Firm For Truck Safety, LLP
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
Email: michael@truckaccidents.com
      rena@truckaccidents.com

Matthew L. Sharp
Nevada State Bar 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN M. MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS TRANS, INC., And KUWAR SINGH dba RT SERVICE,<br><br>    Defendants. | Case No.: 3:17-cv-00408-MMD-WCG<br><br>**DECLARATION OF RENA M. LEIZERMAN, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE TO C.H. ROBINSON WORLDWIDE, INC.'S MOTION FOR SUMMARY JUDGMENT** |

    I, RENA LEIZERMAN, ESQ., being duly sworn under penalty of perjury, state:

1. I am over the age of 18 and make the statements in this Declaration based on my personal knowledge.

2. I am an attorney of record representing Plaintiff Allen M. Miller in this matter.

3. I have attached **EXHIBITS A-T** in support of Plaintiff Allen Miller's Response to C.H. Robinson Worldwide, Inc. (CHR)'s Motion for Summary Judgment (ECF No. 124):

A. **Exhibit A** is a true and correct copy of excerpts from Bruce Johnsons' Rule 30(b)(6) deposition in *Gilley v. CHR,* No. 1:18-CV-00536 (S.D. W. Va. Feb. 12, 2020) and this matter.

B. **Exhibit B** is a true and correct copy of CHR's response to Interrogatory No. 4.

C. **Exhibit C** is a true and correct copy of excerpts from Rheas Trans's registration application, deposition exhibit 2.

D. **Exhibit D** is a true and correct copy of Dr. Thomas Corsi's affidavit, reports, credentials, and case list.

E. **Exhibit E** is a true and correct copy of excerpts from Ronel Singh's Chapter 7 petition.

F. **Exhibit F** is a true and correct copy of excerpts from RT Service's registration application, deposition exhibit 3.

G. **Exhibit G** is a true and correct copy of excerpts from Ronel Singh's deposition.

H. **Exhibit H** is a true and correct copy of the Contract Addendum and Load Confirmation produced at Bates stamp ROBINSON 0056-0059.

I. **Exhibit I** is a true and correct copy of RT Service's Carrier Sign-Up produced at Bates stamp ROBINSON 0110.

J. **Exhibit J** is a true and correct of screenshots from CHR's database. (**UNDER SEAL**[1])

K. **Exhibit K** is a true and correct copy of CHR and RT Service's master broker-carrier contract produced at Bates stamp ROBINSON 0112-0122.

L. **Exhibit L** is a true and correct copy of Steven Belyus's affidavit, report, credentials, and case list.

M. **Exhibit M** is a true and correct copy of Noble West Insurance Agency's marketing worksheet, deposition exhibit 707, produced by Noble West pursuant to subpoena.

N. **Exhibit N** is a true and correct copy of excerpts from Nevada Highway Patrol's MIRT Report produced at Bates stamp Miller 0008561 and 0008581.

O. **Exhibit O** is a true and correct copy of CHR and Costco Wholesale's contract produced at Bates stamp ROBINSON 0176-0181.

---

[1] Contemporaneous with this filing, Plaintiff will file a motion for leave to file Exhibit J under seal.

P.  **Exhibit P** is a true and correct copy of excerpts from Sergeant Benjamin Jenkins's deposition.

Q.  **Exhibit Q** is a true and correct copy of excerpts from Steven Belyus's deposition.

R.  **Exhibit R** is a true and correct copy of excerpts from Lane VanIngen's deposition.

S.  **Exhibit S** is a true and correct copy of the Release and Covenant Not to Execute with the Settling Defendants.

T.  **Exhibit T** is a true and correct copy of excerpts from the *Volkova v. CHR* hearing transcript.

Dated: July 29, 2021

/s/ Rena Mara Leizerman
Rena M. Leizerman, Esq.

## CERTIFICATE OF SERVICE

Under FRCP 5(b), I certify that on July 29, 2021, I directed the electronic filing of the foregoing with the Clerk of the Court with the electronic filing system which served the following individuals electronically:

Michael E. Sullivan
Michael A. Burke
Robison, Simons, Sharp & Brust
71 Washington Street
Reno, NV 89503
msullivan@rssblaw.com
mburke@rssblaw.com
*Attorneys for Defendant C.H. Robinson Worldwide, Inc.*

　　　　　　　　　　　　　　　　/s/ Rena Mara Leizerman
　　　　　　　　　　　　　　　　Rena Mara Leizerman