# EXHIBIT F

# FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
## FORM OP-1
### APPLICATION FOR MOTOR CARRIER AND BROKER AUTHORITY

Approved by OMB
2126-0016
Expires 00/00/00

This application is for all individuals and businesses requesting authority to operate as motor property common or contract carriers of property brokers.

**FOR FMCSA USE ONLY**

Docket No. MC-852094
Filed _____
Fee No. _____
CC Approval No. _____

## SECTION I
**Applicant Information**

Do you now have authority from or an application being processed by the former CC, FHWA, OMCS or FMCSA?

[X] NO   [ ] YES   If yes, identify the lead docket numbers(s) _____

**LEGAL BUSINESS NAME**
KUWAR SINGH

**DOING BUSINESS AS NAME**
RT SERVICE

**BUSINESS ADDRESS**

7527 FRANKLIN BLVD APT 1
Street Name and Number

| SACRAMENTO | CALIFORNIA | 95823 | 9164277911 |
|---|---|---|---|
| City | State | Zip Code | Telephone Number |

**MAILING ADDRESS** (If different from above)

_____
Street Name and Number

| | | |
|---|---|---|
| City | State | Zip Code |

**REPRESENTATIVE** (Person who can respond to inquiries)

KUWAR SINGH - SELF
(Name and title, position, or relationship to applicant)

7527 FRANKLIN BLVD APT 1
Street Name and Number

| SACRAMENTO | CALIFORNIA | 95823 |
|---|---|---|
| City | State | Zip Code |

Telephone Number   (916) 427-7911        Fax Number

USDOT Number   (If available; if not, see instructions.)   2465473

**FORM OF BUSINESS** (Check only one.)

[ ] Corporation         State of Incorporation
[X] Sole Proprietorship    Name of individual   KUWAR SINGH
[ ] Partnership         Identify Partners

Exhibit 3
R. SINGH
12/17/17
Reporter: L. Vaughn

**APPLICATION FOR MOTOR PROPERTY CARRIER AND BROKER AUTHORITY - OP-1 (cont.)**

| | |
|---|---|
| **SECTION VII**<br><br>**Applicants for Contract Carriage of Household Goods** | **SCOPE OF OPERATING AUTHORITY.** Complete one or both box(es) below, as applicable.<br><br>☐ Contracting shippers have one or more of the distinct needs delineated in Interstate Van Lines, Inc., Extension - Household Goods, 5 I.C.C.2d 168 (1988).<br>Describe briefly the distinct need(s):<br><br><br><br>☐ Contracts provide for assignment of one or more vehicles for the exclusive use of each shipper in the manner specified in Interstate Van Lines, Inc., Extension - Household Goods, 5 I.C.C.2d 168 (1988). |
| **SECTION VIII**<br><br>**Applicant's Oath** | This oath applies to all supplemental filings to this application. <u>The signature must be that of applicant, not legal representative.</u><br><br>I, KUWAR SINGH - OWNER , verify under penalty of<br>Name and title<br><br>perjury, under the laws of the United States of America, that all information supplied on this form or relating to this application is true and correct. Further, I certify that I am qualified and authorized to file this application. I know that willful misstatements or omissions of material facts constitute Federal criminal violations punishable under 18 U.S.C. 1001 by imprisonment up to 5 years and fines up to $10,000 for each offense. Additionally, these misstatements are punishable as perjury under 18 U.S.C. 1621, which provides for fines up to $2,000 or imprisonment up to 5 years for each offense.<br><br>I further certify under penalty of perjury, under the laws of the United States, that I have not been convicted, after September 1, 1989, of any Federal or State offense involving the distribution or possession of a controlled substance, or that if I have been so convicted, I am not ineligible to receive Federal benefits, either by court order or operation of law, pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988 (21 U.S.C. 862)<br><br>Finally, I certify that applicant is <u>not</u> domiciled in <u>Mexico</u> or owned or controlled by persons of that country. (Note: This portion of Applicant's oath does not pertain to applicants that are U.S.-based enterprises owned or controlled by persons of Mexico seeking to provide truck services for the transportation of international cargo.)<br><br>Signature  KUWAR SINGH                                                                                      Date  01/08/2014 |