# EXHIBIT H

# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #218316538

**ATTENTION: General Contact at Kuwar Singh - T5235076**
**DBA: RT Service**
**Phone: (916) 370-3037 and Fax: (916) 427-7911**

**Carrier is required to check in with and obtain load requirements from C.H. Robinson, prior to arriving at Shipper, by calling (888) 278-9441 and asking for Load #218316538**

### C.H. Robinson Communication

This load was booked with Josh Erickson, (801) 768-2232 , ERICJOS@chrobinson.com.
Thank you for your business.
Please contact me for any additional need or questions.
Josh Erickson, CarrierRep, Salt Lake City Capacity - 3082 W Maple Loop Dr Ste 201, LEHI, Utah, (801) 768-2232 , ERICJOS@chrobinson.com.

### Customer-Specified Equipment Requirements

| | |
|---|---|
| Equipment: | Van - Min L=53 |
| Temp Control: | N |

Carrier or its agent certifies and verifies that any equipment furnished will be in compliance with the in-use requirements of California's Tractor-Trailer Green House Gas regulations found in California Code of Regulations Sub article 1, Section 95300 to 95312 and California's Regulation to Reduce Emissions of Diesel Particulate Matter, Oxides of Nitrogen and Other Criteria Pollutants, from In-Use Heavy-Duty Diesel-Fueled Vehicles in Section 2025 and comply with the record keeping requirements of section 2025(s)(4).

### Customer Requirements

Need check calls daily by 10 a.m. CST. Pick up and Delivery appointments must only be scheduled by CPDS. Carriers must adhere to the pick up and delivery parameters stated and immediately report any variance to CHR. Failure to comply may result in a $250 fine per occurance. Detention at Costco is based on the computer printed "in time" and "out time" listed on the Costco Depot signature label.

**SHIPPER#1:** Pride Industries South
Address: 3900 Floren Perkins Rd.
Suite 3
Sacramento, CA 95826
Phone: (916) 383-5560

Pick Up Date: 12/8/16
*Scheduled to Pick*
Pick Up Time: 13:30 Appt.
Pickup#: 005841125570
Appointment#:

Please ask for and confirm receipt of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| ramon noodles | 14,062 | Pallet(s) | 30 | 30 | | 005841125570 |

*Shipper Instructions*
LOAD WEIGHT: 14062.000000 POUNDS - VOLUME: 1584.000000 CUBIC FEET

**RECEIVER #1:** Costco Depot #584
Address: 5995 West 300 South Street
SALT LAKE CITY, UT 84104
Phone: (801) 333-3560

Delivery Date: 12/9/16
*Scheduled Delivery*
Delivery Time: 06:30 Appt.
Delivery#: 005841125570
Appointment#: 1
Work Required: Count

Please confirm delivery of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| ramon noodles | 14,062 | Pallet(s) | 30 | 30 | | 005841125570 |

*Receiver Instructions*
C.H. Robinson's Customer has indicated that Carrier may be required to handle and/or count the shipment at this stop.
LOAD WEIGHT: 14062.000000 POUNDS - VOLUME: 1584.000000 CUBIC FEET



ROBINSON_0057

# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #218316538

| Rate Details | | | |
|---|---|---|---|
| **Service for Load #218316538** | **Amount** | **Rate** | **Extended** |
| Line Haul - FLAT RATE | 1 | $1,373.00 | $1,373.00 |
| **Total:** | | | **$1,373.00** |

**SUBMIT FREIGHT BILL TO:**
CHRW Quick Pay Billing
P.O. Box 3474
Chicago, IL 60654
LoadDocs@CHRobinson.com

**To insure prompt payment, all billing must be accompanied by an invoice with the Carrier Name and C.H. Robinson Load Number**

| Fuel Surcharge Information |
|---|
| Please note that C.H. Robinson has included a $136.08 fuel surcharge within the listed transportation rate on this confirmation. The fuel surcharge is an estimate based off of a weekly national average fuel price from the U.S. Department of Energy. |

| QUICK PAY and CASH ADVANCE |
|---|
| QUICK PAY - If you are a Carrier who utilizes C.H. Robinson's Quick Pay Program, you may email your invoice and required paperwork to LoadDocs@chrobinson.com or visit NavisphereCarrier.com for other scanning options. Funds will be released from C.H. Robinson, minus the fixed discount, within two business days from receipt of complete and legible paperwork. Paperwork received by 12:00 noon (CST) will be counted as same day; paperwork received after 12:00 noon (CST) will count as the next business day. Carriers enrolled in Quick Pay are no longer required to submit original paperwork for payment in addition to using one of our billing methods unless otherwise instructed by C.H. Robinson. Carrier shall retain custody of the original paperwork and provide it to C.H. Robinson upon Request.<br><br>C.H. Robinson also recommends that Carrier only submit "receipt" for payment once, regardless of billing method to avoid additional fees. If you would like more information about becoming enrolled in Quick Pay, please contact the Quick Pay Department at (800) 326-9977. For a list of our billing options, please visit NavisphereCarrier.com.<br><br>CASH ADVANCE – Carriers may request a cash advance from C.H. Robinson to be issued at C.H. Robinson's sole discretion as a partial settlement to the agreed upon rate. All cash advances will be deducted from final settlement; including a transaction fee of the greater of 3% of the advance issued or $15 for each individual advance. |

