# EXHIBIT I

# C.H. Robinson
# Carrier Sign-Up Form
## Carrier Services

Please complete the following 3 steps. (*indicates required)

# of pages being faxed: _____

### 1. Gather Required Documentation

- [ ] *Federal Operating Authority paperwork (MC# as either permit or certificate)
- [ ] *US DOT Letter, State, Provincial, or Safety Fitness certificates
- [ ] FAST certificate if applicable
- [ ] *Insurance for Auto Liability—minimum of $750,000
- [ ] *Cargo Liability—minimum of $25,000

  Certificates must
  - Have matching name and MC# from Operating Authority
  - Show current address
  - Show CHRW as a certificate holder at:
    14800 Charlson Rd., Suite 1000
    Eden Prairie, MN 55347
- [ ] Tax form (W9, W8BEN or W8ECI) listing your U.S.A. Tax ID#

### 2. Provide Contact Information

*Company Name: RT SERVICE
*Business Operating Name (according to MC Authority): RT SERVICE

*Mailing Address: 7527 FRANKLIN BLVD #1
City: SACRAMENTO  State: CA  Zip: 95823

*Physical Address: Same as above

*Point of Contact Name(s): Ron Singh, Seema Singh, Kuwar Singh

*Phone Number(s): 916 370 3057 / 916 751 8016
Fax Number: 9164277911

*Email Address(es): rtservice14@gmail.com

### 3. Fax Copies of Documentation and this Completed Form to 312-660-4026

Once all the above-listed documents are received, a contract will be sent to you. Please sign and return it. Upon acceptance of your contract, you will be eligible to begin working with C.H. Robinson. Thank you!

**Carrier Services Suite of Services**
Capacity Procurement | Qualification | Account Management
Cargo Risk Management | Technology Services | Customer Service

14800 Charlson Road Suite 1000 | Eden Prairie, MN 55347   P 800.926.9977
www.chrobinson.com   www.chrwtrucks.com
©2012 C.H. Robinson Worldwide, Inc. All rights Reserved

C.H. ROBINSON