# EXHIBIT M

– 1 –

# NOBLE WEST
Truck Insurance Specialists

# MARKETING WORKSHEET

Date: 12-9

(KH)

Agent: RK  RJ  PV  IZ  JR

Code/Name: RTSER-1    Renewal Effective Date: 1/10

| CO/MGA | DATE SENT | COVERAGES | PREMIUM |
|---|---|---|---|
| WIL | 12/10 | Package | Declined |
| Inl | 11/20 | Liab & Cargo only | $16,674.00 |
| GAM | | Phys | Decline |
| NTA | 12/18 | | $44,273 |
| Swett/Essex (Fresno) | 12/18 | Declined. suspected of being chameleon carrier | |
| SSI | | | |

NOTES: _____
_____
_____