# EXHIBIT N



**Nevada Highway Patrol**
Northern Command-Elko
*Multi-disciplinary Investigation &*
Reconstruction Team

NOT TO BE RECOPIED
OR RE-DISSEMINATED

CASE NUMBER
161200817

PRIMARY INVESTIGATING OFFICER
Trp. Benjamin Jenkins #343

Signature

Case Title: Injury Collision – IR80 @ Elko Mile Marker 36

Collision Date: December 8, 2016     Time: 2203 hours



Additional NHP Sergeants/ Troopers:
- Trooper C. Fronczek #622
- Trooper A. Stackhouse #644
- Trooper G. Ducharme #648
- Trooper S. Burt #202
- CVSI D. Mawson #9036
- Sgt. A. Perez #276
- Sgt. J. Howell #390

**Send Subpeonas to:**
NHP – Northern Command-Elko
3920 East Idaho Street
Elko, NV 89801

Report approved by Sergeant Tony Roth, #308

Date: 2/20/17



Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number
161200817

Driver #1, Ronel R. Singh

Identification

Mr. Singh was the driver of V-1. Mr. Singh was identified by his California driver's license.

Mr. Singh is a 31 year old male with a date of birth of July 21st, 1985. His listed address is 8001 Renton Way, Sacramento, CA. 95823. Mr. Singh's physical description is 5'07" tall, 110 pounds. Mr. Singh has black hair and black eyes.

Established as driver by:

1.) Mr. Singh was identified as the driver of V-1 by his admission, Log Book, and other miscellaneous papers located inside the cab.

Driving History:

Mr. Singh has a class "A" driver's license. Mr. Singh was operating V-1 with a valid driver's license at the time of the crash.

*Traffic Convictions:*
12/23/2015 to 6/21/16 Violation FTA cleared
12/09/2015 to 6/11/16 Violation FTA cleared
05/24/2015 to 8/24/15 Violation 22350 Speeding in Inclement weather
                     Violation 27360A Child not in proper child restraint.
05/12/2014 to 9/16/14 Violation 22406A Speeding in a Commercial Vehicle

Pre-Collision History:

Mr. Singh stated that on December 6th, 2016 he worked 6 hours during the day, and 2 hrs at night in his company's dispatch. On December 7th, 2016 he was off duty and at home. On December 8th, 2016 Mr. Singh stated that he picked up his load from Sacramento, CA. to Salt Lake City, UT., and began driving in the early afternoon. Mr. Singh stated that he stopped for fuel, and took his 30 minute break around Fernley, NV Mr. Singh stated that he had just come through Elko, NV and was continuing to Salt Lake City, UT at the time of the crash.

Sobriety

There was no indication of alcoholic beverage consumption, prescription or illegal drug use in Mr. Singh's vehicle or on his person at the crash scene. Mr. Singh voluntarily consented to a Blood Alcohol draw which was completed at the scene by the Elko County Ambulance Crew. The results of the blood test were 0.00 BAC, and no drugs were found. The results of the blood test are supplemental to this report

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

10

Miller 0008581

Nevada Department of Public Safety
**Public Safety**

Nevada Department of Public Safety – *Highway Patrol*
Northern Command East

Case Number: 161200817

D-1 was transported in an Elko County Ambulance to the Northeastern Nevada Regional Hospital with minor injuries. D-2 was transported in an Elko County Ambulance to the Northeastern Nevada Regional Hospital with severe injuries. D-2 was stabilized at the Northeastern Nevada Regional Hospital, and then flown by Air Ambulance to the University of Utah Hospital in Salt Lake City, Utah for specialized care.

The vehicle remained at its respective positions of rest until removed at the direction of Trooper Fronczek.

## Cause Analysis

Environmental Factors:
The roadway was completely covered in ice/snow. Speed too fast for the road conditions was a factor for both drivers.

Mechanical Factors: Vehicle # 1, and Trailer #1 (2004 Volvo Tractor, 2004 Great Dane Box Trailer)
During the investigation, no evidence suggested a mechanical failure on the part of Vehicle #, or Trailer #1.

Mechanical Factors: Vehicle # 2, (1995 Chevrolet Pickup)
During the investigation, no evidence suggested a mechanical failure on the part of Vehicle # 2.

Human Factors:

Driver #1, Ronel R. Singh

The following actions on the part of Driver #1 are considered to be the primary cause of this crash.

D-1 appeared to be traveling too fast for the icy/snowy road conditions and T-1 began to rotate counterclockwise. V-1 crossed over the #1 travel lane, into the dirt median. V-1's wheels furrowed into the dirt median, causing V-1 to overturn to its' right side. V-1 continued through the dirt median, and slid across the westbound travel lanes. V-1 came to rest on its right side, facing north, across both westbound travel lanes. T-1 came to rest on its right side, attached to V-1, facing north, across the #2 westbound travel lane and the dirt median.

D-2 also appeared to be traveling too fast for the icy/snowy road conditions. D-2 observed a vehicle blocking both westbound travel lanes and pulled to the left to avoid a collision. V-2 crossed the #1 travel lane and into the dirt median, striking T-1 toward the rear of T-1. V-2 became lodged under and into T-1, on its wheels, facing west, in the dirt median. D-2 was pinned inside the vehicle and required multi-agency extended response extrication due to the lack of access to the driver.

Report Written By: Trp. B. Jenkins #343
Case Title: Level 1 Crash – IR80 @ Mile Marker 36 Elko
Date of Crash: December 8th, 2016   Time of Crash: 2203Hours

30

Miller 0008601