# EXHIBIT P

1    CASE NO. 3:17-cv-00408

2

3              IN THE UNITED STATES DISTRICT COURT

4                FOR THE DISTRICT OF NEVADA

5

6    ALLEN M. MILLER,

7         PLAINTIFF,

8      v.

9    C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS
     TRANS, INC., and KUWAR SINGH D/B/A RT SERVICE,

10

          DEFENDANTS.

11

     _____/

12

13

14              TRANSCRIPT OF PROCEEDINGS

15         DEPOSITION OF SERGEANT BENJAMIN JENKINS

16              March 15, 2018

17              790 Commercial Street

18              Elko, Nevada

19

20

21

22

23

24

25   Reported by:    Tonja Gill Lemich, CSR
                     CSR No. 380

1      Q      Okay.

2      A      Excuse me.

3      Q      Through your communication channels, if there

4   is an accident that you are not handling do you still

5   hear that on your system?

6      A      If it's within our region at that time.  We had

7   two different channels; the Elko/Wells area was on one

8   channel, the Ely/Eureka/Lander -- or Battle Mountain,

9   those other areas, were on a different channel.

10     Q      All right.  As we sit here today, do you recall

11   if there were any other tractor trailer related

12   slide-out issues that would have been west of where

13   this accident occurred at all?

14     A      I don't recall any at that particular time.

15   Because the initial officer that responded was actually

16   a Wells officer.

17     Q      Is there a way to, if you know, is there a way

18   to track down, uhm, all the accidents that would have

19   occurred on that particular day, say between 2 p.m. and

20   midnight, within the Elko command area?

21     A      You might be able to get ahold of our front

22   office and request something like that.  I don't know.

23   They should be able to pull -- we have a record of all

24   accidents that have happened.  So there should be a

25   way, if you wish to do so, you could do that.

1    have everybody coming that needs to be coming for help.

2    And once that's all taken care of, then figure out

3    whatever documentation he can figure out, working on

4    the tows, all of that type of stuff.

5         Q    It sounds like at least part of the

6    investigation consisted of figuring out how to get the

7    trailer off the pickup truck to allow the extrication

8    to occur?

9         A    Correct.

10        Q    Who was involved in that decision-making?

11        A    Myself, the fire department, captain on scene,

12   and the EMS chief that made those choices.  As well as

13   the tow truck company.  We had one tow truck company

14   arrive initially, and it was determined after we talked

15   about it that one was not going to be enough and we had

16   another one come in to assist.

17        Q    Okay.  Can we tell which tow truck companies?

18        A    Yes, Lostra Brothers and Roadway Towing was the

19   one that responded.  And they should be on the initial

20   one we were looking at.

21        Q    Once the two tow truck companies arrived, did

22   the process begin then of moving the trailer to free

23   the pickup?

24        A    Yes.  As soon as we had both trucks on scene

25   and we had them set up where they needed to.  Because

1    where it says, The following individual provided a

2    written statement.  And the bottom starts with

3    Conclusions.  So it technically starts right around

4    29-ish.

5         Q    Okay.  On that collision sequence information,

6    you wouldn't have been able to add in the report until

7    after the mapping folks came out and mapped it the

8    following day?

9         A    Correct.  The mapping was done by CVSI Mawson.

10   We got the vehicle damage assessments and all of that

11   stuff.

12        Q    Okay.

13        A    Some of it can be done prior to, you know, the

14   area of impact determination, knowing where it's at,

15   what the vehicles looked like when we first arrived on

16   the scene, configurations, that type of stuff.

17        Q    All right.  On page 31 is your Violations of

18   Law.  Well, if we go back to page 30, for Mr. Singh

19   it's -- you've actually put the statutes on that page.

20   But under driver number 1, your analysis of this

21   investigation determined that Mr. Singh had been

22   traveling too fast for those conditions?

23        A    Correct.

24        Q    And you got that information based upon the

25   data download?

1      A      Negative.  I got that information off the --

2    what the roadway conditions were at the time and the

3    fact of being out on that road driving myself, as well

4    as the other motoring public that's out on that road in

5    that same general area and not crashing their vehicles.

6      Q    Okay.  So --

7      A      The way that violation is written, it's not

8    saying that he's speeding.  Because the speed limit is

9    75.  It's saying that they're traveling too fast for

10   the given road conditions, meaning even though the

11   speed limit is 75, you could be doing 35 to 40 miles an

12   hour and crash your vehicle and you could still be

13   driving too fast for the conditions.  Or in that

14   particular case, either your abilities or the road

15   conditions.

16   Q    And as obvious as if you get in to an accident

17   under bad conditions, you're likely driving too fast

18   for conditions?

19     A      In most cases.  I mean, there are extenuating

20   circumstances, such as people trying to avoid animals

21   or slam on the brakes because something crossed in

22   front of them or moving in to the other lane.  But in

23   the general consensus of everything, most of the people

24   that run off the road are either distracted or they're

25   traveling too fast for their conditions.

1    Q    So there was no confirmation that there was

2 black ice to corroborate Mr. Singh's version?  Nobody

3 went over and photographed any ice accumulations?

4    A    The roads were icy, slushy, snowy.  There was

5 no specific spot that was determined it was black ice

6 or not black ice.

7    Q    And in terms of speed for traveling in those

8 conditions, what is your opinion as to the proper speed

9 for what you observed that night at that location?

10    A    Once again, it took me almost 30 minutes to go

11 that general direction, and I was going 35, 40, once I

12 got to the scene.  Because I wasn't able to go any

13 faster because of the road conditions.

14    Q    All right.  For Mr. Miller, did his pickup

15 truck have any type of electronic data recorder

16 information?

17    A    I don't believe so.  It was an older model

18 Chevy pickup.

19    Q    If it's not included in the report then --

20    A    It wouldn't --

21    Q    -- Mawson wouldn't have checked for that?

22    A    Mawson does the commercial side of things.  But

23 the MIRT guys, when they were doing the vehicle damage

24 assessment and all of that would have pulled anything

25 if there was one available.