# EXHIBIT Q

```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2                  DISTRICT OF NEVADA

 3   ALLEN M. MILLER,            )
                                 )
 4        Plaintiff,             )
                                 )
 5      vs.                      )   3:17-CV-00408-MMD-WCG
                                 )
 6   C.H. ROBINSON WORLDWIDE,    )
     INC., RONEL R. SINGH,       )
 7   RHEAS TRANS, INC., and      )
     KUWAR SINGH, d/b/a RT       )
 8   SERVICE,                    )
                                 )
 9        Defendants.            )

10                          - - -

11         DEPOSITION OF STEVEN A. BELYUS

12

13   DATE:           October 3, 2018 at 9:02 a.m.

14   PLACE:          Leizerman & Associates
                     3450 W. Central Avenue
15                   Suite 328
                     Toledo, Ohio 43606
16
     REPORTER:       Maureen Powers, RPR
17                   Notary Public

18
                            - - -
19

20

21

22

23

24
```

1 correct?
2     A. That's correct. I don't know that they
3 will allow me to.
4     Q. Your sole basis for your statement is
5 from your experience as a highway patrol officer
6 inspecting motor carriers and your work as your
7 first entity, I'm sorry, is --
8     A. Traffic crash reconstruction, or BEL.
9     Q. BEL, thank you. And Stars Consulting,
10 correct?
11     A. That's correct.
12     Q. The next statement says that Mr., the
13 truck that Mr. Singh crashed was in OOS condition
14 with two of the 10 brakes out of adjustment. You're
15 getting that statement from the police report,
16 correct, or the post-accident inspection?
17     A. That's correct.
18     Q. Again, you're not opining, you have not
19 offered an opinion concerning the cause of the
20 accident, correct?
21     A. I did not in the report, but I do have
22 an opinion, that fatigue caused or contributed to
23 the accident on the part of Mr. Singh.
24     Q. You have not offered an opinion

1 multiple losses of authority, even though it's
2 through insurance. If I were in his position, I
3 would fear that I would lose business because of
4 these issues.
5     Q. But there is no indication in the record
6 that he was losing business because of these issues.
7 In fact, I think he testified he was operating for a
8 number of brokers at the time, correct?
9     A. If he was operating in a financially
10 fiscal method, then he shouldn't have been, he
11 should have been able to afford insurance.
12     Q. Well --
13     A. Not have his authority continually
14 revoked.
15     Q. He was able to afford insurance under RT
16 Service, correct?
17     A. Yes. With a clean slate after he
18 switched.
19     Q. Okay. He was able to pay for insurance
20 when he started RT Service, yes?
21     A. Yes.
22     Q. Your next paragraph, "His complete
23 disregard for hours of safety rules may have caused
24 fatigue which contributed to this crash". This is

163

1  one of the only areas you talk about fatigue, as far
2  as I recall, that's in your summary statement.
3         A.   Yes, sir.
4         Q.   Is there another area in your report
5  where you discuss fatigue of the driver?
6         A.   Fatigue is the sole reason for hours of
7  service regulations, and innumerable scientific
8  studies have been conducted on hours of service to
9  regulate drivers against fatigue.
10             So the whole pre-'95 section is about
11  driver fatigue.  His failure to be in compliance
12  with even telling the truth about what he was doing
13  on his logbooks gives rise to the strong suspicion
14  that he was working too much, too long, and drove
15  into the median due to driver fatigue.
16        Q.   One of your statements in your report is
17  there's an inconsistency in statements concerning
18  what Mr. Singh told the trooper at the time of the
19  accident and what the logbook shows, correct?
20        A.   Yes.
21        Q.   And you previously said that Mr. Singh's
22  testimony about the timing of when the accident
23  occurred after he was struck by Mr. Miller could
24  have been as a result of a state of shock or