# EXHIBIT T

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                  EASTERN DIVISION

 3
   NATALIA VOLKOVA, individually   )
 4 and as Trustee,                 )
                                   )
 5        Plaintiff,                ) Case No. 16 C 1883
                                   )
 6 -vs-                             ) Chicago, Illinois
                                   ) July 25, 2019
 7 C.H. ROBINSON COMPANY, et al.,  ) 9:40 a.m.
                                   )
 8        Defendants.               )

 9
              TRANSCRIPT OF PROCEEDINGS
10     BEFORE THE HONORABLE RONALD A. GUZMAN

11 APPEARANCES:

12 For the Plaintiff:     MR. CHRISTOPHER MICHAEL NOREM
                          Law Offices of Parente & Norem, P.C.
13                        221 North LaSalle Street
                          27th Floor
14                        Chicago, IL  60601
                          (312) 641-5926
15                        Cn@prinjurylaw.com

16 For the C.H. Robinson
   Defendants:            MR. WILLIAM JOSEPH RYAN
17                        Scandaglia Ryan LLP
                          55 East Monroe Street
18                        Suite 3440
                          Chicago, IL  60603
19                        (312) 580-2020
                          Wryan@scandagliaryan.com
20

21 Court Reporter:

22     KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
             Official Court Reporter
23           United States District Court
      219 South Dearborn Street, Suite 2504
24         Chicago, Illinois  60604
           Telephone:  (312) 435-5569
25        Kathleen_Fennell@ilnd.uscourts.gov
```

4

1       MR. NOREM:  And I want to be clear, I'm not here
2   advocating you grant the motion.  I'm just trying to comply
3   with the settlement agreement language.
4       THE COURT:  This is wonderful.  I've got a motion
5   here that neither side is pushing.  They're just presenting
6   it.
7       I am going to deny the motion, folks.  I don't think
8   it's appropriate.  I think this kind of motion discourages
9   settlements before trial, which would have saved me months of
10  work which I could have addressed to something else.
11      In addition to that, I think that this judgment that
12  was entered by the jury, even though it's fact specific,
13  carries some importance.  I think it sends a message to the
14  transportation industry, certainly sends a message to brokers,
15  such as Robinson, and I think it has some effect and weight
16  that way, and it may very well affect a change in some things.
17      So I think the public interest is against it.
18  Certainly the Court's interest is against it, and I'm going to
19  deny the motion.
20      Thank you.
21      MR. NOREM:  Thank you, Judge.
22      MR. RYAN:  Thank you for your consideration, Your
23  Honor.
24      (Which were all the proceedings heard.)
25