Michael Jay Leizerman *(Pro Hac Vice)*
Rena Mara Leizerman *(Pro Hac Vice)*
The Law Firm For Truck Safety, LLP
3232 Executive Parkway, Suite 106
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 838-8828
Email: michael@truckaccidents.com
       rena@truckaccidents.com

Matthew L. Sharp
Nevada State Bar 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff Allen M. Miller*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN M. MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C.H. ROBINSON WORLDWIDE, INC., RONEL R. SINGH, RHEAS TRANS, INC., And KUWAR SINGH dba RT SERVICE,<br><br>　　　　Defendants. | Case No.: 3:17-cv-00408-MMD-WCG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PUNITIVE DAMAGES CLAIMS ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

We the parties hereby stipulate that this case is dismissed with prejudice as to the punitive damages claims only, against all defendants, under Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: November 22, 2022

| | |
|---|---|
| /s/ Michael Jay Leizerman<br>　Michael Jay Leizerman *(Pro Hac Vice)*<br>　Rena Mara Leizerman *(Pro Hac Vice)*<br>　The Law Firm For Truck Safety, LLP<br>　3232 Executive Parkway, Suite 106<br>　Toledo, OH 43606 | /s/ Michael E. Sullivan<br>Michael E. Sullivan (SBN 5142)<br>Michael A. Burke (SBN 11527)<br>Robison, Sharp, Sullivan & Brust<br>71 Washington Street<br>Reno, NV 89503<br>Phone: (775) 329-3151 |

1

Phone: (800) 628-4500
Facsimile: (888) 838-8828
Email: michael@truckaccidents.com
rena@truckaccidents.com

Email: msullivan@rssblaw.com
mburke@rssblaw.com
*Attorneys for Defendant*
*C.H. Robinson Worldwide, Inc.*

Matthew L. Sharp
Nevada State Bar 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Facsimile: (775) 284-0675
Email: matt@mattsharplaw.com
*Attorneys for Plaintiff Allen M. Miller*

It is so ordered.

DATED THIS 22nd Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2