| Directions |
|---|
| **Any directions given by C.H. Robinson or its Customers, whether orally and/or electronically, are for informational purposes only. It is the Carrier's sole responsibility to confirm that it may lawfully and safely operate its vehicle and its contents over any road, highway, bridge and/or route. Carrier shall be solely responsible for any fines, penalties, or citations that may be levied as a result of operating its vehicle equipment and its contents in any way that may be found to be in violation of any regulation, law or ordinance.** |
| **Receiver's Driving Directions** |
| RECEIVER 1 - Costco Depot #584: Going South on Highway 15 take the I80 exit west and take exit 113, turn left and go South on 5600 West for a quarter mile, they are on the right hand side, check in with the guard  costco uses this address for Store, a warehouse, and a container lot. Driver needs to know which one.  NO LIFTGATE TRUCKS OR STEPDECK  NO LIFTGATE TRUCKS OR STEPDECKS |



ROBINSON_0058

# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #218316538

**C.H. Robinson Contract Addendum and Carrier Load Confirmation Conditions**

THIS LOAD CONFIRMATION IS SUBJECT TO THE TERMS OF THE AGREEMENT FOR MOTOR CONTRACT CARRIER SERVICES ("AGREEMENT") PREVIOUSLY EXECUTED BETWEEN OUR COMPANIES AND THIS CONSTITUTES AN ADDENDUM TO THE TERMS OF THAT AGREEMENT. WE AGREE TO PAY THE RATES AND CHARGES SHOWN ABOVE AND NO DIFFERENT TARIFF RATE OR SCHEDULE OF RATES APPLY. THIS LOAD CONFIRMATION IS INCLUSIVE OF ALL CHARGES. UNLESS ORAL AND WRITTEN FAX OBJECTIONS ARE MADE TO ITS TERMS, AT THE EARLIER OF WITHIN TWENTY-FOURS (24) HOURS OF RECEIPT OR PRIOR TO WORK BEING INITIATED, YOU HAVE AGREED TO THESE TERMS.

**Additional Terms**

**1.**
Unless C.H. Robinson provides written notice herein that this term does not apply to this shipment, Carrier's motor vehicle equipment shall be dedicated to Broker's exclusive use while transporting freight tendered by Broker (C.H. Robinson Worldwide, Inc. and affiliates) pursuant to this Load Confirmation and Carrier's Agreement with C.H. Robinson. Carrier's violation of this exclusive use requirement shall result in Carrier's forfeiting its right to be paid for the transportation services contemplated by this Load Confirmation, not as penalty, but as liquidated damages.

**2.**
T-Chek requests made outside of the C.H. Robinson branch's regular business hours may not be authorized. If carrier requires T-Chek advance, carrier must make arrangements with the C.H. Robinson booking branch during their normal business hours and/or upon booking this shipment.

**3.**
This rate is contingent upon successful and on-time completion of all load terms as orally stipulated or written on this addendum and rate may be subject to reduction if carrier fails to complete any shipment terms and conditions. Rate may be reduced if load picks up or delivers after originally scheduled time and date. Carrier acknowledges that failure to complete any terms and conditions on this shipment may jeopardize or result in loss of future business opportunities with C.H. Robinson and/or cancelation of C.H. Robinson carrier contract.

**4.**
Accessorial charges (including but not limited to labor, detention, and/or layover charges) must be authorized and approved prior to or at time of occurrence. C.H. Robinson will not provide any reimbursement of any non, prior-approved accessorial charges. Carrier shall ensure the bill of lading is notated either when handling is required or when detention occurs, that a lumper receipt is provided when a lumper is hired, and/or that both are included as supporting documents with the Carrier's invoice. All overage, shortage, and damage must be reported to C.H. Robinson immediately, at time of occurrence, and noted on the bill of lading.

**5.**
C.H. Robinson's Customer requires that Carrier provide tracking updates, for this shipment, through C.H. Robinson, around the following events via EDI or via NavisphereCarrier.com (unless otherwise specified on this confirmation):
- Arrival at and departure from Shipper(s) within thirty (30) minutes of occurrence
- A minimum of one check call per day, prior to 10:00am, each day that Carrier is in possession of this shipment
- Arrival at and departure from Receiver(s) within thirty (30) minutes of occurrence

**6.**
For any problems or issues after regular business hours or over the weekends, please contact C.H. Robinson at (866) 352-8323.

**7.**
Pursuant to C.H. Robinson carrier contract, carrier will provide an amount of cargo insurance coverage sufficient to cover the loss or damage of any commodities and cargo carried. Carrier's cargo insurance policy must not exclude from coverage any commodities or cargo carried on this order. If carrier's cargo insurance policy contains a schedule of covered vehicles, carrier will not transport any cargo on this shipment using a vehicle that is not listed as a scheduled vehicle on carrier's cargo insurance policy.

**8**
Carrier has chosen to use MacroPoint mobile communication to provide C.H. Robinson with automatic shipment updates on this shipment.



ROBINSON_0059